UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendant*. | Case No.  18-cv-158 |

## RULE 7.1 DISCLOSURE STATEMENT

As required by LCvR 7.1 of the Local Rules of this Court, I, the undersigned, counsel of record for Plaintiff Public Employees for Environmental Responsibility certify that to the best of my knowledge and belief, Plaintiff has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

Respectfully submitted on January 25, 2017,

  /s/Paula Dinerstein
Paula Dinerstein, DC Bar # 333971
Public Employees for Environmental Responsibility
962 Wayne Avenue, Suite 610
Silver Spring, MD 20910
(202) 265-7337

*Counsel for Plaintiff*