# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY )<br>)<br>Defendant. ) | Civil Action No. 18-cv-158 |

## DECLARATION OF SERVICE

I, Paula Dinerstein, hereby declare that on January 26, 2018, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, to the United States Attorney for the District of Columbia with tracking number 7013 3020 0000 7182 1410. Attached hereto is a copy of the United States Postal Service certified mail receipt and tracking information showing service on **January 31, 2018**. I declare under penalty of perjury that this information is true.

Dated: February 7, 2018.

                                                   /s/ Paula Dinerstein
                                                 Paula Dinerstein, Staff Counsel
                                                 Public Employees for Environmental Responsibility
                                                 962 Wayne Ave, Suite 610
                                                 Silver Spring, MD 20910
                                                 (202) 265-7337





70133020000071821410

Add Name

**Delivered:**
WASHINGTON, DC 20530 on
January 31, 2018 at 5:22 am

**Expected Delivery on:**
Wednesday, January 31, 2018
by 8:00pm

**Additional Information**

Your item was delivered at 5:22 am on January 31, 2018 in WASHINGTON, DC 20530.

Get Text and Email Updates