## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR | ) | |
| ENVIRONMENTAL RESPONSIBILITY, | ) | |
| | ) | Civil Action No.  18-cv-158 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SERVICE

I, Paula Dinerstein, hereby declare that on January 26, 2018, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, to the United States Department of Homeland Security with tracking number 7013 3020 0000 7182 1427.  Attached hereto is a copy of the United States Postal Service certified mail receipt and tracking information showing service on **January 30, 2018**.  I declare under penalty of perjury that this information is true.

Dated: February 7, 2018.

_/s/ Paula Dinerstein_____
Paula Dinerstein, Staff Counsel
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337





**70133020000071821427**

Add Name

**Delivered:**
WASHINGTON, DC 20472 on
January 30, 2018 at 11:03 am

**Expected Delivery on:**
Tuesday, January 30, 2018 by
8:00pm

**Additional Information**

Your item has been delivered to an agent at 11:03 am on January 30, 2018 in WASHINGTON, DC 20472.

Get Text and Email Updates