# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, )<br>)<br>) Civil Action No. 18-cv-158<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY )<br>)<br>Defendant. ) | |

## DECLARATION OF SERVICE

I, Paula Dinerstein, hereby declare that on January 26, 2018, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, to the United States Attorney General with tracking number 7013 3020 0000 7182 1403.  Attached hereto is a copy of the United States Postal Service certified mail receipt and tracking information showing service on **January 31, 2018**.  I declare under penalty of perjury that this information is true.

Dated: February 7, 2018.

        /s/ Paula Dinerstein
Paula Dinerstein, Staff Counsel
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337





70133020000071821403

Add Name

**Delivered:**
WASHINGTON, DC 20530 on January 31, 2018 at 5:22 am

**Expected Delivery on:**
Wednesday, January 31, 2018
by 8:00pm

**Additional Information**

Your item was delivered at 5:22 am on January 31, 2018 in WASHINGTON, DC 20530.

Get Text and Email Updates