UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br>962 Wayne Ave., Suite 610<br>Silver Spring, MD 20910<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>500 C Street, S.W., Mail Stop 3172<br>Washington, D.C. 20472-3172<br><br>　　　　　Defendant. | Civil Action No. 18-0158 (CKK) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　/s/ Marina Utgoff Braswell
　　　　　　　　　　　　　　　　MARINA UTGOFF BRASWELL
　　　　　　　　　　　　　　　　D.C. Bar # 416587
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　555 4th Street, N.W. – Civil Div.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 252-2561
　　　　　　　　　　　　　　　　Marina.Braswell@usdoj.gov