UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | )<br>)<br>)　Civil Action No.  18-cv-158 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MEET AND CONFER REPORT

Plaintiff, Public Employees for Environmental Responsibility ("PEER"), and Defendant, the United States Department of Homeland Security ("DHS"), submit this Joint Meet and Confer Report pursuant to the Court's Standing Order, to apprise the Court of their progress in resolving this case.

1. On September 1, 2017, PEER submitted a Freedom of Information Act ("FOIA") request to the Federal Emergency Management Agency ("FEMA"), located within DHS, seeking records relating to the publication of the Strategic National Risk Assessment.

2. PEER filed a Complaint with the Court on January 25, 2018, asserting that DHS failed to timely respond to Plaintiff's FOIA request, in accordance with 5 U.S.C. § 552(a)(6)(A)(i).  DHS responded to this Complaint on March 2, 2018.

3. Plaintiff's FOIA request is being processed by both FEMA and by DHS's National Protection and Programs Directorate ("NPPD").  FEMA has located approximately 716 pages; NPPD has located approximately 1251 pages.

4. Both FEMA and NPPD plan to make an interim release by May 9, 2018.

5. Both FEMA and NPPD anticipate that they will complete processing plaintiff's FOIA request by June 15, 2018.

6. After plaintiff's FOIA request has been fully processed, plaintiff will need some time to ascertain how plaintiff wants to proceed with the litigation.

7. Accordingly, the parties recommend that they be ordered to file a further Joint Status Report on June 25, 2018.

April 19, 2018,

s/ *Paula Dinerstein*
Public Employees for
Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

*Attorney for Plaintiff*

JESSIE K. LIU
United States Attorney
    for the District of Columbia
D.C. BAR #472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. BAR # 416587
Assistant United States Attorney
United States Attorney's Office – Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2561
Fax: (202) 252-2599
E-mail: marina.braswell@usdoj.gov

*Defendant's Counsel*