**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF HOMELAND SECURITY,  )<br>)<br>Defendant.  ) | Civil Action No. 18-cv-158 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 9, 2018 Order, Plaintiff Public Employees for Environmental Responsibility ("PEER"), and Defendant United States Department of Homeland Security ("DHS"), submit this Joint Status Report, to apprise the Court of their progress in resolving this case.

Defendant has completed processing information located in response to plaintiff's Freedom of Information Act ("FOIA") request. Plaintiff has expressed to defendant some concerns about the processing by DHS's Federal Emergency Management Agency ("FEMA") regarding certain redactions taken. FEMA is considering those concerns and may want further conferral with plaintiff regarding the issues raised. FEMA is also working on preparing a Vaughn declaration for plaintiff.

The parties suggest that their next status report be due September 10, 2018. This will allow them time to confer on the issues raised by plaintiff and for FEMA to complete preparation

of its Vaughn declaration for plaintiff.

July 31, 2018                                                           Respectfully Submitted,

s/ *Paula Dinerstein*
Public Employees for
Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

*Attorney for Plaintiff*

JESSIE K. LIU
United States Attorney
    for the District of Columbia
D.C. BAR #472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. BAR # 416587
Assistant United States Attorney
United States Attorney's Office – Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2561
Fax: (202) 252-2599
E-mail: marina.braswell@usdoj.gov

*Defendant's Counsel*