# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPARTMENT OF HOMELAND SECURITY, )<br><br>Defendant. ) | Civil Action No. 18-cv-158 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's August 7, 2018 Order, Plaintiff Public Employees for Environmental Responsibility ("PEER"), and Defendant United States Department of Homeland Security ("DHS"), submit this Joint Status Report, to apprise the Court of their progress in resolving this case.

Defendant has prepared a <u>Vaughn</u> declaration identifying a significant number of redactions or withholdings across roughly 700 pages of produced documents which was delivered today, September 10, 2018. The high volume of individual redactions is anticipated to take a substantial amount of time to review to determine whether any challenges will be made.

The parties suggest that their next status report be due October 15, 2018. This will allow Plaintiff time to review FEMA's <u>Vaughn</u> declaration and confer with Defendant about either settlement or a proposed briefing schedule.

September 10, 2018                                                                 Respectfully Submitted,

[signatures on next page]

s/ *Paula Dinerstein*_____
PAULA DINERSTEIN
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

*Attorney for Plaintiff*

JESSIE K. LIU
United States Attorney
   for the District of Columbia
D.C. BAR #472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. BAR # 416587
Assistant United States Attorney
United States Attorney's Office – Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2561
Fax: (202) 252-2599
E-mail: marina.braswell@usdoj.gov

*Defendant's Counsel*