## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF HOMELAND SECURITY, ) ) Defendant. ) | Civil Action No. 18-cv-158 (CKK) |

### JOINT STATUS REPORT

Pursuant to the Court's September 17, 2018 Order, Plaintiff Public Employees for Environmental Responsibility ("PEER"), and Defendant United States Department of Homeland Security ("DHS"), submit this Joint Status Report, to apprise the Court of their progress in resolving this case.

Plaintiff has reviewed substantial portions of the Vaughn Index prepared by Defendant but requires additional time to complete the review and determine which challenges to make. After review is completed, the parties intend to confer to see if any areas of disagreement can be reduced, and if necessary the parties will discuss a proposed briefing schedule.

The parties suggest that their next status report be due November 15, 2018. This will allow Plaintiff time to complete review and confer with Defendant about either settlement or a proposed briefing schedule.

October 15, 2018                                                            Respectfully Submitted,

[signatures on next page]

| | |
|---|---|
| s/ *Paula Dinerstein*_____<br>PAULA DINERSTEIN<br>Public Employees for Environmental Responsibility<br>962 Wayne Ave, Suite 610<br>Silver Spring, MD 20910<br>(202) 265-7337<br><br>*Attorney for Plaintiff* | JESSIE K. LIU<br>United States Attorney<br>    for the District of Columbia<br>D.C. BAR #472845<br><br>DANIEL F. VAN HORN<br>Chief, Civil Division<br>D.C. BAR # 924092<br><br>*/s/ Marina Utgoff Braswell*<br>MARINA UTGOFF BRASWELL<br>D.C. BAR # 416587<br>Assistant United States Attorney<br>United States Attorney's Office – Civil Division<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2561<br>Fax: (202) 252-2599<br>E-mail: marina.braswell@usdoj.gov<br><br>*Defendant's Counsel* |