UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 18-cv-158 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's October 17, 2018 Order, Plaintiff Public Employees for Environmental Responsibility ("PEER"), and Defendant United States Department of Homeland Security ("DHS"), submit this Joint Status Report, to apprise the Court of their progress in resolving this case.

Plaintiff has completed review of the <u>Vaughn</u> Index prepared by Defendant and is unable to agree with Defendant that the withholdings comply with the claimed exemption, 5 U.S.C. § 552(b)(5). Because the parties cannot reach an arrangement, counsel must confer to establish a proposed briefing schedule for any motions the parties intend to file.

The parties suggest that their next status report and proposed briefing schedule be due December 7, 2018.

November 15, 2018                                                              Respectfully Submitted,

s/ *Paula Dinerstein*                                   JESSIE K. LIU
PAULA DINERSTEIN                             United States Attorney
Public Employees for Environmental           for the District of Columbia
Responsibility                                             D.C. BAR #472845
962 Wayne Ave, Suite 610

Silver Spring, MD 20910
(202) 265-7337

*Attorney for Plaintiff*

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. BAR # 416587
Assistant United States Attorney
United States Attorney's Office – Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2561
Fax: (202) 252-2599
E-mail: marina.braswell@usdoj.gov

*Defendant's Counsel*