# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 18-cv-158 (CKK) |

## JOINT STATUS REPORT AND PROPOSD BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's November 29, 2018 Order, Plaintiff Public Employees for Environmental Responsibility ("PEER"), and Defendant United States Department of Homeland Security ("DHS"), submit this Joint Status Report, to apprise the Court of their proposed briefing schedule for the parties to submit dispositive motions regarding the agency's withholdings under the claimed exemption, 5 U.S.C. § 552(b)(5). The parties propose the following briefing schedule:

1. By January 24, 2018: Defendant shall serve its motion for summary judgment and any *Vaughn* declaration

2. By February 24, 2018: Plaintiff shall serve its combined cross-motion for summary judgment (if any) and opposition to Defendant's motion

3. By March 24, 2018: Defendant shall serve its combined reply in support of its motion for summary judgment and opposition to plaintiff's motion for summary judgment (if any)

4. By April 24, 2018: Plaintiff shall serve its reply in support of its motion for summary judgment (if any)

The parties do not believe any further status conferences are necessary at this time and any concerns between the parties related to the scope of disclosures and withholdings will be addressed in summary judgment briefing.

December 12, 2018                                                                 Respectfully Submitted,

s/ *Paula Dinerstein*_____
PAULA DINERSTEIN
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

*Attorney for Plaintiff*

JESSIE K. LIU
United States Attorney
   for the District of Columbia
D.C. BAR #472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. BAR # 416587
Assistant United States Attorney
United States Attorney's Office – Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2561
Fax: (202) 252-2599
E-mail: marina.braswell@usdoj.gov

*Defendant's Counsel*