## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0158 (CKK) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| Defendant. | ) ) | |

### **[PROPOSED] ORDER**

In consideration of Defendant's Consent Motion to Stay Proceedings in Light of Lapse of Appropriations, it is hereby ORDERED that the motion is

GRANTED and all deadlines are stayed.  It is

FURTHER ORDERED that all current deadlines for the parties shall be extended commensurate with the calendar day duration of the lapse in appropriations and Defendant's counsel shall notify the Court within fourteen days of Congress appropriating funds for the Justice Department.

_____
DISTRICT COURT JUDGE