## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR )
ENVIRONMENTAL RESPONSIBILITY, )
                              )       Civil Action No.  18-cv-158 (CKK)
       Plaintiff, )
                              )
       v. )
                              )
DEPARTMENT OF HOMELAND SECURITY, )
                              )
       Defendant. )

_____

## JOINT STATUS REPORT AND EXTENDED BRIEFING SCHEDULE

Pursuant to the Court's January 18, 2019 Order, Plaintiff Public Employees for Environmental Responsibility ("PEER"), and Defendant United States Department of Homeland Security ("DHS"), submit this Joint Status Report, to apprise the Court of the restoration of the U.S. Department of Justice's funding and the resumption of its operations, and provide a proposed briefing schedule for the parties to submit dispositive motions regarding the agency's withholdings under the claimed exemption, 5 U.S.C. § 552(b)(5). The parties propose the following extension to the briefing schedule, commensurate with the length of the lapse in funding of 35 days:

1. By February 28, 2019: Defendant shall serve its motion for summary judgment and any *Vaughn* declaration

2. By March 28, 2019: Plaintiff shall serve its combined cross-motion for summary judgment (if any) and opposition to Defendant's motion

3. By April 28, 2019: Defendant shall serve its combined reply in support of its motion for summary judgment and opposition to plaintiff's motion for summary judgment (if any)

4. By May 28, 2019: Plaintiff shall serve its reply in support of its motion for summary judgment (if any)

The parties do not believe any further status conferences are necessary at this time and any concerns between the parties related to the scope of disclosures and withholdings will be addressed in summary judgment briefing.

February 1, 2019                                                  Respectfully Submitted,


s/ *Paula Dinerstein*
PAULA DINERSTEIN
Public Employees for Environmental
Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

*Attorney for Plaintiff*

JESSIE K. LIU
United States Attorney
    for the District of Columbia
D.C. BAR #472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. BAR # 416587
Assistant United States Attorney
United States Attorney's Office – Civil
Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2561
Fax: (202) 252-2599
E-mail: marina.braswell@usdoj.gov

*Defendant's Counsel*