**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 18-cv-158 (CKK) |

## <u>DECLARATION OF GREGORY BRIDGES</u>

I, Gregory Bridges, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1.      I am the Acting Chief of the Disclosure Branch, Records Management Division, Federal Emergency Management Agency ("FEMA"), United States Department of Homeland Security ("DHS").  I have held this position since February 18, 2019.  In this capacity, I am responsible for the overall activities and operations of FEMA's compliance with the Federal Freedom of Information Act ("FOIA") and the Privacy Act of 1974, including document production on behalf of FEMA.  I have been with FEMA since August 21, 2018.

2.      I make this declaration based on my personal knowledge of FEMA's FOIA processing procedures and the circumstances surrounding FEMA's response to plaintiff Public Employees for Environmental Responsibility's September 1, 2017 request.  The purpose of this declaration is to provide information concerning FEMA's Vaughn index, and information withheld from plaintiff pursuant to FOIA Exemption 5.

3.      By letter dated September 1, 2017, plaintiff requested documents related to the draft 2015 Strategic National Risk Assessment ("SNRA Documents").  Specifically, plaintiff requested the SNRA 2015 Findings [Report], May 2015; SNRA 2015 Technical Appendix, May 2015; SNRA 2015 Working Papers, May 2015; PPD-8 Implementation Plan, May 2011; SNRA Terms of Reference, June 2011; SNRA 2015 Update Background and General Guidance, February 2015; SNRA 2015 Qualitative Data Instructions, February 2015; SNRA 2015 Risk Summary Sheet Instructions & Template, February 2015; and any successor SNRA versions later than May 2015. Copy attached as Exhibit A.

4.      In response to the request, FEMA produced, in full, the SNRA 2015 Update Background and General Guidance, February 2015; SNRA 2015 Qualitative Data Instructions, February 2015; and the SNRA 2015 Risk Summary Sheet Instructions & Template, February 2015. The remaining items were withheld in their entirety pursuant to Exemption 5.

5.      FEMA subsequently made three more productions on May 9, 2018, June 22, 2018, and June 25, 2018, making discretionary releases of additional information.  The releases contained all of the requested documents with Bates numbering.  The May 9, 2018 production contained the previously-released SNRA 2015 Update Background and General Guidance, February 2015; SNRA 2015 Qualitative Data Instructions, February 2015; and the SNRA 2015 Risk Summary Sheet Instructions & Template, February 2015.  These were released with no exemptions claimed.  The June 22, 2018 production contained the SNRA 2015 Findings [Report], May 2015; PPD-8 Implementation Plan, May 2011; SNRA Terms of Reference, June 2011; and the successor SNRA versions later than May 2015: the Summary of Findings, November 2015, the Presidential Policy Directive/PPD-8 Refresh, SNRA Findings Review, May 29, 2015, and the SNRA 2015 Summary of Findings, May 2015.  These were partially released under Exemption 5.

Finally, the June 25, 2018 production contained the SNRA 2015 Technical Appendix, May 2015; and the SNRA 2015 Working Papers, May 2015.  These were partially released under Exemption 5.  Thus, no documents were withheld in full from plaintiff any longer.

6.     Attached as Exhibit B is a Vaughn index prepared by FEMA pursuant to the Court's January 18, 2019 Order.  It details the withholdings, and their justifications, regarding the requested draft 2015 SNRA Documents.  This index was prepared by FEMA employees familiar with the draft nature of the SNRA Documents.

7.     The SNRA Documents that were redacted in part in response to PEER's FOIA request are the SNRA Summary of Findings (November 2015); Presidential Policy Directive/PPD-8 Refresh, SNRA Findings Review (May 29, 2015); SNRA Summary of Findings (May 2015); SNRA Terms of Reference; SNRA 2015 Technical Appendix (May 2015); SNRA 2011 Supplement: Unclassified Documentation of Findings; and the SNRA Working Papers (May 2015).  All of these documents were part of a decision-making process intended to aid in the development of the 2015 National Preparedness Goal and are described in detail in the accompanying Vaughn index and the accompanying Stainsby Declaration.  I hereby incorporate this accompanying Vaughn index into this declaration.

8.     The Vaughn index entries have been tailored to each specific withholding to explain the basis for that withholding.  Nonetheless, many of the entries in the Vaughn index contain similar language.  This is the case for a number of reasons.  First, the releases to plaintiff include records that are similar in style, presentation, and content.  For example, the SNRA Summary of Findings (November 2015), and the Presidential Policy Directive/PPD-8 Refresh, SNRA Findings Review (May 29, 2015), summarize data and conclusions that would be used to develop the 2015 National preparedness Goal designed to help communities address all threats and hazards, while

the SNRA 2015 Technical Appendix (May 2015), SNRA 2011 Supplement: Unclassified Documentation of Findings, and the SNRA Working Papers (May 2015) includes much more detailed information on the source information, key findings, methodology, and technical data regarding potential threats and hazards.  The stated basis in the Vaughn index for withholding these records in part or whole will necessarily be the same.   Second, even where the records are very similar, the majority of the withholdings relate to (a) data and information on specific categories of threats and hazards; (b) impacts; (c) key findings and conclusions; and (d) reference information and appendices.  All of these categories of records comprise and relate to the assessment of a variety of risks, involving repetitive discussion of threats, hazards, findings, and conclusions.  In order to ensure similar withholdings are treated consistently, FEMA has tried to provide similar and/or uniform exemption language in the Vaughn index.

