UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 18-cv-158 (CKK) |

**DECLARATION OF LEILONI STAINSBY**

I, Leiloni Stainsby, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am the Acting Director for the National Preparedness Directorate, Federal Emergency Management Agency ("FEMA"), United States Department of Homeland Security ("DHS"). I have held this position since July 2018. In this capacity, I am responsible for the development and delivery of national risk and capability assessments. I have been with the Department since November 2011.

2. I make this declaration based on my personal knowledge of FEMA's process for developing the Strategic National Risk Assessment documents ("SNRA Documents").[1] The

---

[1] The SNRA Documents that were redacted in part or in full in response to NPR's Freedom of Information Act request are the SNRA Summary of Findings (November 2015); Presidential Policy Directive/PPD-8 Refresh, SNRA Findings Review (May 29, 2015); SNRA Summary of Findings (May 2015); SNRA Terms of Reference; SNRA 2015 Technical Appendix (May 2015); SNRA 2011 Supplement: Unclassified Documentation of Findings; and the SNRA Working Papers (May 2015).

purpose of this declaration is to provide information concerning the drafting process of the SNRA Documents.

## The SNRA Documents

3.    The 2015 draft SNRA Documents were developed by FEMA's National Integration Center (NIC), which develops guidance and tools to assist communities in tackling their unique preparedness challenges and coordinates the adoption and implementation of a common incident management platform for emergency responders and officials.  The NIC is a division of FEMA's National Preparedness Directorate (NPD), an organizational component tasked with helping people and communities become more resilient by developing the capabilities needed to prevent, protect against, respond to, recover from, and mitigate against all threats and hazards.  NPD provides guidance, programs, and processes to empower people and the communities they live in to be prepared for any hazard.  The NIC intended the 2015 SRNA Documents to be the risk-based analytic foundation of the National Preparedness Goal.

4.    In April of 2015, the NIC forwarded the SNRA Documents to several offices[2] throughout FEMA for review, including my office, the National Preparedness Assessment Division.  To my knowledge, the NIC did not send the SNRA Documents through the formal concurrence process and NPD leadership did not approve them.  Without review and concurrence, the SNRA Documents were never finalized or publicly released.

---

[2] FEMA's Office of External Affairs, Office of Chief Counsel, National Preparedness Directorate, and Office of Response and Recovery.

**SNRA Summary of Findings (November 2015)**

5.      The NIC created this document for the purpose of summarizing the 2015 findings for public dissemination, in a product similar to the seven-page overview of the first SNRA published in December 2011.

6.      This document is pre-decisional because, to my knowledge, the NIC did not send it through the formal concurrence process, and NPD leadership did not approve it.  This document is deliberative because it contains opinions and recommendations on the various potential threats and hazards facing the nation.  The deliberative process privilege was used to withhold source information, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previously-released threats and hazards that have been updated in the 2015 SNRA Summary of Findings.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

**Presidential Policy Directive/PPD-8 Refresh, SNRA Findings Review (May 29, 2015)**

7.      The NIC created this document for the purpose of illuminating the differences between the 2011 and 2015 SNRAs, updating the scope, and introducing new threats and analysis.

8.      This document is pre-decisional because, to my knowledge, the NIC did not send it through the formal concurrence process, and NPD leadership did not approve it.  This document is deliberative because it contains opinions and recommendations on the various potential threats

and hazards facing the nation. This document contains data and factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States. Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

**SNRA Summary of Findings (May 2015)**

9. The NIC created this document for the purpose of summarizing the 2015 findings for public dissemination, in a product similar to the seven-page overview of the first SNRA published in December 2011.

10. This document is pre-decisional because, to my knowledge, the NIC did not send it through the formal concurrence process, and NPD leadership did not approve it. This document is deliberative because it contains opinions and recommendations on the various potential threats and hazards facing the nation. The deliberative process privilege was used to withhold source information, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previously-released threats and hazards that have been updated in the 2015 SNRA Summary of Findings. This document is a draft and didn't complete the review process in order to be finalized. This document contains factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States. Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

**SNRA Terms of Reference**

11.     The NIC created this document for the purpose of outlining the proposed approach and methodology to developing the SNRA Documents.

12.     This document is pre-decisional because, to my knowledge, the NIC did not send it through the formal concurrence process, and NPD leadership did not approve it.  This document is deliberative because it contains opinions on the various potential threats and hazards facing the nation.  The deliberative process privilege was used to withhold threats, hazards, and explanatory information that was updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

**SNRA 2015 Technical Appendix (May 2015)**

13.     The NIC created this document to include the technical data and information regarding the 2015 SNRA Documents.  This document contains key findings, source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, information on previously-released threats and hazards that were updated for the draft 2015 SNRA Documents, as well as risk summary sheets for various threats and hazards.  Each risk summary sheet contains summarized versions of data, impacts, analyses, historical information, and sources.

14.     This document is pre-decisional because, to my knowledge, the NIC did not send it through the formal concurrence process, and NPD leadership did not approve it.  This document is deliberative because it contains opinions and recommendations on the various potential threats and hazards facing the nation.  This document contains data and factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards

which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States. Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

**SNRA 2011 Supplement: Unclassified Documentation of Findings**

15. The NIC created this document as a supplement that examines errors and historical documentation between the 2011 and 2015 SNRA Documents. This document contains key findings, source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, information on previously-released threats and hazards that were updated for the draft 2015 SNRA, as well as risk summary sheets for various threats and hazards. Each risk summary sheet contains summarized versions of data, impacts, analyses, historical information, and sources. The key findings examine and compare risks for their likelihood of occurrence, potential impacts of threats and hazards, and analyze the uncertainty associated with each risk. The appendices further discuss certain risks, contain calculations, and more data and sources.

16. This document is pre-decisional because, to my knowledge, the NIC did not send it through the formal concurrence process, and NPD leadership did not approve it. This document is deliberative because it contains opinions and recommendations on the various potential threats and hazards facing the nation. This document contains data and factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States. Disclosure of this deliberative

and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

**SNRA Working Papers (May 2015)**

17. The NIC created this document to be the basis for many of the qualitatively identified threats in hazards in the 2015 SNRA Documents, and for future updates to the SNRA. It contains data and narratives of various threats, and their respective impacts.

18. This document is pre-decisional because, to my knowledge, the NIC did not send it through the formal concurrence process, and NPD leadership did not approve it. This document is deliberative because it contains opinions and recommendations on the various potential threats and hazards facing the nation. This document contains data and factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States. Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of March 2019.

*Leiloni M Stainsby*
_____
LEILONI STAINSBY