## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 18-0158 (CKK) |

**NOTICE OF FILING OF TABLE OF AUTHORITIES AND PAGINATED VAUGHN INDEX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant hereby files a Table of Authorities and paginated Vaughn Index in support of Defendant's Motion for Summary Judgment (Docket No. 22) filed on March 1, 2019.

Respectfully submitted,

/s/ Marina Utgoff Braswell
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov