# TABLE OF AUTHORITIES

**Cases**                                                   **Page**

*Abtew v. U.S. Dep't of Homeland Sec.*,
  808 F.3d 895 (D.C. Cir. 2015) ............................................................... 2, 3

*Armstrong v. Executive Office of the President*,
  97 F.3d 575 (D.C. Cir. 1996) ...................................................................... 8

*Beltranena v. U.S. Dep't of State*,
  821 F. Supp. 2d 167 (D.D.C. 2011) ............................................................ 8

*Coastal States Gas Corp. v. Dep't of Energy*,
  617 F.2d 854 (D.C. Cir. 1980) .................................................................... 3

*Dep't of Interior v. Klamath Water Users Protective Ass'n*,
  532 U.S. 1 (2001) ................................................................................... 2, 7

*Canning v. Dep't of Justice*,
  567 F. Supp.2d 104 (D.D.C. 2008) ............................................................ 8

*Electric Frontier Foundation v. U.S. Dep't of Justice*,
  890 F. Supp.2d 35 (D.D.C. 2012) ........................................................... 5, 6

*Guild v. U.S. Dep't of State*,
  641 F.3d 504 (D.C. Cir. 2011) ............................................................. 3, 5, 6

*In re Sealed Case*,
  121 F.3d 729 ........................................................................................... 5

*Juarez v. U.S. Dep't of Justice*,
  518 F.3d 54 (D.C. Cir. 2008) ..................................................................... 8

*Mapother v. Dep't of Justice*,
  3 F.3d 1533 .......................................................................................... 3, 6

*McKinley v. Bd. Of Gov. of the Fed. Reserve Sys.*,
  647 F.3d 331 (D.C. Cir. 2011) .................................................................... 3

*Mead Data Cent., Inc. v. Dep't of the Air Force*,
  566 F.2d 242 (D.C. Cir. 1977) .................................................................... 7

*Nat'l Ass'n of Home Builders v. Norton*,
   309 F.3d 26 (D.C. Cir. 2002) ......................................................................................3

*Nat'l Labor Relations Bd. v. Sears, Roebuck & Co.*,
   421 U.S. 132 (1975) ........................................................................................2, 3, 4, 5

*Ryan v. Dep't of Justice*,
   617 F.2d 781 (D.C. Cir. 1980) ..................................................................................3

*Tax Analysts v. IRS*,
   117 F.3d 607 (D.C. Cir. 1997) ..................................................................................2

Statutes

5 U.S.C. § 552 ..............................................................................................................1

5 U.S.C. § 552(b) .........................................................................................................7

5 U.S.C. § 552(b)(5) .....................................................................................................2