Public Employees for Environmental Responsibility v. U.S. Department of Homeland Security 18-cv-158

TEST

| Bates Number | Document Title | Exemption | Description of Withheld Information | Justification for Withholding |
|---|---|---|---|---|
| 000046 | Strategic National Risk Assessment (SNRA) 2015, Summary of Findings, November 2015 | (b)(5) | Specific threats, drivers, and categories identified in the Table of Contents of the Strategic National Risk Assessment (SNRA) 2015, Summary of Findings, November 2015. | • Deliberative Process Privilege<br>The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.<br>The deliberative process privilege was used to withhold source information, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previouisly-released threats and hazards that have been updated in the 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  The withheld information contains factual information that is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding risks.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |
| 000048 | | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing definitions, references, and information on the differences between the 2011 SNRA and the 2015 SNRA. | |
| 000049 | | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing information on the scope of the 2015 SNRA. | |
| 000050 | | | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; findings on threats identified in the 2015 SNRA; footnotes describing the scope of the SNRA and how it relates to other preparedness programs, and reference information. | |
| 000051 | | | Findings on threats identified in the 2015 SNRA, including descriptions of new threats. | |

| 000052 | Footnotes containing information on the scope, differences between the 2011 SNRA and the 2015 SNRA, how risks are studied, and explanatory information. |
| 000053 | Information on threats new to the 2015 SNRA, their descriptions, and how they are analyzed; footnotes describing national prepardeness information used to formulate the SNRA, differences between the 2011 and 2015 SNRAs, and descriptions of how thresholds are formulized. |
| 000054 | New threats and their descriptions, descriptions of threats in the 2015 SNRA that differ from the 2011 SNRA; a footnote describing the scope and background information of a new threat. |
| 000055 | New threats and their descriptions, and descriptions of threats in the 2015 SNRA that differ from the 2011 SNRA. |
| 000056 | New threats and their descriptions; footnotes describing threats and models and how they differ between the 2011 and 2015 SNRAs. |
| 000057 | New threats and their descriptions. |
| 000058 | Footnotes describing terminology, interpretation and analysis methods. |
| 000059 | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs; a footnote containing information on a new threat. |
| 000060 | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs, and new threats and how they were analyzed. |
| 000061 | Information on new threats and how they were analyzed; a footnote containing information on the validity of a method of examination. |

| | | |
|---|---|---|
| 000062 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000063 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000064 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000065 | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000066 | Information and analysis on drivers and evolving threats. | |
| 000067 | Information and analysis on the threats and hazards of greatest concern by whole community partners; footnotes analyzing source information and contextualizing the findings. | |
| 000068 | Categorization and analysis of threats; a footnote contextualizing the findings. | |
| 000070 | Presidential Policy Directive/PPD-8 Refresh, Strategic National Risk Assessment, Findings Review, May 29, 2015 | Differences between the 2011 and 2015 SNRAs, updated scope, new threats and analysis. | • Deliberative Process Privilege The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. The deliberative process privilege was used to withhold differences between the 2011 SNRA and the draft 2015 SNRA Findings document.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |

|  |  |  |  |
|---|---|---|---|
| 000072 | SNRA 2015, Summary of Findings, May 2015 | (b)(5) | Specific threats, drivers, and categories identified in the Table of Contents of the SNRA 2015. | Exemption 5 was used to withhold source information, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previouisly-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |
| 000074 |  |  | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing definitions, references, and information on the differences between the 2011 SNRA and the 2015 SNRA. |  |
| 000075 |  |  | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; footnotes containing information on the scope of the 2015 SNRA. |  |
| 000076 |  |  | Information concerning the differences between the 2011 SNRA and the 2015 SNRA; findings on threats identified in the 2015 SNRA; footnotes describing the scope of the SNRA and how it relates to other preparedness programs. |  |
| 000077 |  |  | Findings on threats identified in the 2015 SNRA, including descriptions of new threats. |  |
| 000078 |  |  | Footnotes containing information on the scope, differences between the 2011 SNRA and the 2015 SNRA, how risks are studied, and explanatory information. |  |

