# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>　　　　　Plaintiffs,<br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>　　　　　Defendant. | Civil Case No. 18-158 |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Public Employees for Environmental Responsibility ("PEER" or "Plaintiff") hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure ("Rule") 56(b) and Local Rule 7(h) and opposes Defendant U.S. Department of Homeland Security ("Defendant" or "DHS")'s Motion for Summary Judgment.