UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>        Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>        Defendant. | Civil Case No. 18-158 |

**DECLARATION OF PAULA DINERSTEIN**

I, Paula Dinerstein, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am General Counsel for Plaintiff in this action, Public Employees for Environmental Responsibility ("PEER"). In this capacity I am responsible for overseeing all of PEER's legal activities, including the filing of Requests under the Freedom of Information Act ("FOIA") and litigation.

2. The purpose of this declaration is to provide information concerning the documents produced by the Federal Emergency Management Agency ("FEMA") in response to PEER's September 1, 2017 FOIA request. I make this declaration based on my personal knowledge of PEER's FOIA request and FEMA's response to it.

3. In response to PEER's FOIA request, FEMA produced 716 Bates-stamped pages of documentation in three productions dated May 9, 2018, June 22, 2018, and June 25, 2018, which are accurately described in paragraphs 4 and 5 of the Declaration of Gregory

Bridges submitted in support of Defendant's Motion for Summary Judgment (Doc. 22-1). Because the materials produced by FEMA were not included in the declarations submitted by Defendant in this action, they are attached to this declaration as <u>Exhibit A</u>.

    4.    On September 10, 2018, FEMA delivered to Plaintiff a *Vaughn* Declaration identifying the withholdings and redactions made by FEMA across the production, beginning at page 46 and ending at page 716. That Declaration is identical to the declaration attached as <u>Exhibit B</u> to the Declaration of Gregory Bridges.

Respectfully submitted on March 29, 2019,

*/s/ Paula Dinerstein*
Paula Dinerstein, DC Bar # 333971
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337
pdinerstein@peer.org

*Counsel for Plaintiff*