9.     FEMA has invoked Exemption 5 of the FOIA to withhold predecisional, deliberative information in the documents mentioned in paragraph 7 above.   All of these documents were exchanged within FEMA and/or between FEMA and other government agencies and thus qualify for Exemption 5's threshold of being inter-agency or intra-agency documents and information.

10.     The documents with Exemption 5 withholdings are all predecisional.  As explained in the accompanying Stainsby Declaration, the 2015 SNRA documents were developed to be used in preparing the 2015 National Preparedness Goal, which was published in September 2015.  None of the documents with Exemption 5 withholdings could become final without formal federal interagency concurrence and senior-level White House approval.  This included approval of the factual information contained within these documents, all of which was culled from a broader set of facts pertaining to threats and hazards, through the exercise of judgment by the authors of these

documents.  Since FEMA never received the required interagency concurrence and White House approval, the SNRA documents received no formal approval within FEMA.  Thus, they remain predecisional.

11.     The information in these documents is deliberative because they consist of proposed factual findings, proposed assessments of information pertaining to threats and hazards, and other opinions, recommendations, and proposed conclusions made by the authors.  Any factual information included in these documents consists of facts culled from a larger set of facts concerning threats and hazards.  The authors of these documents used their judgment as to which facts to include and which facts to exclude, and thus release of this factual information would reveal their deliberative process in selecting pertinent facts to include in these draft documents.  Additionally, the factual information is so entangled with the analyses and proposed conclusions in these documents that its release would reveal the deliberative process and, because the documents were never finalized, may not reflect FEMA's actual position regarding the risks and impacts such threats and hazards could present.

12.     Release of the deliberative information would greatly harm the agency's deliberative process by prematurely revealing potential threats and hazards, and analyses and recommendations concerning these potential threats and hazards when no final determination was made as to whether the potential threats and hazards were in fact threats and hazards that needed to be addressed in the manner suggested by the analyses and recommendations.  Release of this information would therefore cause confusion to the public and may result in members of the public taking action on potential threats and hazards where no action is warranted, or not the action suggested by a recommendation contained in the documents.

13.     Release of this deliberative information would also discourage the open and frank discussion among agency personnel that is critical to arriving at a final analysis of threats and hazards faced by this country. Agency personnel may hold back from sharing important observations, analyses and recommendations, or factual information they thought should be considered, if they knew that such deliberations would be made public, and this would seriously undermine the development of an adequate, thorough, thoughtful, soundly based assessment of hazards and threats facing this country.

14.     For these reasons, certain information in the documents listed above in paragraph 7, and on the accompanying Vaughn index, was withheld pursuant to Exemption 5.

15.     As the Vaughn Index shows, FEMA conducted a line-by-line review of all of the withheld information to ensure that it contained no segregable, nonexempt information.  With respect to each piece of information withheld, no further information could be reasonably segregated from the exempt information and released, including factual information, for the reasons stated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March 2019.        _____

GREGORY BRIDGES

# EXHIBIT A



## Public Employees for Environmental Responsibility

962 Wayne Avenue, Suite 610 • Silver Spring, MD 20910
**Phone:** (202) 265-PEER • **Fax:** (202) 265-4192
**Email:** info@peer.org • **Web:** http://www.peer.org

September 1, 2017

FEMA Information Management Division
FOIA Request
500 C Street, S.W., Mailstop 3172
Washington, D.C. 20472

Email: fema-foia@dhs.gov

**RE; FREEDOM OF INFORMATION ACT REQUEST**
**VIA U.S. MAIL & EMAIL**

Dear FOIA Officer:

In a document entitled "National Preparedness Goal" dated September 2015, the Department of Homeland Security (DHS) declares:

> "Understanding the greatest risks to the Nation's security and resilience is a critical step in identifying core capabilities…The information gathered during a risk assessment also enables a prioritization of preparedness efforts and an ability to identify our capability requirements.
>
> The Strategic National Risk Assessment indicates that a wide range of threats and hazards continue to pose a significant risk to the Nation, affirming the need for an all-hazards, capability-based approach to preparedness planning." (pg. 4)

While this document goes on to summarize some "key findings" of the Strategic National Risk Assessment (SNRA), the assessment itself is not readily available.

Pursuant to the Freedom of Information Act (5 U.S.C. 552) Public Employees for Environmental Responsibility (PEER) seeks records documenting the SNRA. Specifically, we request the following:

    1. SNRA 2015 Findings [Report], May 2015;

    2. SNRA 2015 Technical Appendix, May 2015;

3. SNRA 2015 Working Papers, May 2015;

4. PPD-8 Implementation Plan, May 2011;

5. SNRA Terms of Reference, June 2011;

6. SNRA 2015 Update Background and General Guidance, February 2015;

7. SNRA 2015 Qualitative Data Instructions, February 2015;

8. SNRA 2015 Risk Summary Sheet Instructions & Template, February 2015; and

9. Any successor SNRA versions later than May 2015.

For any documents or portions of documents that you block release due to specific exemption(s) from the requirements of the Freedom of Information Act, please provide an index itemizing and describing the documents or portions of documents withheld. The index should, pursuant to the holding of Vaughn v. Rosen (484 F.2d 820 [D.C. Cir. 1973] cert. denied, 415 U.S. 977 [1974]), provide a detailed justification for claiming a particular exemption that explains why each such exemption applies to the document or portion of a document withheld.

**Fee Waiver Request**
PEER requests that all fees be waived because "disclosure of the information is in the public interest . . . and is not primarily in the commercial interest of the requestor" (5 U.S.C. 552 (a) (4)(A)):

**1. The records concern the operations or activities of the Government.**
The FOIA request is, by its terms, limited to identifiable activities of Federal Emergency Management Agency (FEMA) and DHS officials.