| | |
|---|---|
| 000079 | Information on threats new to the 2015 SNRA, their descriptions, and how they are analyzed; footnotes describing national prepardeness information used to formulate the SNRA, differences between the 2011 and 2015 SNRAs, and descriptions of how thresholds are formulized. |
| 000080 | New threats and their descriptions, descriptions of threats in the 2015 SNRA that differ from the 2011 SNRA, and a footnote describing the scope and background information of a new threat. |
| 000081 | New threats and their descriptions, and descriptions of threats in the 2015 SNRA that differ from the 2011 SNRA. |
| 000082 | New threats and their descriptions; footnotes describing threats and models and how they differ between the 2011 and 2015 SNRAs. |
| 000083 | New threats and their descriptions. |
| 000084 | Footnotes describing terminology, interpretation and analysis methods. |
| 000085 | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs; a footnote containing information on a new threat. |
| 000086 | Information on the results of the 2015 SNRA, differences between the 2011 and 2015 SNRAs, and new threats and how they were analyzed. |
| 000087 | Information on new threats and how they were analyzed; a footnote containing explanatory information. |
| 000088 | Information and analysis on drivers and evolving threats; footnotes containing reference information. |

| | | | | |
|---|---|---|---|---|
| 000089 | | | Information and analysis on drivers and evolving threats; footnotes containing source references. | |
| 000090 | | | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000091 | | | Information and analysis on drivers and evolving threats; footnotes containing reference information. | |
| 000092 | | | Information and analysis on drivers and evolving threats. | |
| 000093 | | | Information and analysis on the threats and hazards of greatest concern by whole community partners; footnotes containing reference and explanatory information. | |
| 000094 | | | Categorization and analysis of threats; a footnote containing explanatory information. | |

• Deliberative Process Privilege

The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The deliberative process privilege was used to withhold threats, hazards, and explanatory information that was updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  The specific threats, hazards, and explanatory information are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.

| | | | | |
|---|---|---|---|---|
| 000109 | SNRA Terms of Reference | (b)(5) | Threats and hazards; footnotes regarding risks, risk assessments, groupings of risks, and defining thresholds. | Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. |
| 000110 | | | A footnote containing examples of risk assessments. | |

• Deliberative Process Privilege

The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The deliberative process privilege was used to withhold the key findings, source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previouisly-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

| | | | |
|---|---|---|---|
| 000114 | SNRA 2015, Technical Appendix, May 2015 | New and updated threats, drivers, and risks identified in the Table of Contents of the SNRA 2015. | The key findings examine and compare risks for their likelihood of occurrence, potential impacts of threats and hazards, and analyze the uncertainty associated with each risk. |
| 000116 | | A list of new and updated risks identified in the 2015 SNRA. | |
| 000118 | | Information on the methodology that was updated for the 2015 SNRA, and how it differs from the 2011 SNRA. | |
| 000119 | | Information on the methodology that was updated for the 2015 SNRA, and how it differs from the 2011 SNRA. | |
| 000120 | | Thresholds for specific threats and hazards in the 2011 SNRA. | |
| 000121 | | Thresholds for specific threats and hazards in the 2011 SNRA and the 2015 SNRA; a footnote containing reference information. | |
| 000122 | | Threats, hazards, and their related data sources for the 2011 and 2015 SNRAs. | |
| 000123 | | Threats, hazards, impact types, and their related data sources for the 2011 and 2015 SNRAs; a footnote containing reference information. | |