**2. The disclosure of the requested records is likely to contribute to public understanding of these operations or activities.**
The requested material represent the clearest articulations of the comprehensive national risk assessment constituting the SNRA. We are seeking information about both the relative risks found as well as the methodology for how these assessments were done and compiled in a comparative fashion. As such, the requested documents are precisely on point of the subject matter of the request.

**3. The release of requested records will contribute significantly to public understanding of the governmental activities**
As noted in the DHS statement quoted above, the SNRA provides the basis for "an all-hazards, capability-based approach to preparedness planning." Consequently, the requested documents should be of intense interest to the U.S. Congress (especially appropriators), state and local decision-makers responsible for public safety, and residents of communities at risk all across the country.

In addition, the requested documents would detail in what manner the Presidential Policy Directive 8: *National Preparedness* was implemented.  The general public has an interest in whether presidential directives are followed or ignored by executive branch agencies.

Further, the very nature of the SNRA would give the public a snapshot of the relative risks the nation faces.  It would thus enable the public to learn whether national investments are commensurate with the relative risks the investment is designed to address.

Finally, the natural, technological, and human-caused adversarial risks assessed in the SNRA are all the subject of extensive media coverage and public discussion. The materials requested would put these topics of broad concern into an understandable national context.

PEER intends to provide the requested information to the general public through —

> ➤ Release to the news media;
> ➤ Posting on the PEER web page which draws on average 10,000 viewers per day; and
> ➤ Publication in the PEER newsletter that has a circulation of approximately 20,000, including 1,500 environmental journalists.

Moreover, DHS statements about the importance of the SNRA denote the unquestionable public interest in the requested materials.

**4. Disclosure would not serve a commercial interest of the requestor.**
Disclosure is in no way connected with any commercial interest of the requestors in that PEER is a nonprofit, nonpartisan public interest organization concerned with upholding the public trust through responsible management of our nation's resources and with supporting professional integrity within public land management and pollution control agencies.  To that end, PEER is designated as a tax-exempt organization under section 501 (c) (3) of the Internal Revenue code.

If you have any questions about this FOIA request, please contact me at (202) 265-PEER. I look forward to receiving the agency's final response within 20 working days.

Cordially,

Jeff Ruch
Executive Director



**PEER**

Public Employees for Environmental Responsibility

962 Wayne Avenue, Suite 610 • Silver Spring, MD 20910



UNITED STATES POSTAGE
PITNEY BOWES

02 1P     $ 000.46⁰
0000267457   SEP 01 2017
MAILED FROM ZIP CODE 20910

ADDRESS CORRECTION REQUESTED

FEMA Information Management Division
FOIA Request
500 C Street, S.W., Mailstop 3172
Washington, D.C. 20472

20472--

# EXHIBIT B

Public Employees for Environmental Responsibility v. U.S. Department of Homeland Security 18-cv-158

TEST

| Bates Number | Document Title | Exemption | Description of Withheld Information | Jusitification for Withholding |
|---|---|---|---|---|
| 000046 | Strategic National Risk Assessment (SNRA) 2015, Summary of Findings, November 2015 | (b)(5) | Specific threats, drivers, and categories identified in the Table of Contents of the Strategic National Risk Assessment (SNRA) 2015, Summary of Findings, November 2015. | • Deliberative Process Privilege<br>The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.<br>The deliberative process privilege was used to withhold source information, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previouisly-released threats and hazards that have been updated in the 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  The withheld information contains factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding risks.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |
| 000048 | | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing definitions, references, and information on the differences between the 2011 SNRA and the 2015 SNRA. | |
| 000049 | | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing information on the scope of the 2015 SNRA. | |
| 000050 | | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; findings on threats identified in the 2015 SNRA; footnotes describing the scope of the SNRA and how it relates to other preparedness programs, and reference information. | |
| 000051 | | | Findings on threats identified in the 2015 SNRA, including descriptions of new threats. | |

| | |
|---|---|
| 000052 | Footnotes containing information on the scope, differences between the 2011 SNRA and the 2015 SNRA, how risks are studied, and explanatory information. |
| 000053 | Information on threats new to the 2015 SNRA, their descriptions, and how they are analyzed; footnotes describing national prepardeness information used to formulate the SNRA, differences between the 2011 and 2015 SNRAs, and descriptions of how thresholds are formulized. |
| 000054 | New threats and their descriptions, descriptions of threats in the 2015 SNRA that differ from the 2011 SNRA; a footnote describing the scope and background information of a new threat. |
| 000055 | New threats and their descriptions, and descriptions of threats in the 2015 SNRA that differ from the 2011 SNRA. |
| 000056 | New threats and their descriptions; footnotes describing threats and models and how they differ between the 2011 and 2015 SNRAs. |
| 000057 | New threats and their descriptions. |
| 000058 | Footnotes describing terminology, interpretation and analysis methods. |
| 000059 | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs; a footnote containing information on a new threat. |
| 000060 | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs, and new threats and how they were analyzed. |
| 000061 | Information on new threats and how they were analyzed; a footnote containing information on the validity of a method of examination. |