| | |
|---|---|
| 000124 | Information on the new types of analyses employed in the 2015 SNRA; footnotes on how frequency was used and interpreted. |
| 000125 | Information on the new types of analyses employed in the 2015 SNRA; a footnote describing how information received from subject matter experts was modeled and interpreted. |
| 000127 | A table comparing the risks of specific types threats and hazards. |
| 000128 | The key findings of the SNRA, organized by type of risk; footnotes containing explanatory information. |
| 000129 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000130 | The key findings of the SNRA. |
| 000131 | The key findings of the SNRA. |
| 000132 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000133 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000134 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000135 | The key findings of the SNRA. |
| 000136 | The key findings of the SNRA; footnotes containing explanatory and historical information. |
| 000137 | The key findings of the SNRA; footnotes containing reference information. |
| 000138 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000139 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000140 | The key findings of the SNRA. |
| 000141 | The key findings of the SNRA. |
| 000142 | The key findings of the SNRA; a footnote containing explanatory information. |

| | |
|---|---|
| 000143 | The key findins of the SNRA; information on how the frequencies for the 2011 and 2015 SNRAs were estimated; footnotes containing explanatory information. |
| 000144 | Information on how the frequency results were interpreted; more key findings of the SNRA; footnotes containing explanatory information. |
| 000145 | The key findings of the SNRA. |
| 000146 | A footnote containing reference and explanatory information. |
| 000148 | The key findings of the SNRA; footnotes containing explanatory information. |
| 000149 | Footnotes containing explanatory information. |
| 000150 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000151 | The key findings of the SNRA; footnotes containing reference information. |
| 000152 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000153 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000154 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000155 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000156 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000157 | The key findings of the SNRA; footnotes containing data, reference, and explanatory information. |

| | |
|---|---|
| 000158 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000159 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000160 | The key findings of the SNRA; a footnote containing reference information. |
| 000161 | References. |
| 000162 | References. |
| 000163 | References. |
| 000164 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000165 | Footnotes containing explanatory information. |
| 000166 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000167 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000168 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000169 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000170 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000171 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000172 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000173 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000174 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000175 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000176 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information and editorial comments. |
| 000177 | Information on a specific category of threats, and their respective impacts. |
| 000178 | References. |
| 000179 | References. |
| 000180 | References. |
| 000181 | References. |
| 000182 | References. |
| 000183 | References. |
| 000184 | References. |
| 000185 | References. |
| 000186 | References. |
| 000187 | References. |

| | |
|---|---|
| 000188 | Information on a specific category of threats, and their respective impacts; footnotes reference, historical, and explanatory information. |
| 000189 | Information on a specific category of threats, and their respective impacts; footnotes reference and explanatory information. |
| 000190 | Information on a specific category of threats, and their respective impacts; footnotes reference, historical, and explanatory information. |
| 000191 | Information on a specific category of threats, and their respective impacts; a footnote containing reference and explanatory information. |
| 000192 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000193 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000194 | Information on a specific category of threats, and their respective impacts. |
| 000195 | References. |
| 000196 | References. |
| 000197 | References. |
| 000198 | References. |
| 000199 | References. |
| 000200 | References. |
| 000201 | References. |
| 000202 | References. |
| 000203 | References. |
| 000204 | Historical data; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000206 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000207 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000208 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000209 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000210 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000211 | Data related to specific threats; a footnote containing reference information. |
| 000212 | Data related to specific threats. |
| 000213 | Data related to specific threats. |
| 000214 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000215 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000216 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |

| | |
|---|---|
| 000217 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000218 | Information and data on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000219 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory and historical information. |
| 000220 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000221 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000222 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000223 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000224 | References. |
| 000225 | References. |
| 000226 | References. |
| 000227 | References. |
| 000228 | References. |
| 000229 | References. |
| 000230 | References. |
| 000231 | References. |
| 000232 | References. |
| 000233 | References. |
| 000234 | References. |

| | |
|---|---|
| 000235 | References. |
| 000236 | References. |
| 000237 | References. |
| 000238 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000239 | Data related to specific threats; footnotes containing reference information. |
| 000240 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000241 | Data related to specific threats; footnotes containing explanatory information. |
| 000242 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000243 | Data related to specific threats; footnotes containing explanatory information. |
| 000244 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000245 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000246 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000247 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000248 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