| | | |
|---|---|---|
| 000062 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000063 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000064 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000065 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000066 | Information and analysis on drivers and evolving threats. | |
| 000067 | Information and analysis on the threats and hazards of greatest concern by whole community partners; footnotes analyzing source information and contextualizing the findings. | |
| 000068 | Categorization and analysis of threats; a footnote contextualizing the findings. | |
| 000070 | Presidential Policy Directive/PPD-8 Refresh, Strategic National Risk Assessment, Findings Review, May 29, 2015 | Differences between the 2011 and 2015 SNRAs, updated scope, new threats and analysis. | • Deliberative Process Privilege The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. The deliberative process privilege was used to withhold differences between the 2011 SNRA and the draft 2015 SNRA Findings document.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |

| | | | |
|---|---|---|---|
| 000072 | SNRA 2015, Summary of Findings, May 2015   (b)(5) | Specific threats, drivers, and categories identified in the Table of Contents of the SNRA 2015. | Exemption 5 was used to withhold source information, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previously-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |
| 000074 | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing definitions, references, and information on the differences between the 2011 SNRA and the 2015 SNRA. | |
| 000075 | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing information on the scope of the 2015 SNRA. | |
| 000076 | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; findings on threats identified in the 2015 SNRA; footnotes describing the scope of the SNRA and how it relates to other preparedness programs. | |
| 000077 | | Findings on threats identified in the 2015 SNRA, including descriptions of new threats. | |
| 000078 | | Footnotes containing information on the scope, differences between the 2011 SNRA and the 2015 SNRA, how risks are studied, and explanatory information. | |

|  |  |
|---|---|
| | Information on threats new to the 2015 SNRA, their descriptions, and how they are analyzed; footnotes describing national prepardeness information used to formulate the SNRA, differences between the 2011 and 2015 SNRAs, and descriptions of how thresholds are |
| 000079 | formulized. |
| | New threats and their descriptions, descriptions of threats in the 2015 SNRA that differ from the 2011 SNRA, and a footnote describing the scope and |
| 000080 | background information of a new threat. |
| | New threats and their descriptions, and descriptions of threats in the 2015 SNRA |
| 000081 | that differ from the 2011 SNRA. |
| | New threats and their descriptions; footnotes describing threats and models and how they differ between the 2011 and |
| 000082 | 2015 SNRAs. |
| 000083 | New threats and their descriptions. |
| | Footnotes describing terminology, |
| 000084 | interpretation and analysis methods. |
| | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs; a footnote containing |
| 000085 | information on a new threat. |
| | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs, and new threats and how |
| 000086 | they were analyzed. |
| | Information on new threats and how they were analyzed; a footnote containing |
| 000087 | explanatory information. |
| | Information and analysis on drivers and evolving threats; footnotes containing |
| 000088 | reference information. |

| | | | | |
|---|---|---|---|---|
| 000089 | | | Information and analysis on drivers and evolving threats; footnotes containing source references. | |
| 000090 | | | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000091 | | | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000092 | | | Information and analysis on drivers and evolving threats. | |
| 000093 | | | Information and analysis on the threats and hazards of greatest concern by whole community partners; footnotes containing reference and explanatory information. | |
| 000094 | | | Categorization and analysis of threats; a footnote containing explanatory information. | |
| 000109 | SNRA Terms of Reference | (b)(5) | Threats and hazards; footnotes regarding risks, risk assessments, groupings of risks, and defining thresholds. | • Deliberative Process Privilege<br>The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.<br>The deliberative process privilege was used to withhold threats, hazards, and explanatory information that was updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  The specific threats, hazards, and explanatory information are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States. Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |
| 000110 | | | A footnote containing examples of risk assessments. | |

• Deliberative Process Privilege

The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The deliberative process privilege was used to withhold the key findings, source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previouisly-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The key findings examine and compare risks for their likelihood of occurrence, potential impacts of threats and hazards, and analyze the uncertainty associated with each risk.

| | | |
|---|---|---|
| 000114 | SNRA 2015, Technical Appendix, May 2015 | New and updated threats, drivers, and risks identified in the Table of Contents of the SNRA 2015. |
| 000116 | | A list of new and updated risks identified in the 2015 SNRA. |
| 000118 | | Information on the methodology that was updated for the 2015 SNRA, and how it differs from the 2011 SNRA. |
| 000119 | | Information on the methodology that was updated for the 2015 SNRA, and how it differs from the 2011 SNRA. |
| 000120 | | Thresholds for specific threats and hazards in the 2011 SNRA. |
| 000121 | | Thresholds for specific threats and hazards in the 2011 SNRA and the 2015 SNRA; a footnote containing reference information. |
| 000122 | | Threats, hazards, and their related data sources for the 2011 and 2015 SNRAs. |
| 000123 | | Threats, hazards, impact types, and their related data sources for the 2011 and 2015 SNRAs; a footnote containing reference information. |

| | |
|---|---|
| 000124 | Information on the new types of analyses employed in the 2015 SNRA; footnotes on how frequency was used and interpreted. |
| 000125 | Information on the new types of analyses employed in the 2015 SNRA; a footnote describing how information received from subject matter experts was modeled and interpreted. |
| 000127 | A table comparing the risks of specific types threats and hazards. |
| 000128 | The key findings of the SNRA, organized by type of risk; footnotes containing explanatory information. |
| 000129 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000130 | The key findings of the SNRA. |
| 000131 | The key findings of the SNRA. |
| 000132 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000133 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000134 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000135 | The key findings of the SNRA. |
| 000136 | The key findings of the SNRA; footnotes containing explanatory and historical information. |
| 000137 | The key findings of the SNRA; footnotes containing reference information. |
| 000138 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000139 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000140 | The key findings of the SNRA. |
| 000141 | The key findings of the SNRA. |
| 000142 | The key findings of the SNRA; a footnote containing explanatory information. |