Public Employees for Environmental Responsibility v. U.S. Department of Homeland Security 18-cv-158

| | |
|---|---|
| 000249 | Information on a specific category of threats, and their respective impacts. |
| 000250 | Information on a specific category of threats; references. |
| 000251 | References. |
| 000252 | References. |
| 000253 | References. |
| 000254 | References. |
| 000255 | References. |
| 000256 | References. |
| 000257 | References. |
| 000258 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000260 | Data related to specific threats; footnotes containing reference and explanatory information. |
| 000261 | Footnotes containing explanatory information. |
| 000262 | Information related to specific threats; footnotes containing reference, historical, and explanatory information. |
| 000263 | Information related to specific threats; footnotes containing reference and explanatory information. |
| 000264 | Information related to specific threats; footnotes containing reference and explanatory information. |
| 000265 | Information related to specific threats; footnotes containing reference and explanatory information. |
| 000266 | Data and information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000267 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

| | |
|---|---|
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000268 | explanatory information. |
| | Data and information on a specific category of threats, and their respective impacts; footnote containing reference |
| 000269 | and explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000270 | historical information. |
| 000271 | Data related to specific threats. |
| | Data and information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000272 | and explanatory information. |
| | Data on a specific category of threats, and their respective impacts; a footnote |
| 000273 | containing reference information. |
| | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference, |
| 000274 | historical, and explanatory information. |
| | Footnotes containing reference, |
| 000275 | explanatory, and historical information. |
| | Data and information related to specific threats; footnotes containing reference |
| 000276 | and explanatory information. |
| | Information related to specific threats; footnotes containing reference, |
| 000277 | explanatory, and historical information. |
| | Information related to specific threats; footnotes containing reference, |
| 000278 | explanatory, and historical information. |
| | Information related to specific threats; footnotes containing explanatory |
| 000279 | information. |

| | |
|---|---|
| 000280 | Information related to specific threats; footnotes containing explanatory information. |
| 000281 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000282 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000283 | Information on a specific category of threats, and their respective impacts; a footnote containing historical information. |
| 000284 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000285 | Information on a specific category of threats, and their respective impacts. |
| 000286 | Data related to specific threats. |
| 000288 | Data related to a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000289 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000290 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |
| 000291 | Data and information on a specific category of threats, and their respective impacts; a footnote containing reference information. |

| | |
|---|---|
| 000292 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000293 | Information on a specific category of threats, and their respective impacts. |
| 000294 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000295 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000296 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000297 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000298 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000299 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000300 | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000302 | Data and information related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000303 | Information on a specific category of threats, and their respective impacts; a footnote containing reference and explanatory information. |
| 000304 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000305 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000306 | Information on a specific category of threats, and their respective impacts; a footnote containing reference and historical information. |
| 000307 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000308 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000309 | Data and information  related to a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000310 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000311 | Information and data related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000312 | Data related to specific threats; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000314 | Data and information related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000315 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000316 | Information  related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000317 | Information  related to a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000318 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000319 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000320 | Information related to specific threats. |
| 000321 | Information related to specific threats. |
| 000322 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000323 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000324 | Information on a specific category of threats, and their respective impacts. |
| 000325 | Information on a specific category of threats, and their respective impacts. |

| | |
|---|---|
| 000326 | Information on a specific category of threats, and their respective impacts. |
| 000327 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000328 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000329 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000330 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000331 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000332 | Information on a specific category of threats, and their respective impacts. |
| 000333 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000334 | Information on a specific category of threats, and their respective impacts. |
| 000335 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000336 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |

| | |
|---|---|
| | Information on a specific category of |
| 000337 | threats, and their respective impacts. |
| | Information on a specific category of |
| | threats, and their respective impacts; a |
| | footnote containing explanatory |
| 000338 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000340 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000341 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000342 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000343 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference and |
| 000344 | explanatory information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference and |
| 000345 | explanatory information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000346 | information. |
| | Information on a specific category of |
| | threats, and their respective impacts; |
| | footnotes containing reference |
| 000347 | information. |
| 000348 | Data related to specific threats. |

• Deliberative Process Privilege

The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The deliberative process privilege was used to withhold the key findings, source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previiously-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The key findings examine and compare risks for their likelihood of occurrence, potential impacts of threats and hazards, and analyze the uncertainty associated with each risk.