| | |
|---|---|
| 000143 | The key findins of the SNRA; information on how the frequencies for the 2011 and 2015 SNRAs were estimated; footnotes containing explanatory information. |
| 000144 | Information on how the frequency results were interpreted; more key findings of the SNRA; footnotes containing explanatory information. |
| 000145 | The key findings of the SNRA. |
| 000146 | A footnote containing reference and explanatory information. |
| 000148 | The key findings of the SNRA; footnotes containing explanatory information. |
| 000149 | Footnotes containing explanatory information. |
| 000150 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000151 | The key findings of the SNRA; footnotes containing reference information. |
| 000152 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000153 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000154 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000155 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000156 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000157 | The key findings of the SNRA; footnotes containing data, reference, and explanatory information. |

| | |
|---|---|
| 000158 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000159 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000160 | The key findings of the SNRA; a footnote containing reference information. |
| 000161 | References. |
| 000162 | References. |
| 000163 | References. |
| 000164 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000165 | Footnotes containing explanatory information. |
| 000166 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000167 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000168 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000169 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000170 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000171 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000172 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000173 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000174 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, |
| 000175 | and explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory |
| 000176 | information and editorial comments. |
| | Information on a specific category of |
| 000177 | threats, and their respective impacts. |
| 000178 | References. |
| 000179 | References. |
| 000180 | References. |
| 000181 | References. |
| 000182 | References. |
| 000183 | References. |
| 000184 | References. |
| 000185 | References. |
| 000186 | References. |
| 000187 | References. |

| | |
|---|---|
| 000188 | Information on a specific category of threats, and their respective impacts; footnotes reference, historical, and explanatory information. |
| 000189 | Information on a specific category of threats, and their respective impacts; footnotes reference and explanatory information. |
| 000190 | Information on a specific category of threats, and their respective impacts; footnotes reference, historical, and explanatory information. |
| 000191 | Information on a specific category of threats, and their respective impacts; a footnote containing reference and explanatory information. |
| 000192 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000193 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000194 | Information on a specific category of threats, and their respective impacts. |
| 000195 | References. |
| 000196 | References. |
| 000197 | References. |
| 000198 | References. |
| 000199 | References. |
| 000200 | References. |
| 000201 | References. |
| 000202 | References. |
| 000203 | References. |
| 000204 | Historical data; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000206 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000207 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000208 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000209 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000210 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000211 | Data related to specific threats; a footnote containing reference information. |
| 000212 | Data related to specific threats. |
| 000213 | Data related to specific threats. |
| 000214 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000215 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000216 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |

| | |
|---|---|
| 000217 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000218 | Information and data on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000219 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory and historical information. |
| 000220 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000221 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000222 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000223 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000224 | References. |
| 000225 | References. |
| 000226 | References. |
| 000227 | References. |
| 000228 | References. |
| 000229 | References. |
| 000230 | References. |
| 000231 | References. |
| 000232 | References. |
| 000233 | References. |
| 000234 | References. |

| | |
|---|---|
| 000235 | References. |
| 000236 | References. |
| 000237 | References. |
| 000238 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000239 | Data related to specific threats; footnotes containing reference information. |
| 000240 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000241 | Data related to specific threats; footnotes containing explanatory information. |
| 000242 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000243 | Data related to specific threats; footnotes containing explanatory information. |
| 000244 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000245 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000246 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000247 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000248 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000249 | Information on a specific category of threats, and their respective impacts. |
| 000250 | Information on a specific category of threats; references. |
| 000251 | References. |
| 000252 | References. |
| 000253 | References. |
| 000254 | References. |
| 000255 | References. |
| 000256 | References. |
| 000257 | References. |
| 000258 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000260 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000261 | Footnotes containing explanatory information. |
| 000262 | Information related to specific threats; footnotes containing reference, historical, and explanatory information. |
| 000263 | Information related to specific threats; footnotes containing reference and explanatory information. |
| 000264 | Information related to specific threats; footnotes containing reference and explanatory information. |
| 000265 | Information related to specific threats; footnotes containing reference and explanatory information. |
| 000266 | Data and information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000267 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000268 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000269 | Data and information on a specific category of threats, and their respective impacts; footnote containing reference and explanatory information. |
| 000270 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |
| 000271 | Data related to specific threats. |
| 000272 | Data and information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000273 | Data on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000274 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000275 | Footnotes containing reference, explanatory, and historical information. |
| 000276 | Data and information related to specific threats; footnotes containing reference and explanatory information. |
| 000277 | Information related to specific threats; footnotes containing reference, explanatory, and historical information. |
| 000278 | Information related to specific threats; footnotes containing reference, explanatory, and historical information. |
| 000279 | Information related to specific threats; footnotes containing explanatory information. |

| | |
|---|---|
| 000280 | Information related to specific threats; footnotes containing explanatory information. |
| 000281 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000282 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000283 | Information on a specific category of threats, and their respective impacts; a footnote containing historical information. |
| 000284 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000285 | Information on a specific category of threats, and their respective impacts. |
| 000286 | Data related to specific threats. |
| 000288 | Data related to a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000289 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000290 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |
| 000291 | Data and information on a specific category of threats, and their respective impacts; a footnote containing reference information. |