The appendices further discuss certain risks, contain calculations, more data and sources, and contain risk summary sheets for a variety of hazards.  The risk summary sheets contain summarized versions of data, impacts, analyses, historical information, and sources.

| | | | |
|---|---|---|---|
| 000351 | SNRA 2011 Supplement: Unclassified Documentation of Findings | (b)(5) | A list of errors and changes made for the 2015 SNRA. |
| 000352 | | | Information on the nature of the unclassified findings and the differences between them and the classified findings; footnotes containing reference and explanatory information. |
| 000356 | | | Specific findings, threats, drivers, categories, and appendices identified in the Table of Contents of the 2011 SNRA. |
| 000357 | | | Information on a specific category of threats, and their respective impacts; a footnote containing explanatory information. |
| 000358 | | | A list of threats identified in the 2011 SNRA. |
| 000359 | | | A table comparing the risks of specific types threats and hazards; a footnote containing explanatory information. |

| | |
|---|---|
| 000360 | A table comparing the risks of specific types threats and hazards. |
| 000361 | A table comparing the risks of specific types threats and hazards; a footnote containing explanatory information. |
| 000362 | Footnotes containing reference and explanatory information. |
| 000363 | Excluded risks and reasons for exclusion. |
| 000364 | Footnotes containing reference and explanatory information. |
| 000365 | A specific threat; a footnote containing reference and explanatory information. |
| 000366 | Examples of hazards and their assessments. |
| 000367 | Footnotes containing reference and explanatory information. |
| 000368 | Excluded risks. |
| 000369 | Excluded risks; a footnote containing explanatory information. |
| 000370 | The key findings of the SNRA. |
| 000371 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000372 | The key findings of the SNRA. |
| 000373 | The key findings of the SNRA. |
| 000374 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000375 | The key findings of the SNRA. |
| 000376 | The key findings of the SNRA. |
| 000377 | The key findings of the SNRA; footnotes containing reference information. |
| 000378 | The key findings of the SNRA. |
| 000379 | The key findings of the SNRA; a footnote containing explanatory information. |
| 000380 | The key findings of the SNRA. |
| 000381 | The key findings of the SNRA. |
| 000382 | The key findings of the SNRA; a footnote containing reference information. |

| | |
|---|---|
| 000383 | The key findings of the SNRA; footnotes containing reference information. |
| 000384 | The key findings of the SNRA; footnotes containing reference information. |
| 000385 | The key findings of the SNRA; footnotes containing reference information. |
| 000386 | The key findings of the SNRA; footnotes containing reference information. |
| 000387 | The key findings of the SNRA; footnotes containing reference information. |
| 000388 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000389 | The key findings of the SNRA; footnotes containing reference information. |
| 000390 | The key findings of the SNRA; footnotes containing reference information. |
| 000391 | The key findings of the SNRA; footnotes containing reference information. |
| 000392 | The key findings of the SNRA; footnotes containing reference information. |
| 000393 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000394 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000395 | The key findings of the SNRA; footnotes containing reference information. |
| 000396 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000397 | The key findings of the SNRA; footnotes containing reference information. |
| 000398 | The key findings of the SNRA; footnotes containing reference information. |
| 000399 | The key findings of the SNRA; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000400 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000401 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000402 | The key findings of the SNRA; footnotes containing reference information. |
| 000403 | The key findings of the SNRA; footnotes containing reference and explanatory information. |
| 000408 | A table of contents of appendices. |
| 000410 | An appendix on graphical representations of data. |
| 000411 | An appendix on graphical representations of data. |
| 000412 | An appendix on graphical representations of data; a footnote containing explanatory information. |
| 000413 | An appendix on methodology; a footnote containing explanatory information. |
| 000414 | An appendix on methodology. |
| 000415 | An appendix on methodology. |
| 000416 | An appendix on methodology. |
| 000417 | An appendix on methodology. |
| 000418 | An appendix on methodology; footnotes containing explanatory information. |
| 000419 | Footnotes containing explanatory, historical, and reference information. |
| 000420 | Footnotes containing explanatory, historical, and reference information. |
| 000421 | An appendix on assessing the impacts of a specfic hazard. |
| 000422 | An appendix on assessing the impacts of a specfic hazard. |
| 000423 | An appendix on assessing the impacts of a specfic hazard. |
| 000424 | An appendix on assessing the impacts of a specfic hazard. |