| | |
|---|---|
| 000292 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000293 | Information on a specific category of threats, and their respective impacts. |
| 000294 | Information on a specific category of threats, and their respective impacts; footnote containing reference and explanatory information. |
| 000295 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000296 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000297 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000298 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000299 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000300 | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000302 | Data and information related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000303 | Information on a specific category of threats, and their respective impacts; a footnote containing reference and explanatory information. |
| 000304 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000305 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000306 | Information on a specific category of threats, and their respective impacts; a footnote containing reference and historical information. |
| 000307 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000308 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000309 | Data and information  related to a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000310 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000311 | Information and data related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000312 | Data related to specific threats; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000314 | Data and information related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000315 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000316 | Information  related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000317 | Information  related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000318 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000319 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000320 | Information related to specific threats. |
| 000321 | Information related to specific threats. |
| 000322 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000323 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000324 | Information on a specific category of threats, and their respective impacts. |
| 000325 | Information on a specific category of threats, and their respective impacts. |

| | |
|---|---|
| | Information on a specific category of |
| 000326 | threats, and their respective impacts. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference and |
| 000327 | explanatory information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000328 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000329 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000330 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference and |
| 000331 | explanatory information. |
| | Information on a specific category of |
| 000332 | threats, and their respective impacts. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference and |
| 000333 | explanatory information. |
| | Information on a specific category of |
| 000334 | threats, and their respective impacts. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference and |
| 000335 | explanatory information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing explanatory |
| 000336 | information. |

| | |
|---|---|
| 000337 | Information on a specific category of threats, and their respective impacts. |
| 000338 | Information on a specific category of threats, and their respective impacts; a footnote containing explanatory information. |
| 000340 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000341 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000342 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000343 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000344 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000345 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000346 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000347 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000348 | Data related to specific threats. |

• Deliberative Process Privilege

The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The deliberative process privilege was used to withhold the key findings, source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previouisly-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The key findings examine and compare risks for their likelihood of occurrence, potential impacts of threats and hazards, and analyze the uncertainty associated with each risk.

The appendices further discuss certain risks, contain calculations, more data and sources, and contain risk summary sheets for a variety of hazards.  The risk summary sheets contain summarized versions of data, impacts, analyses, historical information, and sources.

| | | | |
|---|---|---|---|
| 000351 | SNRA 2011 Supplement: Unclassified Documentation of Findings | (b)(5) | A list of errors and changes made for the 2015 SNRA. |
| 000352 | | | Information on the nature of the unclassified findings and the differences between them and the classified findings; footnotes containing reference and explanatory information. |
| 000356 | | | Specific findings, threats, drivers, categories, and appendices identified in the Table of Contents of the 2011 SNRA. |
| 000357 | | | Information on a specific category of threats, and their respective impacts; a footnote containing explanatory information. |
| 000358 | | | A list of threats identified in the 2011 SNRA. |
| 000359 | | | A table comparing the risks of specific types threats and hazards; a footnote containing explanatory information. |

| | |
|---|---|
| 000360 | A table comparing the risks of specific types threats and hazards. |
| 000361 | A table comparing the risks of specific types threats and hazards; a footnote containing explanatory information. |
| 000362 | Footnotes containing reference and explanatory information. |
| 000363 | Excluded risks and reasons for exclusion. |
| 000364 | Footnotes containing reference and explanatory information. |
| 000365 | A specific threat; a footnote containing reference and explanatory information. |
| 000366 | Examples of hazards and their assessments. |
| 000367 | Footnotes containing reference and explanatory information. |
| 000368 | Excluded risks. |
| 000369 | Excluded risks; a footnote containing explanatory information. |
| 000370 | The key findings of the SNRA. |
| 000371 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000372 | The key findings of the SNRA. |
| 000373 | The key findings of the SNRA. |
| 000374 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000375 | The key findings of the SNRA. |
| 000376 | The key findings of the SNRA. |
| 000377 | The key findings of the SNRA; footnotes containing reference information. |
| 000378 | The key findings of the SNRA. |
| 000379 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000380 | The key findings of the SNRA. |
| 000381 | The key findings of the SNRA. |
| 000382 | The key findings of the SNRA; a footnote containing reference information. |

| | |
|---|---|
| 000383 | The key findings of the SNRA; footnotes containing reference information. |
| 000384 | The key findings of the SNRA; footnotes containing reference information. |
| 000385 | The key findings of the SNRA; footnotes containing reference information. |
| 000386 | The key findings of the SNRA; footnotes containing reference information. |
| 000387 | The key findings of the SNRA; footnotes containing reference information. |
| 000388 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000389 | The key findings of the SNRA; footnotes containing reference information. |
| 000390 | The key findings of the SNRA; footnotes containing reference information. |
| 000391 | The key findings of the SNRA; footnotes containing reference information. |
| 000392 | The key findings of the SNRA; footnotes containing reference information. |
| 000393 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000394 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000395 | The key findings of the SNRA; footnotes containing reference information. |
| 000396 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000397 | The key findings of the SNRA; footnotes containing reference information. |
| 000398 | The key findings of the SNRA; footnotes containing reference information. |
| 000399 | The key findings of the SNRA; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000400 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000401 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000402 | The key findings of the SNRA; footnotes containing reference information. |
| 000403 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000408 | A table of contents of appendices. |
| 000410 | An appendix on graphical representations of data. |
| 000411 | An appendix on graphical representations of data. |
| 000412 | An appendix on graphical representations of data; a footnote containing explanatory information. |
| 000413 | An appendix on methodology; a footnote containing explanatory information. |
| 000414 | An appendix on methodology. |
| 000415 | An appendix on methodology. |
| 000416 | An appendix on methodology. |
| 000417 | An appendix on methodology. |
| 000418 | An appendix on methodology; footnotes containing explanatory information. |
| 000419 | Footnotes containing explanatory, historical, and reference information. |
| 000420 | Footnotes containing explanatory, historical, and reference information. |
| 000421 | An appendix on assessing the impacts of a specfic hazard. |
| 000422 | An appendix on assessing the impacts of a specfic hazard. |
| 000423 | An appendix on assessing the impacts of a specfic hazard. |
| 000424 | An appendix on assessing the impacts of a specfic hazard. |