| | |
|---|---|
| 000425 | An appendix on assessing the impacts of a specific hazard; footnotes containing reference and explanatory information. |
| 000426 | Footnotes containing historical, explanatory, and reference information. |
| 000427 | Footnotes containing historical, explanatory, and reference information. |
| 000428 | An appendix on assessing the impacts of a specfic hazard. |
| 000429 | An appendix on assessing the impacts of a specfic hazard. |
| 000430 | An appendix on assessing the impacts of a specfic hazard. |
| 000431 | An appendix on assessing the impacts of a specfic hazard. |
| 000432 | An appendix on assessing the impacts of a specific hazard; footnotes containing reference and explanatory information. |
| 000433 | Footnotes containing explanatory, historical, and reference information. |
| 000434 | Footnotes containing explanatory, historical, and reference information. |
| 000435 | An appendix on assessing the impacts of a specific hazard; a footnote containing reference and explanatory information. |
| 000436 | An appendix on assessing the impacts of a specfic hazard. |
| 000437 | An appendix on assessing the impacts of a specfic hazard. |
| 000438 | An appendix on assessing the impacts of a specfic hazard. |
| 000439 | An appendix on assessing the impacts of a specfic hazard. |
| 000440 | An appendix on assessing the impacts of a specific hazard; footnotes containing reference and explanatory information. |
| 000441 | Footnotes containing explanatory, historical, and reference information. |

| | |
|---|---|
| | Footnotes containing explanatory, |
| 000442 | historical, and reference information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| 000443 | explanatory information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; a footnote containing |
| 000444 | reference information. |
| | An appendix on assessing the impacts of a |
| 000445 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000446 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000447 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| | explanatory, historical, and reference |
| 000448 | information. |
| | Footnotes containing reference and |
| 000449 | explanatory information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| 000450 | reference information. |
| | An appendix on assessing the impacts of a |
| | specific hazard; a footnote containing |
| 000451 | reference and explanatory information. |
| | An appendix on assessing the impacts of a |
| 000452 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| | specific hazard; footnotes containing |
| 000453 | reference information. |
| | An appendix on assessing the impacts of a |
| 000454 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000455 | specfic hazard. |
| | An appendix on assessing the impacts of a |
| 000456 | specfic hazard. |

Public Employees for Environmental Responsibility v. U.S. Department of Homeland Security 18-cv-158