| | |
|---|---|
| 000425 | An appendix on assessing the impacts of a specific hazard; footnotes containing reference and explanatory information. |
| 000426 | Footnotes containing historical, explanatory, and reference information. |
| 000427 | Footnotes containing historical, explanatory, and reference information. |
| 000428 | An appendix on assessing the impacts of a specfic hazard. |
| 000429 | An appendix on assessing the impacts of a specfic hazard. |
| 000430 | An appendix on assessing the impacts of a specfic hazard. |
| 000431 | An appendix on assessing the impacts of a specfic hazard. |
| 000432 | An appendix on assessing the impacts of a specific hazard; footnotes containing reference and explanatory information. |
| 000433 | Footnotes containing explanatory, historical, and reference information. |
| 000434 | Footnotes containing explanatory, historical, and reference information. |
| 000435 | An appendix on assessing the impacts of a specific hazard; a footnote containing reference and explanatory information. |
| 000436 | An appendix on assessing the impacts of a specfic hazard. |
| 000437 | An appendix on assessing the impacts of a specfic hazard. |
| 000438 | An appendix on assessing the impacts of a specfic hazard. |
| 000439 | An appendix on assessing the impacts of a specfic hazard. |
| 000440 | An appendix on assessing the impacts of a specific hazard; footnotes containing reference and explanatory information. |
| 000441 | Footnotes containing explanatory, historical, and reference information. |

| | |
|---|---|
| | Footnotes containing explanatory, |
| 000442 | historical, and reference information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| 000443 | explanatory information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; a footnote containing |
| 000444 | reference information. |
| | An appendix on assessing the impacts of a |
| 000445 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000446 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000447 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| | explanatory, historical, and reference |
| 000448 | information. |
| | Footnotes containing reference and |
| 000449 | explanatory information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| 000450 | reference information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; a footnote containing |
| 000451 | reference and explanatory information. |
| | An appendix on assessing the impacts of a |
| 000452 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| 000453 | reference information. |
| | An appendix on assessing the impacts of a |
| 000454 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000455 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000456 | specfic hazard. |

| | |
|---|---|
| 000457 | An appendix on assessing the impacts of a specific hazard; a footnote containing reference and explanatory information. |
| 000458 | An appendix on assessing the impacts of a specfic hazard. |
| 000459 | An appendix on assessing the impacts of a specfic hazard. |
| 000460 | An appendix on assessing the impacts of a specfic hazard. |
| 000461 | An appendix on assessing the impacts of a specfic hazard. |
| 000462 | An appendix on thresholds; a footnote containing explanatory information. |
| 000463 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000464 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000465 | An appendix on thresholds; footnotes containing explanatory information. |
| 000466 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000467 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000468 | An appendix on thresholds. |
| 000470 | An appendix containing summary sheets of various risks; table of contents of the summary sheets; footnotes containing historical, explanatory, and reference information. |
| 000471 | An appendix containing summary sheets of various risks. |
| 000472 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000473 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000474 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000475 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000476 | A risk summary sheet in the appendix, including a footnote containing reference information. |
| 000477 | Data table. |
| 000478 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000479 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000480 | A risk summary sheet in the appendix. |
| 000481 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000482 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000483 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000484 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000485 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000486 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000487 | A risk summary sheet in the appendix, including footnotes containing reference and explanatory information. |
| 000488 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000489 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000490 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000491 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000492 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000493 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000494 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000495 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000496 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000497 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000498 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000499 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000500 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000501 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000502 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000503 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000504 | References. |
| 000505 | Data table. |
| 000506 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000507 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000508 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000509 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000510 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000511 | A risk summary sheet in the appendix, including a bibliography and a footnote containing a definition. |
| 000512 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000513 | A risk summary sheet in the appendix, including references and footnotes containing reference information. |

| | |
|---|---|
| 000514 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000515 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000516 | A risk summary sheet in the appendix, including references and footnotes containing reference information. |
| 000517 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000518 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000519 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000520 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000521 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000522 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000523 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000524 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000525 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000526 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000527 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000528 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000529 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000530 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000531 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000532 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000533 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000534 | An appendix containing data on various hazards. |
| 000535 | An appendix containing data on various hazards. |
| 000536 | An appendix containing data on various hazards. |
| 000537 | An appendix containing data on various hazards. |
| 000538 | An appendix containing data on various hazards. |
| 000539 | An appendix on assessing the impacts of a specific hazard; footnotes containing historical and reference information. |

| | |
|---|---|
| 000540 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000541 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000542 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000543 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000544 | An appendix on data sources; a footnote containing explanatory information. |
| 000545 | An appendix on data sources; a footnote containing explanatory and reference information. |
| 000546 | An appendix on data sources. |
| 000547 | An appendix on data sources. |
| 000548 | An appendix on data sources. |
| 000549 | An appendix containing a table comparing the risks of specific types threats and hazards. |
| 000550 | An appendix containing a table comparing the risks of specific types threats and hazards. |
| 000551 | An appendix on the 2011 SNRA's findings; a footnote containing reference and explanatory information. |
| 000552 | An appendix on the 2011 SNRA's findings. |
| 000553 | An appendix on the 2011 SNRA's findings. |
| 000554 | An appendix on the 2011 SNRA's findings; a footnote containing explanatory information. |
| 000555 | An appendix on the 2011 SNRA's findings; a footnote containing explanatory information. |
| 000556 | An appendix on the 2011 SNRA's findings. |