| | |
|---|---|
| 000457 | An appendix on assessing the impacts of a specific hazard; a footnote containing reference and explanatory information. |
| 000458 | An appendix on assessing the impacts of a specfic hazard. |
| 000459 | An appendix on assessing the impacts of a specfic hazard. |
| 000460 | An appendix on assessing the impacts of a specfic hazard. |
| 000461 | An appendix on assessing the impacts of a specfic hazard. |
| 000462 | An appendix on thresholds; a footnote containing explanatory information. |
| 000463 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000464 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000465 | An appendix on thresholds; footnotes containing explanatory information. |
| 000466 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000467 | An appendix on thresholds; footnotes containing reference and explanatory information. |
| 000468 | An appendix on thresholds. |
| 000470 | An appendix containing summary sheets of various risks; table of contents of the summary sheets; footnotes containing historical, explanatory, and reference information. |
| 000471 | An appendix containing summary sheets of various risks. |
| 000472 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000473 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000474 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000475 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000476 | A risk summary sheet in the appendix, including a footnote containing reference information. |
| 000477 | Data table. |
| 000478 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000479 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000480 | A risk summary sheet in the appendix. |
| 000481 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000482 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000483 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000484 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000485 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000486 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000487 | A risk summary sheet in the appendix, including footnotes containing reference and explanatory information. |
| 000488 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000489 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000490 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000491 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000492 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000493 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000494 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000495 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000496 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000497 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000498 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000499 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000500 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000501 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000502 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000503 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000504 | References. |
| 000505 | Data table. |
| 000506 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000507 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000508 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000509 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000510 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000511 | A risk summary sheet in the appendix, including a bibliography and a footnote containing a definition. |
| 000512 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000513 | A risk summary sheet in the appendix, including references and footnotes containing reference information. |

| | |
|---|---|
| 000514 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000515 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000516 | A risk summary sheet in the appendix, including references and footnotes containing reference information. |
| 000517 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000518 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000519 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000520 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000521 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000522 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000523 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000524 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000525 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |

| | |
|---|---|
| 000526 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000527 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000528 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000529 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000530 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000531 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000532 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000533 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000534 | An appendix containing data on various hazards. |
| 000535 | An appendix containing data on various hazards. |
| 000536 | An appendix containing data on various hazards. |
| 000537 | An appendix containing data on various hazards. |
| 000538 | An appendix containing data on various hazards. |
| 000539 | An appendix on assessing the impacts of a specific hazard; footnotes containing historical and reference information. |

| | |
|---|---|
| 000540 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000541 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000542 | A risk summary sheet in the appendix, including footnotes containing reference, historical, and explanatory information. |
| 000543 | A risk summary sheet in the appendix, including references and footnotes containing reference and explanatory information. |
| 000544 | An appendix on data sources; a footnote containing explanatory information. |
| 000545 | An appendix on data sources; a footnote containing explanatory and reference information. |
| 000546 | An appendix on data sources. |
| 000547 | An appendix on data sources. |
| 000548 | An appendix on data sources. |
| 000549 | An appendix containing a table comparing the risks of specific types threats and hazards. |
| 000550 | An appendix containing a table comparing the risks of specific types threats and hazards. |
| 000551 | An appendix on the 2011 SNRA's findings; a footnote containing reference and explanatory information. |
| 000552 | An appendix on the 2011 SNRA's findings. |
| 000553 | An appendix on the 2011 SNRA's findings. |
| 000554 | An appendix on the 2011 SNRA's findings; a footnote containing explanatory information. |
| 000555 | An appendix on the 2011 SNRA's findings; a footnote containing explanatory information. |
| 000556 | An appendix on the 2011 SNRA's findings. |

000557

An appendix on the 2011 SNRA's findings.

• Deliberative Process Privilege
The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

The deliberative process privilege was used to withhold the source information, methodology, technical data, threats, hazards, analyses, interpretations, conclusions, and information on previoiusly-released threats and hazards that were updated for the draft 2015 SNRA.  This document is a draft and didn't complete the review process in order to be finalized.  This document contains data and factual information; however, the withheld data and factual information is so entangled with the analyses and conclusions that release would reveal specific threats and hazards which are pre-decisional and part of the deliberative process, and may not reflect FEMA's current position regarding the risks and their impacts on the United States.  Disclosure of this deliberative and pre-decisional information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

| 000566 | SNRA Working Papers, May 2015 | (b)(5) | Specific threats, drivers, and categories identified in the Table of Contents of the SNRA 2015 Working Papers. |

000570

Information on a specific category of threats, and their respective impacts.

000571

Information and data on a specific category of threats, and their respective impacts; a footnote containing explanatory information.

000572

Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information.

000573

Data on a specific category of threats, and their respective impacts.

000574

Information on a specific category of threats, and their respective impacts.

000575

Data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information.

| | |
|---|---|
| 000576 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000577 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000578 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000579 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000580 | Information and data on a specific category of threats, and their respective impacts. |
| 000581 | Data on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000582 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000583 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and historical information. |
| 000584 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000585 | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000586 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000587 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000588 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000589 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000590 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000591 | Information and data on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000592 | Data on a specific category of threats, and their respective impacts. |
| 000593 | Data on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000594 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000595 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

Public Employees for Environmental Responsibility v. U.S. Department of Homeland Security 18-cv-158

| | |
|---|---|
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, |
| 000596 | and explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000597 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000598 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000599 | historical information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000600 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000601 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000602 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000603 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000604 | information. |

Public Employees for Environmental Responsibility v. U.S. Department of Homeland Security 18-cv-158

| | |
|---|---|
| 000605 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000606 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000607 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000608 | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000610 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000611 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000612 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000613 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000614 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000615 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

| | |
|---|---|
| 000616 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000617 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000618 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000619 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000620 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000621 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000622 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000623 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000624 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000625 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000626 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000627 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000628 | Information on a specific category of threats, and their respective impacts; references. |
| 000629 | References. |
| 000630 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000631 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000632 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000633 | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000634 | Data on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000635 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |

| 000636 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, explanatory, and historical information. |
| 000637 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000638 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000639 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000640 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000641 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000642 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000643 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000644 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000645 | Information on a specific category of threats, and their respective impacts; references; a footnote containing reference information. |
| 000646 | References. |
| 000648 | Information and data on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000649 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000650 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000651 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000652 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000653 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000654 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000656 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000657 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000658 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000659 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000660 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000661 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000662 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000663 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000664 | Information and data on a specific category of threats, and their respective impacts. |
| 000665 | Information and data on a specific category of threats, and their respective impacts. |
| 000666 | Information on a specific category of threats, and their respective impacts. |

| | |
|---|---|
| 000668 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000669 | Information and data on a specific category of threats, and their respective impacts. |
| 000670 | Information and data on a specific category of threats, and their respective impacts. |
| 000671 | Information on various categories of threats, and their respective impacts; a footnote containing reference information. |
| 000672 | Information on a specific category of threats, and their respective impacts. |
| 000673 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000674 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000675 | Information on a specific category of threats, and their respective impacts; footnotes containing explanatory information. |
| 000676 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000677 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |

| | |
|---|---|
| 000678 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000679 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000680 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000681 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000682 | Information on a specific category of threats, and their respective impacts. |
| 000683 | Information on a specific category of threats, and their respective impacts. |
| 000684 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000685 | Information on a specific category of threats, and their respective impacts. |
| 000686 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000687 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000688 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |

| | |
|---|---|
| 000689 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000690 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000691 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000692 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000693 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000694 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000695 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000696 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000697 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |

Public Employees for Environmental Responsibility v. U.S. Department of Homeland Security 18-cv-158

| | |
|---|---|
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000698 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000699 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000700 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference and |
| 000701 | explanatory information. |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000702 | information. |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000703 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000704 | information. |
| | Information on a specific category of threats, and their respective impacts; a footnote containing reference |
| 000705 | information. |
| | Information on a specific category of threats, and their respective impacts; footnotes containing reference |
| 000706 | information. |

| | |
|---|---|
| 000707 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000708 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000709 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000710 | Information on a specific category of threats, and their respective impacts; footnotes containing reference, historical, and explanatory information. |
| 000711 | Information on a specific category of threats, and their respective impacts; footnotes containing reference and explanatory information. |
| 000712 | Information on a specific category of threats, and their respective impacts; footnotes containing reference information. |
| 000713 | Information on a specific category of threats, and their respective impacts. |
| 000714 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |
| 000715 | Information on a specific category of threats, and their respective impacts. |
| 000716 | Information on a specific category of threats, and their respective impacts; a footnote containing reference information. |