| 000557 | | | An appendix on the 2011 SNRA's findings. | • Deliberative Process Privilege<br>The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.<br>The deliberative process privilege was used to withhold the source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previouisly-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |
| 000566 | SNRA Working Papers, May 2015 | (b)(5) | Specific threats, drivers, and categories identified in the Table of Contents of the SNRA 2015 Working Papers. | |
| 000570 | | | Information on a specific category of threats, and their respective impacts. | |
| 000571 | | | Information and data on a specific category of threats, and their respective impacts; a footnote containing explanatory information. | |
| 000572 | | | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. | |
| 000573 | | | Data on a specific category of threats, and their respective impacts. | |
| 000574 | | | Information on a specific category of threats, and their respective impacts. | |
| 000575 | | | Data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. | |

| | |
|---|---|
| 000576 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000577 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000578 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000579 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000580 | Information and data on a specific category of threats, and their respective impacts. |
| 000581 | Data on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000582 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000583 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |
| 000584 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000585 | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000586 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000587 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000588 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000589 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000590 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000591 | Information and data on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000592 | Data on a specific category of threats, and their respective impacts. |
| 000593 | Data on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000594 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000595 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000596 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000597 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000598 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000599 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |
| 000600 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000601 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000602 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000603 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000604 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000605 | |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000606 | |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000607 | |
| | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000608 | |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000610 | |
| | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000611 | |
| | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000612 | |
| | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000613 | |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000614 | |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000615 | |

| | |
|---|---|
| 000616 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000617 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000618 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000619 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000620 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000621 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000622 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000623 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000624 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

000625    Information on a specific category of
          threats, and their respective impacts;
          footnotes containing reference
          information.

000626    Information on a specific category of
          threats, and their respective impacts;
          footnotes containing reference,
          explanatory, and historical information.

000627    Information on a specific category of
          threats, and their respective impacts;
          footnotes containing reference
          information.

000628    Information on a specific category of
          threats, and their respective impacts;
          references.

000629    References.

000630    Information on a specific category of
          threats, and their respective impacts;
          footnotes containing reference and
          explanatory information.

000631    Information on a specific category of
          threats, and their respective impacts;
          footnotes containing reference and
          explanatory information.

000632    Information and data on a specific
          category of threats, and their respective
          impacts; footnotes containing reference
          and explanatory information.

000633    Data on a specific category of threats, and
          their respective impacts; footnotes
          containing reference information.

000634    Data on a specific category of threats, and
          their respective impacts; footnotes
          containing reference information.

000635    Information and data on a specific
          category of threats, and their respective
          impacts; footnotes containing reference
          and explanatory information.

| | |
|---|---|
| 000636 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000637 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000638 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000639 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000640 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000641 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000642 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000643 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000644 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000645 | Information on a specific category of threats, and their respective impacts; references; a footnote containing reference information. |
| 000646 | References. |
| 000648 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000649 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000650 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000651 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000652 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000653 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000654 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000656 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000657 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000658 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000659 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000660 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000661 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000662 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000663 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000664 | Information and data on a specific category of threats, and their respective impacts. |
| 000665 | Information and data on a specific category of threats, and their respective impacts. |
| 000666 | Information on a specific category of threats, and their respective impacts. |

| | |
|---|---|
| 000668 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000669 | Information and data on a specific category of threats, and their respective impacts. |
| 000670 | Information and data on a specific category of threats, and their respective impacts. |
| 000671 | Information on various categories of threats, and their respective impacts; a footnote containing reference information. |
| 000672 | Information on a specific category of threats, and their respective impacts. |
| 000673 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000674 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000675 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000676 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000677 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000678 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000679 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000680 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000681 | information. |
| 000682 | Information on a specific category of threats, and their respective impacts. |
| 000683 | Information on a specific category of threats, and their respective impacts. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000684 | information. |
| 000685 | Information on a specific category of threats, and their respective impacts. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000686 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000687 | information. |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000688 | information. |

000689    Information on a specific category of threats, and their respective impacts; footnotes containing reference information.

000690    Information on a specific category of threats, and their respective impacts; a footnote containing reference information.

000691    Information on a specific category of threats, and their respective impacts; a footnote containing reference information.

000692    Information on a specific category of threats, and their respective impacts; footnotes containing reference information.

000693    Information on a specific category of threats, and their respective impacts; footnotes containing reference information.

000694    Information on a specific category of threats, and their respective impacts; footnotes containing reference information.

000695    Information on a specific category of threats, and their respective impacts; footnotes containing reference information.

000696    Information on a specific category of threats, and their respective impacts; footnotes containing reference information.

000697    Information on a specific category of threats, and their respective impacts; a footnote containing reference information.

| | |
|---|---|
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000698 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000699 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000700 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000701 | |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000702 | information. |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000703 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000704 | information. |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000705 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000706 | information. |

| | |
|---|---|
| 000707 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000708 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000709 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000710 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000711 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000712 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000713 | Information on a specific category of threats, and their respective impacts. |
| 000714 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000715 | Information on a specific category of threats, and their respective impacts. |
| 000716 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |