February 11, 2015

# Strategic National Risk Assessment 2015 Update Background & General Guidance

## Background and Intent

In support of the continued implementation of Presidential Policy Directive 8: *National Preparedness,* the FEMA National Integration Center (NIC) is leading a review of the publicly disseminated findings[1] from the 2011 Strategic National Risk Assessment (SNRA) for accuracy and relevancy. In doing so, the NIC is seeking assistance from stakeholders in the review process. This document provides general guidance for you, as a stakeholder, for participation in this process.

The intent of reviewing and updating the 2011 SNRA is to provide an updated national-risk picture for senior level decision-makers and to support the update to the National Preparedness Goal, a parallel effort underway. The 2015 SNRA will include updates from the 2011 version and additional considerations for evolving threats and climate change. FEMA intends to use unclassified information to the maximum extent possible to help ensure our ability to disseminate the summary to a wider stakeholder audience.

## Documents of Reference

The following documents are those we will reference in support of the SNRA review:

1. **The 2011 Unclassified SNRA** (7 page unclassified public version; December 2011) – this is the document being reviewed and updated in 2015 (http://www.dhs.gov/xlibrary/assets/rma-strategic-national-risk-assessment-ppd8.pdf).

2. **SNRA 2011 Unclassified PPD-8 Circulation draft** (FEMA provided) – this document is provided to stakeholders in the SNRA process directly from FEMA and for reference purposes only. It provides the unclassified basis (including risk summary sheets) for the SNRA summary document. This document is not to be distributed beyond those stakeholders involved in SNRA-related efforts.

3. **SNRA 2015 Risk summary sheet instructions and template** (FEMA provided) – provides detailed instructions for how to update a risk summary sheet with quantifiable information.

4. **SNRA 2015 Qualitative Data Instructions** (FEMA provided) – qualitative data submissions will primarily be used to support new content in the 2015 SNRA summary document, including evolving threats and climate change.

---

[1] U.S. Department of Homeland Security (2011, December).  The Strategic National Risk Assessment in Support of PPD 8: A Comprehensive Risk-Based Approach toward a Secure and Resilient Nation (public summary) .

February 11, 2015

## General Guidance for the SNRA 2015 Update Process

- Review the 2011 SNRA and the risk summary sheets contained within 2011 SNRA unclassified PPD-8 circulation draft.

- Submit feedback on the 2011 SNRA. If you determine that any of the findings in the document are inaccurate or are no longer relevant, please provide the data needed to defend any proposed corrections.[2]

- Submit updated risk summary sheets along with any supporting information for specific threats and hazards ONLY IF those updates would change the findings in the 2011 SNRA summary document or those updates are proposed as new threats and hazards. Please see the provided instructions for how to complete a risk summary sheet, and/or how to submit qualitative data for this effort. Please be sure to include all supporting data accordingly.

- If you have previously submitted this data to FEMA for another data call (e.g. National Preparedness Report), then **there is no need to submit it again**. However, please provide us with the POC and specific data call channel to which you submitted and we will coordinate directly through appropriate channels.

- The SNRA is not intended to include a definitive list of all risks, real or potential.

- FEMA is not seeking unsubstantiated opinions. All updated threats, hazards and findings which differ from the 2011 SNRA must be supported by quantitative data, qualitative data, or multiple subject matter expert statements supporting those opinions.

- The CLASSIFIED components to the SNRA are handled through a separate but coordinated process. Related questions can be sent to: PPD8-NationalPreparedness@fema.dhs.gov. Do not send classified content to this email address.

## Questions to consider while reviewing the 2011 SNRA Summary Document

1. Do you have data to verify/back-up your position that the high-level findings from the 2011 SNRA summary should be updated?

    a. If so, would the data **change** the December 2011 publicly disseminated findings **as they are written?**

    b. If so, are you able to share your data? (A classified annex is available for classified information.)

    c. If your data are quantitative, do they meet the same standards as the data in the 2011 SNRA?

    d. If your data are qualitative, are they sourced and documented to the standards outlined in the Qualitative Data Instructions?

    e. Does your data represent national-level risk, as opposed to sector-specific or regional risk?

---

[2] Requirements, instructions, and standards are provided in the technical instruction 'SNRA 2015 Risk Summary Sheet Instructions and Template', attached.

February 11, 2015

# Submitting data to update the SNRA

If you have data that should update the findings and/or list of threats and hazards in the 2011 SNRA summary document, please send your data in a format suitable for integration into the SNRA development, as explained below and in supporting guidance (as referenced).

## Submitting quantitative data

Reference the document titled, "SNRA 2015 Risk Summary Sheet Instructions and Template" for instructions on how to write an SNRA Risk Summary Sheet, and the minimal technical and documentary requirements for quantitative analysis in the SNRA. All new or updated **quantitative** data submitted by stakeholders in the 2015 review should align with the formatting guidance provided in the "SNRA 2015 Risk Summary Sheet Instructions and Template".

## Submitting qualitative data

See the document titled, "SNRA 2015 Qualitative Data Instructions", which includes qualitative data requirements, instructions, and a template for accomplishing a concise literature review.

Risks identified and analyzed based on **qualitative** data may also be presented in the text of the summary document. All data, information, and sources provided and/or used for the review and update of the publicly disseminated SNRA summary are subject to public and/or peer review. The qualitative data requirements below explain what is needed in order for qualitative data submissions to be usable in the updated SNRA summary document. Specifically, the Qualitative Risk Package includes: a synopsis, literature review, and source materials (either physical or electronic copies).

**Synopsis**: Provide a synopsis of all your sources and the assessment based on your literature review in 150-words or less. Ensure that you cite sources of information using footnotes.

**Literature Review**: The Literature Review should follow the template provided. Source material should meet the following criteria:

- Should include 5 sources for each major topic area (i.e. fatality estimates from a tornado).
- Peer reviewed academic journals provide the best source for objective information.
- Government documents provide a good source for information.
- Trade journals provide an acceptable source of information, but the information is typically subjective.
- Source should be less than 5-years old. Sources over 5-years old could provide information that is no longer valid or relevant.

**Source material**: Submitted as either physical or electronic copies.

# Department and Agency Action Items

1. Send your Department/Agency SNRA point of contact information (name[s], title, Branch/Unit/Division, Department/Agency, email address, and phone number) to the National Integration Center at: PPD8-NationalPreparedness@fema.dhs.gov by **Friday, February 13th, 2015.**

2. Submit all **UNCLASSIFIED** input, including completed risk summary sheet(s) and/or qualitative data to PPD8-NationalPreparedness@fema.dhs.gov no later than **March 5th, 2015.**

PRE-DECISIONAL DRAFT                                    February 11, 2015

# Strategic National Risk Assessment 2015 Qualitative Data Instructions

## Introduction

The findings of the 2015 SNRA will be summarized for public dissemination in a product similar to the seven-page overview of the first SNRA published in December 2011. Qualitative data submissions will primarily be used to support new content in the unclassified 2015 SNRA summary document including evolving threats and climate change. If you have qualitative risk information that would be beneficial to this effort, please read the requirements and instructions below. Please keep in mind that our summary sections will be no more than ½ - 1½ pages long.

Please note, if you have previously submitted this data to FEMA for another data call (e.g. National Preparedness Report), then **there is no need to submit it again**. However, please provide us with the POC and specific data call channel to which you submitted and we will coordinate directly through appropriate.

Submit all input to [PPD8-NationalPreparedness@fema.dhs.gov](mailto:PPD8-NationalPreparedness@fema.dhs.gov) no later than **March 5th, 2015.**

## Qualitative Data Requirements

The qualitative data requirements below explain what is needed in order for qualitative data submissions to be usable in the updated SNRA summary document.

**Synopsis**: Provide a synopsis of all your sources and the assessment based on your literature review in 150-words or less. Ensure that you cite sources of information using footnotes.

**Literature Review**: The Literature Review should follow the template provided. Source material should meet the following criteria:

- Should include 5 sources for each major topic area (i.e. fatality estimates from a tornado).
- Peer reviewed academic journals provide the best source for objective information.
- Government documents provide a good source for information.
- Trade journals provide an acceptable source of information, but the information is typically subjective.
- Source should be less than 5-years old. Sources over 5-years old could provide information that is no longer valid or relevant.

**Source material**: Submitted as either physical or electronic copies.

# Literature Review Template and Example

## What is a literature review?

A literature review goes beyond the simple summarization of an article, by actually providing a critical review of the article. A hypothesis relating to a specific topic provides the basis for the critical review. For example:

**Topic:** Hospital actions involving individuals with functional needs during disaster operations

**Hypothesis:** Hospitals currently lack an emergency management based framework for caring for individuals with functional needs during emergency operations.

The topic and hypothesis provide narrow guidelines for literature collection, helping to ensure the review of relevant literature. Additionally, since the literature review provides a focused objective, the number of pieces of literature is limited to a manageable amount (i.e. 30 instead of 300).

Limiting the literature to peer reviewed materials (i.e. scientific journals) is not necessary, but helps minimize bias and speculation. Minimizing bias and speculation assists in developing a factual understanding of the hypothesis. However, if materials other than peer reviewed sources are used such as industry journals, magazine articles, etc. the critique should mention potential biases and/or missing factual materials associated with the literature.

While it is important to write in "plain language", literature reviews should be accurate. At times, accuracy in language will require the use of language and terms typically not considered "plain language".

## Helpful Questions:

- What is known about the subject?
- Are there any gaps in the knowledge of the subject?
- Have areas of further study been identified by other researchers that you may want to consider?
- Who are the significant research personalities in this area?
- Is there consensus about the topic?
- What aspects have generated significant debate on the topic?
- What is the current status of research in this area?
- What sources of information or data were identified that might be useful to you?

## What is the benefit of a literature review?

Literature review provides an objective method for discovering relevant topics relating to a specific hypothesis. In addition, literature review provides a method for presenting vast amounts of information in a short, relevant format. By conducting a literature review more people are exposed to relevant materials in a manner that allows them to quickly familiarize themselves

with the material. Literature reviews also provide guidance on which documents are relevant to the stated subject and why.

## Short, Descriptive Title

1. Introduction

    a. Describe the risk and provide a short (2 – 3 sentences) description of the unique nature of the risk.
    b. Identify themes (i.e. fatalities due to power loss), trends (i.e. increase in cyber-attacks), and provide a "big picture" of the literature.

2. First Theme (A theme is a broad word or phrase that synthesizes a narrow group of related findings. For example, a theme of "Resistance" would include types of resistance, resistance to whom, resisting what, etc.). Provide an overview of characteristics of the theme (commonalities, differences, nuances). *Try to keep to 2 or fewer paragraphs for each source.

3. Second Theme – follow a, b, c, and so on from above

4. Keep repeating with themes (only use identifiable themes; do not use non-relevant, minor themes)

5. Conclusion: *An evaluation/critique of the existing literature. Write enough paragraphs tying everything associated with the hypothesis together.*

    a. What are the contributions of this literature to the field?
    b. What are the overall strengths?
    c. What are the overall weaknesses?
    d. What might be missing?

# Example: Hospitals, Individuals with Access and Functional Needs, and Emergency Operations

## Introduction

Hospitals are a critical member of the whole community in many jurisdictions during and after emergency operations. However, the media often prints stories critiquing how hospitals treat individuals with functional needs during and after a disaster.  Yet, the media does not always prove a reliable source for information. Often the media presents "facts" from unknown or unreliable sources. The Federal Emergency Management Agency (FEMA) benefits from researching available literature associated with the subject of emergency operations that involve and/or affect hospitals and those with functional needs.

The primary challenge when researching literature regarding hospitals, and functional needs persons during emergency operations is availability. Few academic sources study hospitals, individuals with functional needs, and emergency operations. While other sources such as magazines and trade journals exist, the bias often present in these sources make them unreliable and as a result sources that are not peer reviewed  were not considered.

Three main themes emerged from the literature reviewed. First, hospital emergency plans do not take into account functional needs persons during emergency operations with the exception of evacuations. Second, plans often neglect losses of caregivers associated with disaster operations. Finally, terms such as "functional needs" and "special needs" are ambiguous requiring local determination to be useful.

For this literature review, the foundational hypothesis is as follows: Hospitals currently lack an emergency management based framework for caring for individuals with functional need during emergency operations. While the preceding seems broad based on the ambiguity of "emergency operations" for this paper, "emergency operations" refer to any significant event that either directly or indirectly affects a hospital. Whether an event is an emergency operation relies on the capacity and capability of a hospital. For example, a 6-car accident in a rural community could severely stress the capacity and capability of a rural hospital. Conversely, a similar accident in a major metropolitan area could easily absorb such an accident.

## Function based definition required for emergency management and planning

Simple, accurate language often presents a challenge to those who write plans and doctrine. Kailes and Enders noted that the term "special needs" appears simple and accurate, but lacks specific guidelines for inclusion or exclusion.[1] For example, "special needs", also known as "access and functional needs" can include not only those in wheel chairs or the blind, but pregnant individuals and those without motor vehicles.[2]

Kailes and Enders conducted a review of literature including common definitions from sources including FEMA and Census 2000.[3] The materials reviewed indicated that upwards of 49.99% of

---

[1] Kailes, J. I. (2007). Moving beyond "special needs". *Journal of Disability Policy Studies, 17(4),* 203 – 237.
[2] Ibid.
[3] Ibid.

PRE-DECISIONAL DRAFT                    February 11, 2015

the population of the United States falls in the broad category of "special needs" or "access and functional needs". Kailes and Enders stated that with such a large portion of the population meeting the definition, created a situation where planning becomes impossible.[4]

One proposed method to correct issues associated without having a clear definition of "access and functional needs" is to use a flexible framework based on five essential functional needs. Kailes and Enders contended that using communication, medical needs, maintaining functional independence, supervision, and transportation (C-MIST) plans, which overcome issues associated to an imprecise definition become possible.[5] However, Kailes and Enders fail to consider the local nature of emergencies.

While Kailes's and Enders's point about the imprecision of terms associated with individuals with access and functional needs, their approach fails to incorporate the critical local factor.[6] Hogarth and Neil supported the preceding by noting that local capabilities are a critical consideration in any emergency.[7] According to Hogarth and Neil (2001) when an emergency occurs, the resources you have will limit how you respond.[8] For example, when their hospital ran an exercise that included an estimated 600 casualties the hospital discharged 48 patients deemed stable.[9] Additionally, the staff converted several non-traditional areas (i.e. recovery rooms) into operating rooms.[10]

Hogarth and Neil's article present potentially biased information given only a single exercise forms the foundation for their information.[11] However, Hogarth and Neil's information does reinforce the notion of the effect of limited resources.[12] Griffies further reinforced the notion that resources are limited in emergencies.[13] According to Griffies, in the aftermath of Hurricane Katrina the number of psychiatrists in New Orleans went from 196 to 22.[14] Although the population in New Orleans dropped from approximately 480,000 to 240,000 the loss of psychiatric capability was significant.[15] Overall, the psychiatrists went from one psychiatrist for approximately every 2,449 to one psychiatrist for approximately every 10,909.[16]

One of the key elements in the article comes from quantitative research conducted involving non-return factors involving physicians.[17] Griffies (2010) reported that based on research, one of the major factors for physicians not returning after a major emergency is the perception of the effort required to reestablish a practice.[18] While physician availability and return is not

---

[4] Ibid.

[5] Ibid.

[6] Ibid.

[7] Hogarth, W. D. & Neil, G. F. (2001). Anatomy of a disaster: One hospital's experience and recommendations. *CJEM: Journal of the Canadian Association of Emergency Physicians, 3(1)*, 38 – 40.

[8] Ibid.

[9] Ibid.

[10] Ibid.

[11] Ibid.

[12] Ibid.

[13] Griffies, S. (2010). Health care infrastructure Post-Katrina: Disaster planning to return health care workers to their home communities. *Psychiatric Services, 61(1)*, 70 – 73.

[14] Ibid.

[15] Ibid.

[16] Ibid.

[17] Ibid.

[18] Ibid.

necessarily associated with planning for hospital emergencies involving those with access and functional needs, it is a critical factor. A hospital that loses a significant portion of specialized care providers severely affects the ability to evacuate or care for those with "access and functional needs".

## Conclusion

In conclusion, the three articles reviewed provided three major themes. First, the ambiguity of who is included or excluded from the "access and functional needs" definition creates problems with planning for emergencies. It is possible to mitigate the ambiguity surrounding "access and functional needs" by providing an explicit definition. Another method for approaching the question of ambiguity is to reinforce the notion that local planners need to develop an understanding of their community. The first method could result in overlooking a population, while the second method ensures a tailored approach.

The second theme of limited resources is a familiar theme. However, two of the articles indicate that while the theme is common planners still overlook it when planning or conducting exercise. Moreover, in hospitals it is critical to understand that often those working in the hospital are the ones who will respond. Additionally, those in the hospital could be the only medical personnel available for several operational periods. The aforementioned factors limit the ability of a hospital to provide services to those requiring specialized care.

The final theme of loss of specialized health care professional relates closely to the second theme. Just like with the second theme, the final theme is a critical planning consideration since replacement of those medical personnel lost is unlikely. In the event replacements for medical personnel do not occur, planners would have to account for the ability to transport and/or care for those with special needs.

Overall, the articles reviewed provide a strong foundation for conducting more research. Yet, the articles often lack quantifiable data. To develop a better understanding of the real situation of hospitals when it comes to emergency planning incorporating those with access and functional needs requires quantifiable data.

## References

Griffies, S. (2010). Health care infrastructure Post-Katrina: Disaster planning to return health care workers to their home communities. *Psychiatric Services, 61(1)*, 70 – 73.

Hogarth, W. D. & Neil, G. F. (2001). Anatomy of a disaster: One hospital's experience and recommendations. *CJEM: Journal of the Canadian Association of Emergency Physicians, 3(1)*, 38 – 40.

Kailes, J. I. (2007). Moving beyond "special needs". *Journal of Disability Policy Studies, 17(4)*, 203 – 237.

# Strategic National Risk Assessment 2015 Risk Summary Sheet Instructions and Template

## Strategic National Risk Assessment 2015 Technical Requirements

How to Write an SNRA Risk Summary Sheet ................................................................2

  Requirements ................................................................................................................2
  Risk Summary Sheets ...................................................................................................3
    Detail ........................................................................................................................4
    Threats and Hazards in the Current SNRA ..............................................................6

Risk Summary Sheet Walkthrough ...............................................................................7

  Data Summary ..............................................................................................................7
    General .....................................................................................................................8
  Event Background .........................................................................................................9
  Assumptions .................................................................................................................9
    Frequency .................................................................................................................9
      Historical Incident Data ......................................................................................12
      Modeled Frequency Distributions .......................................................................13
      Subject Matter Expert Judgment .........................................................................13
      Estimates from the Literature ..............................................................................14
    Impacts (General) ...................................................................................................15
      Historical Incident Data ......................................................................................16
      Modeled Distributions .........................................................................................16
      Subject Matter Expert Judgment .........................................................................17
      Estimates from the Literature ..............................................................................17
    Health and Safety ...................................................................................................18
    Direct Economic Impact .........................................................................................19
      Decontamination, Disposal, and Physical Destruction (DDP) ............................20
      Business Interruption ...........................................................................................20
      Medical Costs ......................................................................................................20
      One Year Lost Spending from Fatalities ..............................................................21
    Social Displacement ...............................................................................................21
    Psychological Distress ............................................................................................22
    Environmental Impact .............................................................................................23

Additional Notes ............................................................................................................24

  Requirements for Use of Data and Experts in the SNRA ...........................................24
  Evidential Value .........................................................................................................25
  Scenarios ....................................................................................................................27
  How to Evaluate an SNRA Risk Summary Sheet (Checklist) ....................................30

Risk Summary Sheet Template .....................................................................................32

Draft v. 1.0
6 February 2015




Note:  This document will be revised as the 2015 SNRA project progresses, to address specific challenges encountered by data providers.

# How to Write an SNRA Risk Summary Sheet

The findings of the 2015 SNRA will be summarized for public dissemination in a product similar to the seven-page overview of the first SNRA published in December 2011. As we will be revising the publicly disseminated findings of a scientific assessment which has not yet received peer review or public scrutiny, we must accomplish this task with great care and an exceptional degree of transparency.

In addition to the small summary of findings, we anticipate that **the full unclassified technical and explanatory documentation** necessary to validate and substantially reproduce the 2015 SNRA, and the 2011 SNRA upon which it is based **will be closely scrutinized** by responsible leadership, reviewers in the U.S. risk science and policy communities, and state, local, tribal, and territorial planners and emergency managers. This is for three reasons:

1) FEMA's Whole Community orientation;[1]

2) U.S. Government standards;

3) Quality control.

## Requirements

The 2015 Strategic National Risk Assessment (SNRA) will be used as the risk-based analytic foundation of the National Preparedness Goal. Its findings will be disseminated to the public. For these reasons, the 2015 SNRA will follow FEMA and U.S. Government information quality standards for highly influential scientific assessments of risk to health, safety, or the environment which are used to inform public policy.[2,3,4,5,6,7,8] In the absence of the institutional capabilities for robust technical review which ensured a defensible assessment in 2011, the 2015 project will rely upon the peer and public review requirements of these standards as the primary means to ensure quality control for all material used to supplement, update, or revise the quantitative evidence base established by the 2011 SNRA.

---

[1] Fugate, Craig (2013, April 1). Administrator's Intent. At http://www.fema.gov/media-library/assets/documents/31808?id=7252.

[2] Obama, Barack H. (2009, March 9). Scientific Integrity: Memorandum for the Heads of Executive Departments and Agencies. At http://www.whitehouse.gov/the-press-office/memorandum-heads-executive-departments-and-agencies-3-9-09.

[3] Office of Management and Budget, Office of Science and Technology Policy (2007, September 19). Updated Principles for Risk Analysis: Memorandum to the Executive Branch; at http://www.whitehouse.gov/sites/default/files/omb/assets/regulatory_matters_pdf/m07-24.pdf.

[4] U.S. Department of Homeland Security (2011, April). Risk Management Fundamentals: Homeland Security Risk Doctrine. At http://www.dhs.gov/risk-management-series#1.

[5] Information Quality Act. Section 515, Consolidated Appropriations Act for FY 2001 (Public Law 106-554). At http://www.fws.gov/informationquality/section515 html.

[6] Office of Management and Budget (2002, February 22). Guidelines for Ensuring the Quality, Objectivity, Utility, and Integrity of Information Disseminated by Federal Agencies; Notice; Republication. *Federal Register* 67(36) 8452-8460. At http://www.whitehouse.gov/sites/default/files/omb/assets/omb/fedreg/reproducible2.pdf.

[7] FEMA Information Quality Standards. At http://www.fema.gov/information-quality-standards.

[8] Office of Management and Budget (2004, December 16). Final Information Quality Bulletin for Peer Review. At http://www.whitehouse.gov/sites/default/files/omb/assets/omb/fedreg/2005/011405_peer.pdf.

000011

Data providers should expect that the risk summary sheets documenting the source data and analysis supporting their top level estimates will be scrutinized by the public, experts in the U.S. risk technical community, and state, local, tribal, and territorial planners and emergency managers.  Risk summary sheets that are accepted and used to inform the publicly disseminated short findings summary will be reproduced as an update/corrigenda section alongside the SNRA 2011 Unclassified Documentation of Findings, as opposed to incorporating them into a revised form of the 200+ page circulation draft.  This is to make clear the distinction between the two assessments, and allow reviewers to assess the analytic choices of the 2015 project team by comparing its data and documentation with the material it supplemented or replaced.[9],[10]

U.S. Government risk assessment standards state that agencies should employ the best reasonably available scientific information to assess risks to health, safety, and the environment,[11] and that the depth or extent of the analysis should be commensurate with the nature and the significance of the decision.[12]  In particular highly influential risk assessments, such as the SNRA, that are conducted to inform policy and doctrinal decisions on the scale of the National Preparedness System should favor quantitative methods where available data permits.[13]

Risk assessment is not a monolithic process or a single method.  Because so many judgments must be based on limited information, it is critical that all reliable information be considered.[14]  These include information derived from qualitative analysis.  The methods used in a risk assessment should be broad enough to inform the range of policy decisions for risk reduction for which they are used, and should be selected for what best informs those decisions.[15],[16]

However, if important judgments conflict with empirical data, that information should be discussed.[17]  This document is provided to ensure the appropriate and transparent documentation of all SNRA 2015 data, particularly but not limited to quantitative data, that will add to or alter the currently existing quantitative evidence base of the SNRA.

## Risk Summary Sheets

The quantitative evidence base of the 2011 SNRA is documented in threat and hazard-specific **Risk Summary Sheets**.  Risk summary sheets contain known information about the frequency of the national-level threat or hazard occurring and its potential impacts if it were to occur.  Risk summary sheets may leverage already produced risk and threat assessments, data from the

---

[9] This is to comply with USG information quality standards and basic standards of conduct.  The integrity of the SNRA 2011 documentation will be ensured by review of the draft Unclassified Documentation of Findings by the original project team prior to public dissemination.  OMB (2002)  8460 V.4;  U.S. Department of Homeland Security (2011, January 11), DHS MD 10500: Research Misconduct; at http://www.dhs.gov/xlibrary/assets/foia/mgmt_directive_10500_research_misconduct.pdf.

[10] "The more important benefit of transparency is that the public will be able to assess how much an agency's analytic result hinges on the specific analytic choices made by the agency."  OMB (2002) 8456 col.3.

[11] OMB (2007) 5.

[12] OMB (2007) 4.

[13] OMB (2007) 5-6.  This guidance refers to influential risk assessments by the definition (source footnote 28) which encompasses the SNRA or alternative analysis cited as the basis for public policy decisions on the scale of the NPS.  The wording is paraphrased because the source refers to risk 'characterizations' as a term of art, but which has a different meaning as used within DHS.

[14] OMB (2007) 3, 5, citing National Academies.

[15] OMB (2007) 5.

[16] DHS (2011) 20-21.

[17] OMB (2007) 8.

historical record, or model and simulation data, as appropriate.  Details of the origins of these data are also incorporated into each sheet, so that the risk summary sheet is more than a collection of numbers.

All risk summary sheets added, updated, or revised as part of the 2015 SNRA will

1) Provide quantitative estimates of frequency, as occurrences/year, and at least one impact measure.  Uncertainties will be explicitly represented for each measure as low, best, and high estimates.[18]  Although the most appropriate methods for deriving frequency and impact estimates will vary between hazards, these estimates must have the same meaning as and be directly comparable to those in the current SNRA.[19]

2) Provide the unclassified data, analysis, and models used to derive the top level numbers from publicly accessible cited sources.[20]

3) Describe the analytic judgments used in the selection and analysis of the data, including assumptions, defaults, and uncertainties; the rationale for these judgments; and the influence of these judgments, and other limitations, upon the top level numbers.[21]

This information must be documented in sufficient detail that an independent reanalysis could be undertaken by a qualified member of the public.[22]  Data providers should expect that the full documentation for the derivation of any estimates used to inform the updated SNRA findings and the revised National Preparedness Goal will be published along with the full unclassified SNRA 2011 documentation.[23]

## Detail

Unless indicated otherwise, page references in the following refer to the draft Unclassified Documentation of Findings, distributed to you with this information packet.

Risk summary sheets will

1) **Provide quantitative estimates of frequency, as occurrences/year, and at least one impact measure.  Uncertainties will be explicitly represented for each measure as low, best, and high estimates.  Although the most appropriate methods for deriving frequency and impact estimates will vary between hazards, these estimates must have the same meaning and be directly comparable to those in the current SNRA.**

   a. Different methods of determining the top level estimates will vary by data and model availability between events.  Some will be based upon historical incident data, some upon models, some upon subject matter expert estimates.

---

[18] OMB (2007) 11-12.

[19] OMB (2007) 5.  Uniformity of meaning across measures is a threshold requirement for meaningful risk comparisons and prioritizations to be possible, *ibid.* p. 13 no. 1.

[20] OMB (2002) 8460, V.3.b.ii.B.i, ii.

[21] OMB (2007) 8.

[22] OMB (2002) 8460, V.3.b.ii.B.

[23] OMB (2007) 13.  Although some estimates will not themselves be possible to publish because of classification or other security sensitive reasons, a full description of the methods used to derive these estimates will be.  OMB (2002) 8460 V.3.b.ii.B.  Example, draft SNRA Unclassified Documentation of Findings, adversarial events pp. 166-182 and appendices A-F, M.

b. The impact estimates themselves will have standardized meanings identical to the consequence[24] definitions of the 2011 SNRA (pp 66-111).

2) **Provide the unclassified source data, analysis, and models used to derive the top level numbers, in sufficient detail for a qualified member of the public to independently replicate those numbers.**

   a. Example:  Hurricane risk summary sheet, pp. 133-136.  This includes citations to publicly available sources (footnotes and Bibliography); the final data sets used, Tables 2-3, p. 134; description of how the data sets were derived from the cited sources, pp. 133-134; and description of how the top level numbers in Table 1 were derived from those final data sets, pp. 133-134.

   b. Example:  Dam Failure risk summary sheet Table 1, p. 157.  This data table replicates a portion of a data table in a public USG document for which the citation is provided (footnote 33 p. 156).  However, including this table in the risk summary sheet allows for the top level numbers to be directly replicated, makes clear which data were used to derive those numbers, and ensures the data will be available when the link to the original reference changes or when the original reference becomes difficult to find.

   c. Note:  Wikipedia is not an acceptable source.

3) **Describe the analytic judgments used in the selection and analysis of the raw data, including assumptions, defaults, and uncertainties; the rationale for these judgments; and the influence of these judgments, and other known limitations, on the top level numbers to the extent you are aware of them.**

   a. These are the caveats you would want a critical reader to see when they turn to your risk summary sheet to find out the sources for your numbers.

      i. Don't think too hard on this one.  Most or all of the caveats that are specific to your analysis will be obvious to you.

   b. Examples:

      ▪ **Assumptions:** Radiological Substance Release Assumptions/Fatalities and Illnesses/Injuries, p. 158; Armed Assault Assumptions/Health & Safety and Economic Loss, p. 168.

      ▪ **Defaults:** Biological Food Contamination fatality and illness multipliers, Assumptions/Fatalities and Illnesses, p. 146; Earthquake injuries/fatalities multiplier (23.5), p. 123 col. 2 paragraph 2.

      ▪ **Uncertainties and limitations:** Interpretation of SNRA Results, pp 19-20; Significant Risks May Be Masked By Limited Data, page 24; Caveat box on bottom left corner of Figure 3, page 25; Psychological Distress appendix, Limitations section pp. 101-102.

---

[24] 'Impacts' as used in the 2015 SNRA correspond to the meaning of 'consequences' as used in the 2011 SNRA.

000014

c. Any caveats, limitations, or uncertainties that are common to the 2011 SNRA as a whole (stated in the body or appendices of the main report) do not need to be discussed in detail, because your risk summary sheets will be published alongside the 2011 documentation (either bound in a single very large PDF, or in a clearly labeled 'volume 2').  Only discuss in detail those caveats, limitations, or uncertainties that are specific to the data and analysis that you are providing.

### Threats and Hazards in the Current SNRA
### (Unclassified Documentation of Findings, Risk Summary Sheets)

**Natural Hazards**

Animal Disease Outbreak ................................................................. 125
Earthquake ..................................................................................... 127
Flood .............................................................................................. 131
Human Pandemic Outbreak ........................................................... 134
Hurricane ....................................................................................... 137
Space Weather ............................................................................... 141
Tsunami .......................................................................................... 143
Volcanic Eruption........................................................................... 145
Wildfire .......................................................................................... 148

**Accidental/Technological Hazards**

Biological Food Contamination ...................................................... 150
Chemical Substance Release .......................................................... 152
Dam Failure .................................................................................... 159
Radiological Substance Release...................................................... 162

**Adversarial Events**

Cyber Event affecting Data (Data as Target) ................................. 165
Cyber Event affecting Physical Infrastructure (Vector)................. 167
Aircraft-as-a-Weapon..................................................................... 170
Armed Assault ................................................................................ 172
Biological Terrorism Attack (non-food)................................. ........ 174
Chemical Terrorism Attack (non-food) .......................................... 176
Chemical/Biological Food Contamination Terrorism Attack.............. 178
Explosives Terrorism Attack........................................................... 180
Nuclear Terrorism Attack................................................................ 183
Radiological Dispersal Device Attack ............................................. 185

# Risk Summary Sheet Walkthrough[25]

Description of the threat/hazard[26] which clearly defines its scope.  If defined by a threshold ($100 million, $1 billion, one or more fatalities) this should be stated here, similar to SNRA 2011 event definitions (Table 2, p. 11[27]).

## *Data Summary*

| Category | Description | Metric | Low | Best | High |
|---|---|---|---|---|---|
| Health and Safety | Fatalities | Number of Fatalities | A[28] | B[29] | C[30] |
| | Injuries and Illnesses | Number of Injuries or Illnesses | D[31] | E[32] | F[33] |
| Economic | Direct Economic Loss | U.S. Dollars | G[34] | H[35] | I[36] |
| Social | Social Displacement | People Displaced from Home for 2 or More Days | J[37] | K[38] | L[39] |
| Psychological | Psychological Distress | Calculated from other metrics | Not needed (automatically calculated) | | |
| Environmental | Environmental Impact | Constructed scale | Not needed (will be elicited from environmental SMEs) | | |
| LIKELIHOOD | Frequency of Events | Number of Events per Year | X[40] | Y[41] | Z[42] |

The Data Summary table (referred to in this requirements document as 'the top-level data') is the basic requirement a risk summary sheet is intended to fulfil.  The numbers are the output of the risk summary sheet.

The rest of the summary sheet explains how those numbers were calculated.  It also typically includes nice things to know about the threat/hazard like qualitative descriptions, overview, narrative, potential mitigating factors… These add useful information, but they are not essential

---

[25] The actual risk summary sheet template is provided at the end of this document (page 29).

[26] SNRA 2015's current designation for what SNRA 2011 termed "National-level Event".  Because this template adapts prior written materials, 'threat/hazard' is used interchangeably with 'event' in the following description.

[27] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

[28] Source for estimate A.
[29] Source for estimate B.
[30] Source for estimate C.
[31] Source for estimate D.
[32] Source for estimate E.
[33] Source for estimate F.
[34] Source for estimate G.
[35] Source for estimate H.
[36] Source for estimate I.
[37] Source for estimate J.
[38] Source for estimate K.
[39] Source for estimate L.
[40] Source for estimate X.
[41] Source for estimate Y.
[42] Source for estimate Z.

for documenting the one thing the risk summary sheet needs to produce: **numbers**.  And the information needed to replicate them.

The risk summary sheet provides

1) Numbers in the Data Summary table;

2) Extended discussion of how you determined those numbers – sufficient documentation for anyone to replicate it from the sources you cite; and

3) Context.

## General

- The best estimate frequency and the best estimate impacts **should match each other**, and match the definition of the threat or hazard at the top.

- Impacts represent the impact of a single event, <u>not</u> annualized impacts.

- However, with rare exceptions, a <u>scenario cannot be used</u> to represent a threat or hazard in the SNRA.

  - o Example:  A New Madrid magnitude 7.7 earthquake scenario, by itself, gives no information of the likelihood, relative likelihood, or impacts of earthquakes of other magnitudes or impacts in the United States as a whole.[43]

  - o Example:  Scenarios were initially considered for many SNRA 2011 events. However, with the exception of Pandemic and Animal Disease (pp. 130, 121) their specificity prevented a defensible generalization to national risk as a whole. Volcanoes and tsunamis are represented by scenarios in the 2011 SNRA (pp. 139, 141) but were treated only qualitatively, and are not depicted in the charts or discussed in the detailed findings.

  - o Additional description of when and how scenarios can and cannot be used in the 2015 SNRA is provided on page 26 of this document.

- Uncertainties in frequency and <u>each</u> impact <u>must</u> be represented by low and high estimates, in addition to a best estimate.

  - o These will be tied to the choice of event definition and thresholds.

  - o Inclusion of the data table(s) or the distribution(s) from which the low/best/high estimates were obtained will permit the selection of other thresholds from the same data by other users.

- In general, estimates provided using methods of lower evidential value will not replace existing 2011 SNRA estimates obtained from methods of higher evidential value.

---

[43] In some circumstances modeled scenarios can be used to provide factors or multipliers to bridge data gaps (see p. 25 of this guide).

- o The primary criterion of evidential value in the 2015 SNRA is transparency, to permit scrutiny and replication.

- o Peer-reviewed and U.S. Government sources are strongly preferred over other sources (page 24 of this guide).

- o Events which currently have no data, no useable data, or no publicly communicable data – cyber, space weather, tsunami, volcano, adversarial events, quantitative data gaps for other current SNRA events, and threats and hazards not currently present in the SNRA – offer greater latitude for adding data of 'lesser' evidential value than comparatively data-rich events like hurricanes.

- o Unclassified, fully unrestricted data is preferred over classified and FOUO data.

- o Additional description of evidential value for data in the 2015 SNRA is provided on page 25, this guide.

## Event Background

The sort of description and qualitative discussion that would be found in a well-researched non-quantitative survey of hazards goes here.

- Example:  Explosives Terrorism Attack Event Background (pp 180-181[44]).  The discussion in this section is a lightly adapted version of a qualitative overview of explosives terrorism in a fact sheet for the public written by DHS and the National Academies.[45]

- Example:  Space Weather Event Background (p 141).  Because this risk summary sheet is largely qualitative analysis, much of the remaining content would also be suitable for incorporation into the Event Background section if defensible quantitative estimates could be determined in this SNRA cycle.

## Assumptions

### Frequency (pp 66-73[46])

When estimating frequencies, the key question is 'Frequency of *what*?'

The frequency must correlate with the impacts.  In other words, if the frequency represents the annual average frequency of occurrence of a range of impacts for a particular hazard, the worst case or highest impact credible scenario in that range should not be represented as having that frequency.

---

[44] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

[45] National Academies and U.S. Department of Homeland Security (2004), IED attack: improvised explosive devices.  Retrieved from http://www.dhs.gov/ied-attack-fact-sheet.  The FOUO-marked content it replaced also came from a qualitative comparative overview of terrorist attack types (Potential Terrorist Attack Methods: Joint Special Assessment", DHS & FBI, 23 April 2008).

[46] See footnote 44.

The best estimate frequency should correspond to the occurrence of an incident having equal or greater impacts than the <u>minimum</u> threshold of impact that is specified in the event definition.  In most cases, the minimum threshold will correspond or be close to the low estimate of the impact measure defining the event.

- Example:  The SNRA considered hurricanes causing $100 million or greater of direct economic damage within the United States.[47]  Data for 78 hurricanes which exceeded this threshold in a forty year period were collected, and used as the data set from which the top level estimates of frequency, fatalities, direct economic loss, and injuries were calculated (Hurricanes, pp 138-139).

  - The best estimate frequency, the average frequency of occurrence of the set as a whole, was about two per year (p. 138; figure 3, p. 27).  The fatality best estimate in the SNRA is 26 fatalities, the average of the set, because multiplication of the average fatalities by the best estimate (average) frequency gives the annualized risk of the set.

  - The reasonable worst case scenario in the set was Hurricane Katrina, causing 1,200 direct fatalities.[48]  It would not be accurate to represent hurricanes in the comparative analysis of the SNRA as an event expected to cause 1,000-2,000 fatalities and which occurred on average two (1.9) times per year.

  - The risk of hurricanes causing fatalities on the scale of Katrina could be represented using the SNRA base data set, but it would be represented by the highest one incident of those 78 incidents, having a likelihood of $1/78 \times 1.9 = 0.024$/year or a return period of 40 years.

For all events, the SNRA assesses the frequency and impact of threats and hazards occurring within the next 3-5 years within the United States.  For events with limited data, historical frequency of occurrence outside the U.S. may be used if 1) it is representative of U.S.-only frequencies after being normalized (adjusted for total U.S. risk exposure relative to the rest of the world), <u>and</u> 2) if the fraction for normalization is reasonably clear and uncontentious.  The fraction of relative risk exposure will be different from one hazard to another.  Some possibilities include:

---

[47] Adjusted to present-day dollar values and risk exposure.

[48] The data source used reported fatalities directly caused by the storm, as opposed to fatalities caused by indirect or subsequent events, which is why the figure of 1,200 fatalities is lower than other figures (1,833) frequently cited.

| U.S. share, relative to world, of | Fraction |
|---|---|
| Population: | 0.0444[49] |
| GDP: | 0.224[50] |
| SCADA IP addresses exposed to the Internet: | 0.282[51] |
| Military spending: | 0.394[52] |
| Terrorist attacks, 1980-2012: | 0.00356[53] |
| Terrorist attacks, 1991-2012: | 0.00252[54] |
| Terrorist attacks, 2001-2012: | 0.00126[55] |
| Agnostic fraction (midway between 0 and 100%): | 0.50 |

Historical incidents occurring outside the United States may be used as proxy data if they, and their relative distribution, are judged to be reasonably representative of present U.S. conditions. Data providers need to be extremely careful when broadening a historical data pool to include non-U.S. examples.

- For example, the Armed Assault (p. 168) and Explosives Attack (p. 176) events leverage world historical terrorist attack data from the START Global Terrorism Database for fatality and injury information. This is based upon an assumption that the relative distribution of fatalities and injuries from attacks meeting the criteria described in these risk summary sheets is similar between the U.S. and the world, within the order of magnitude precision of the SNRA.

- Mass casualty natural disasters and industrial accidents from the entire world are generally not sufficiently representative of conditions in the present-day United States. In particular, world statistics are dominated by disasters in the developing world, which generally cause substantially higher fatalities and lower property damage in dollar figures than in the U.S.

---

[49] World Bank (2014). World population. At http://data.worldbank.org/indicator/SP.POP.TOTL/countries (retrieved 12 October 2014).

[50] World Bank (2014). Gross Domestic Product [GDP] (current US$). At http://data.worldbank.org/indicator/NY.GDP.MKTP.CD (retrieved 12 October 2014).

[51] Infracritical (2014, October 1). Project SHINE Findings Report. Project SHINE (Shodan Intelligence Extraction). At http://www.slideshare.net/BobRadvanovsky/project-shine-findings-report-dated-1oct2014 (retrieved 11 October 2014).

[52] Table 'Constant (2011) USD', column '2012', and table 'Regional totals', column '2012', 'World total (consistent data release)'. Stockholm International Peace Institute [SIPRI] (2014, June 27). SIPRI Military Expenditure Database [data file] [2014 database, version 2]. At http://www.sipri.org/research/armaments/milex/milex_database (retrieved 8 October 2014).

[53] Counts of U.S. (including Puerto Rico and U.S. Virgin Islands) terrorist attacks causing fatality or injury to persons other than the attacker, no other filters or aggregation applied, relative to all world attacks. Counts include 1993, for which START GTD includes only partial coverage. Counts using the online GTD interface will differ somewhat due to these differences, as will counts pulling data with other combinations of parameters. START Global Terrorism Database (GTD) (2013, December 13). National Consortium for the Study of Terrorism and Responses to Terrorism (START). Global Terrorism Database. Primary database 'gtd_201312dist.zip'; 1993 file 'gtd1993_1213dist xlsx'; correction file (7 April 2014) 'nhostkid supplement xlsx' [Data files]. From http://www.start.umd.edu/gtd (retrieved 26 December 2013).

[54] Ibid.

[55] Ibid.

Any use of historical data requires the assumption that the observation period and location are representative of likely U.S. conditions in the next 3-5 years.  The same judgments noted above that are needed before using historical data from outside the United States are also necessary before using historical U.S. data from time periods which may not be generalizable – in terms of the frequency and impacts of the hazard being studied – to the present day.

Frequency should be provided in units of # of events per year (e.g., 1 event per 10 years or 0.1 events per year).  The best estimate of frequency should correspond to a best estimate of how often the event, as defined, occurs.  The high estimate of frequency should represent uncertainty regarding how frequently the event, as defined, occurs.  The low estimate of frequency should represent uncertainty regarding how infrequently the event, as defined, occurs.

Low, best, and high estimates of frequency can be determined in different ways, depending on whether they are derived from historical incident data, a modeled distribution, direct subject matter expert judgment, or subject matter expert judgments taken from the literature.

### Historical Incident Data

- The best estimate of frequency represents the historical average frequency of recurrence of incidents over a set time period.

    - Example:  There were 5 events over a 20 year historical record, so the best estimate of frequency is the average number of events per year, 0.25 events per year or 1 per 4 years.

- The high estimate of frequency should be the maximum number of events occurring in a single year.[56]

    - If no more than one incident occurs in any one year, the high estimate should be the inverse of the shortest interarrival time in the data set (the shortest number of years that two incidents are spaced apart).

- The low estimate of frequency should be calculated from the inverse of the longest interarrival time – the longest gap in years between any two incidents in the data set.

    - If every year in the data set is represented by one or more incidents, then the low frequency estimate is the smallest number of incidents occurring in any one year.

        - If every year in the time period studied has at least one incident, that may be an indication that the minimum impact threshold defining its scope may be too low to capture the *exceptional* incidents of a catastrophic level which the SNRA is intended to capture.

---

[56] Frequency uncertainties in the SNRA are intended to capture our limited knowledge of the frequency of the threats and hazards that the Nation will actually experience, and to capture that uncertainty from a preparedness perspective.  Although a natural process with a constant underlying frequency will naturally result in long gaps between events and many events in one year (Poisson clustering), it is that variability of occurrence that communities and emergency responders will actually experience and need to be prepared for, as opposed to the long-term statistical average.

000021

### Modeled Frequency Distributions

- The best estimate of frequency should typically correspond to the mean of the distribution.

- The high estimate of frequency should typically be represented by the 95th percentile of the frequency distribution.

- The low estimate of frequency should typically be represented by the 5th percentile.

### Subject Matter Expert Judgment

To have the same meaning as best estimate likelihoods for other hazards in the SNRA, the best estimate frequency for a hazard should represent the expected average frequency of occurrence of <u>all</u> incidents of that hazard falling within the scope defined by its thresholds and other measures.

- This means that the best estimate frequency should represent the estimated frequency of an incident having impacts corresponding to the <u>low</u> measures of impact, or greater, to occur in the U.S.

- For example, the best estimate frequency for the Animal Disease event of 0.1/year means that an animal disease outbreak in the U.S. having direct economic impacts of <u>$2.3 billion or greater</u> (Data Summary, p. 121) is estimated to have an approximately 10% chance of occurring in any given year.  This is made explicit in the risk summary sheet (Additional Relevant Information, p. 122, describing the examples of outbreaks in other countries in terms of their economic impacts and stating that the SNRA best estimate frequency is the estimated likelihood of an incident of similar or greater severity occurring in the U.S.).

- Subject matter expert (SME) judgment is best suited for hazards such as the SNRA 2011 Animal Disease event, where the occurrence of a hazard is a rare but well-defined event which can be expected to surpass at least some minimum level of impacts, given occurrence.  In principle, such hazards define their own impact thresholds (which is why the Animal Disease definition does not need to specify an explicit numerical threshold).

  - However, it can also be used for hazards with continuous impacts, such as floods or non-nuclear terrorist attacks which can have impacts as low as zero given occurrence – so long as the SME explicitly specifies that the best estimate frequency is the expected frequency of occurrence of incidents <u>exceeding</u> the minimum threshold of the event definition.

- The low frequency estimate may represent fundamental (epistemic) uncertainty in the return period of the event as in the Animal Disease event (Additional Relevant Information, p. 122), an estimated or observed variability of recurrence for a hazard having a known return period, or a mixture of both (Pandemic low and high frequencies, derived from historical observation but representing epistemic uncertainty, pp. 130-132).

- The high frequency estimate may also represent fundamental (epistemic) uncertainty in return period, estimated or observed variability of recurrence, or a mixture of both.

No estimate, including low estimates, can have a frequency or probability of zero since this implies certainty regarding an uncertain event. Likewise no estimate, including high estimates, can have a probability of 100% since this also implies certainty and also corresponds to a frequency that is infinite.

**Figure 1: Example: Frequency Estimates from the Literature**[57]



*Estimates from the Literature*

Multiple point estimates from the literature – which for rare events or events without historical precedent, may come from non-peer reviewed literature (with caution) – may be combined to represent the range of expert opinion (figure 1).[58]  For numerous point estimates spread over at least an order of magnitude (a power of ten), the uncertainty will represent the range of expert opinion.  The low and high estimates will ordinarily represent the low and high of the set of point estimates.

- For estimates provided by an analyst who is not him/herself a content area expert, the transparency of this method may make it a more defensible approach than other options. If the 'raw data' are taken from public sources, given a description of how it was derived the resulting estimate can be replicated from the data and the data themselves can be scrutinized.

---

[57] Lundberg (2013) p. 195.  Lundberg, Russell (2013, September).  Comparing Homeland Security Risks Using a Deliberative Risk Ranking Methodology.  Dissertation, RAND Pardee Graduate School.  At http://www.rand.org/pubs/rgs_dissertations/RGSD319.html (retrieved October 2013).

[58] Examples of this approach done well may be found in Lundberg (2013), from which figures 1 and 2 in this document are reproduced. Figures 38 and 40 pp 195, 198, representing the spread among judgments found in the literature for the frequency (multiple estimates) and consequent fatalities (multiple modeled scenarios) for a terrorist nuclear attack in the U.S.  Lundberg, Russell (2013, September). Comparing Homeland Security Risks Using a Deliberative Risk Ranking Methodology.  Dissertation, RAND Pardee Graduate School. At http://www.rand.org/pubs/rgs_dissertations/RGSD319.html (retrieved October 2013).

- A major limitation of this approach is that the resulting estimates can be strongly skewed by availability or selection bias.  That is, the analyst's resulting estimate depends upon what s/he happens to find.

  o However, a large number of independent estimates may have value in aggregation by using their average, geometric average, or median for a best estimate ('wisdom of the crowds').

- A second limitation is that 'expert' estimates of frequency (and impact) are often skewed high.  For a rare event with too little information or mainstream political interest for many rigorous or objective studies to have been conducted, the experts who shout the loudest often are those who believe the risk is greater than commonly understood.

  o A corollary to this is the 'Cassandra effect':  Probability judgments can be biased high by the magnitude of judged impact – the vividness of the impacts should an event occur infects judgment of probability as well.  Frustration can unconsciously increase the subjective judgment of probability of an especially catastrophic hypothetical event, the longer the advocates for addressing the danger of a risk unaddressed by society spend 'in the wilderness'.

- A third limitation is 'incestuous data':[59] multiple sources cite what is ultimately the same estimate, sometimes circularly.[60]  The evidential value of this estimate could be considered to be proportional to the number of times it is cited, because each writer who cites it goes on the record as endorsing it themselves.  However, the writers repeating the estimate are usually not subject matter experts in the field, and the multiple citation of the estimate may be driven by the effect of it being a number in an area of contention without many numbers.

- Use of multiple point estimates from the literature for frequency (or modeled scenarios for impact) was NOT considered to have sufficient evidential value to be used in the 2011 SNRA.  Potential use of this method for some provisional estimates of the 2015 SNRA represents a departure from the 2011 standard.[61]

Because likelihood and impacts are essentially paired in the SNRA, general notes on impacts will be given next.

## Impacts (General)

The most important thing is to make sure the impacts represent the impacts of a single event, as defined, given that it occurs.

---

[59] Sandia National Laboratories (2003, September).  Page 4-15, Handbook of Parameter Estimation for Probabilistic Risk Assessment.  NUREG/CR-6823, SAND2003-3348P, for U.S. Nuclear Regulatory Commission: at  http://pbadupws nrc.gov/docs/ML0329/ ML032900131.pdf (retrieved 5 February 2014).

[60] CENTRA Technologies, for DHS Office of Risk Management & Analysis (2011, May).  Geomagnetic storms: an evaluation of risks and risk assessments.  Risk Management Issue Brief, DHS: at http://www.dhs.gov/xlibrary/assets/rma-geomagnetic-storms.pdf (retrieved 2 February 2015).

[61] This is one reason why 2015 results will be documented in accompaniment to the results of the original 2011 SNRA, rather than replacing them in the documentation.

Uncertainty and variability are represented by low and high estimates, in addition to a best estimate (pp. 114-117).

As with frequency, any use of historical data from other countries or time periods requires the assumption that the observation period and location are representative of likely U.S. conditions in the next 3-5 years.  A burst dam in China or a typhoon in Bangladesh may cause hundreds of thousands of fatalities.  It is possible that an accidental or natural disaster in the present-day United States could cause fatalities on this scale, but it is far less likely.

Best estimate impacts have two meanings in the SNRA depending on whether they originate in a) historical incident data or modeled distributions, or b) subject matter expert estimates.

### Historical Incident Data

- The best estimate should be interpreted as, given that an event occurs that meets the definition (or threshold), _on average_, what are the impacts?

- The high estimate should be interpreted as the maximum impacts per event, from the historical record.

- The low estimate should be the lowest impacts per event, from the historical record.

- Examples:  Wildfire (pp. 144-145), Biological Food Contamination (pp. 146-147).

- Examples:  Fatalities and injuries for Aircraft as a Weapon (pp. 166-167), Armed Assault (pp. 168-169), Explosives Attack (pp 176-178).  Although the low, best, and high fatality and injury estimates are U//FOUO, they were derived from public data.

### Modeled Distributions

- The best estimate should be interpreted as, given that an event occurs that meets the definition (or threshold), _on average_, what are the impacts?
  - This has the same meaning as it does for historical incident data.  However, it is calculated differently, as a weighted average (p. 113).

- The high estimate should be the 95th percentile of impacts.
  - One way of relating this to historical data based SNRA analysis is that the maximum impacts from a historical record of 20-100 years will also roughly correlate to a 95th percentile.  (That math is not exact, but it helps conceptually.)

- The low estimate should be the 5th percentile of impacts.

- Example:  [Accidental] Radiological Substance Release, pp. 158-160.

- Most examples of modeled distributions in the 2011 SNRA are the CBRN events which leveraged data from the Integrated CBRN Terrorism Risk Assessment (ITRA).[62]

---

[62] DHS Directorate of Science & Technology (2011), Integrated CBRN Terrorism Risk Assessment (reference is SECRET//NOFORN).

However, the ITRA and its component assessments adapted a probabilistic risk assessment (PRA) method originally developed for the nuclear power industry and other complex technological systems, so it is possible that additional accidental hazards in the unclassified SNRA could be modeled in this way.

The $5^{th}/95^{th}$ percentiles are conventional choices for capturing a standardized confidence or credible interval (90% central interval) from a modeled distribution.  However, their selection for reporting purposes in an assessment such as the SNRA is ultimately a normative and policy decision, and different decision-makers may be interested in different percentile levels. Additionally, these percentiles are conditional on the choice of lower threshold of impact or impact that is used to define the scope of the event in the first place (pp 114-117).

To allow for current and future flexibility to investigate different thresholds and percentiles, please report the underlying distribution in sufficiently granular data to do so (half-order of magnitude bins have been used by the SNRA project in the past, but more granular data are welcome).  This will allow different users in different contexts to select different thresholds and percentiles than those that will be reported in the static charts and top level data tables of the 2015 SNRA.

### Subject Matter Expert Judgment

- The best estimate may, in principle, be provided as meaning an average.  However, it is generally difficult for people to provide an accurate average, even with the aid of sophisticated elicitation techniques.  People are usually much more accurate in estimating percentiles, in particular the median (50th percentile), or the mode (most likely value).

  - Subject matter experts should estimate:

    - Given event occurrence, what would be the most likely outcome (mode) in terms of the given impact measure?

    - Alternatively, given event occurrence, what would be the 'middle of the range' outcome (median)?

- The low estimate should be the *de facto* threshold of the event.  Given event occurrence (the best estimate likelihood is the best estimate of this), what would be the lowest impacts possible/reasonably likely to occur?

- The high estimate should be the "reasonable worst case scenario".

### Estimates from the Literature

The same notes apply as for frequency (figure 2).

**Figure 2:  Example: Fatality Estimates from the Literature[63]**



Figure 40- Estimates of Lives Lost from a Terrorist Nuclear Detonation Should One Occur

## Health and Safety (pp 74-87[64])

Fatalities are fairly straightforward.  They are usually the most definite or unambiguous impact measure, and are frequently the measure chosen for visual depictions of risk.  They are also usually the easiest statistic or estimate to find.

Injuries and illnesses can be trickier.  They are not always as easy to find as fatalities, and the lack of a definite natural threshold dividing "ill" or "injured" from "well" makes data difficult to compare across data sources.  Even those data sources with a definition or threshold for the injuries or illnesses they count are often very incomplete.

The SNRA lumps all injuries and illnesses together.  This is a major limitation, because by mixing injuries of all levels of severity it makes comparisons across hazards difficult.  However, it can be useful for estimating hospital surge needs.  A biological, chemical, or radiological terrorist attack may cause thousands of 'walking well' to flood area hospitals, while an earthquake can cause thousands of serious injuries requiring medical care.  Both burden hospitals with thousands of patients needing triage and evaluation in the hours following an emergency.

If you *do* have a breakdown of injuries or illnesses by any measure of severity (in particular, numbers hospitalized) please provide it because that will help us in the future when we improve this metric.  If you are not using a standard measure of some sort (e.g. having a definition that is posted somewhere), please provide your definition of severity level so we can translate it into other standard measures in the future.

If you are not providing a breakdown by severity level, please provide a definition of threshold severity for the illnesses and/or injuries you are including in your count.[65]

---

[63] Lundberg (2013) p. 198.

[64] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

[65] Example:  Footnote 7, Pandemic risk summary sheet (p. 134).

Injuries and illnesses, being a less rigorous measure in the current SNRA, can be estimated using a proxy multiplier (proportional to fatalities) if no good data source is available. Such a multiplier should come from one or more historical data points, or modeled scenarios, which are judged to be reasonably representative of other catastrophic occurrences of that hazard.

## Direct Economic Impact (pp 88-95[66])

Economic impacts are frequently the most challenging measure in the SNRA for external analysts to assess.

Economic costs are calculated and represented in the literature in all sorts of incomparable ways. The most significant thing to avoid is:

**<u>Do not include Value of Statistical Life (VSL), lifetime lost wages or income, or other dollar-valued impact equivalencies in your economic estimates.</u>**

- VSL values differ from study to study, agency to agency, writer to writer. FEMA Benefit-Cost Analysis uses one measure, DHS is attempting to standardize another across the Department, while other agencies use measures of their own. Including them in reported direct economic impact numbers makes the numbers impossible to compare across studies and hazards, which undermines the purpose of conducting a comparative analysis in the first place.

- They create double counting – but only for some hazards and not others. Their influence on the economic numbers compared across hazards is invisible to the final reader.

- They conveniently align fatality and economic costs between disasters by padding economic costs with a portion proportional to fatalities. This obscures the real variation in direct economic impact between and within hazards, removing useful information.

- They impose a value judgment and an equivalency between impacts which belongs to the end user of the assessment, not the analyst. This is especially critical for a national risk assessment, which must make comparative judgments of national risk across many contexts for many decision-makers and many stakeholders having a diversity of values.

Please scrutinize all economic estimates obtained from literature sources to ensure that all economic figures attached to fatalities are removed.

The SNRA does report a cost per fatality of $42,500 for one year lost spending.[67] However, we can apply this on our end.

---

[66] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

[67] This figure originated from the economic model of the 2008 Bioterrorism Risk Assessment (BTRA 2008), which used a uniform distribution over the $35,000-$50,000 median family income bracket as defined by U.S. Government economic statistics. As the mean of a uniform interval is its midpoint and the tails of the distribution become insignificant for disasters causing more than a handful of fatalities, the midpoint of $42,500 was adopted as a point estimate for the 2011 SNRA. The 2008 BTRA and many events in the 2011 SNRA also apply a figure of $6,000 for funeral spending, but as this adjustment is inconsistently applied across events and rarely makes a significant difference on the order of magnitude precision of the SNRA, it may be neglected for the purposes of the 2015 iteration. DHS Directorate of Science and Technology (S&T) Bioterrorism Risk Assessment 2008, Appendix E2.7: Economic Consequences, p. E2.7-34. (Appendix reference is UNCLASSIFIED//FOR OFFICIAL USE ONLY; Extracted information is UNCLASSIFIED.)

000028

Direct economic losses as currently defined by the SNRA include decontamination, disposal, and physical destruction costs, lost spending due to fatalities, medical costs, and business interruptions.

- Indirect economic impacts include costs incurred by the suppliers and vendors in the associated expenditure sectors for the industries impacted by the direct costs.

- Induced costs include those incurred due to reduced spending by households with members employed in any of the directly or indirectly affected industries.

  o Induced costs can also include substitution effects or likely transfers of economic activity from one set of sectors to another set, such as avoidance of air or other travel or altered transportation mode preferences to other sectors following an attack on the commercial air transport sector.

The current SNRA methodology compares only direct costs. Information on indirect and induced costs are welcome as they will be needed to improve the SNRA in future iterations, but direct costs are what the 2015 SNRA needs. As defined in the SNRA, direct costs include

**Decontamination, Disposal, and Physical Destruction (DDP):**

- Property damage (including building contents)

  o Including utilities, roads, other government sector

- Decontamination costs (for buildings not demolished)

- Disposal costs for debris

- Crop damage

**Business Interruption:**

- Lost sales, wages, other business costs directly caused by the event

- Example: 2013 Boston Marathon bombing. The $10 million lost business costs for the 500 businesses within the 12 block immediate impact area which was restricted for approximately one week of investigation would be direct business interruption costs.[68] The lost economic activity from the 1-2 day citywide lockdown would not be included.

- Business interruption costs may be substantially reduced by the increased use of telework in recent years.

**Medical Costs:**

- The first SNRA did not establish a consistent definition for medical costs across hazards. However, fully reporting your sources and assumptions, including any injury severity level assumptions or data for the illnesses or injuries you report, will allow a more consistent harmonization in the future.

---

[68] Luna, Taryn (2013, April 27). Back Bay businesses affected by bombings are eligible for federal loans. Boston Globe [Boston.com]: at http://www.boston.com/business/news/2013/04/26/back-bay-businesses-affected-bombings-are-eligible-for-federal-loans/BRSPuC0GboxQWAACCycGgI/story html (retrieved 7 September 2014).

- A good source for cost numbers are statistics provided by the HHS Agency for Healthcare Research and Quality (AHRQ).  Please ensure that the counts to which you apply any cost estimates correspond to the type of estimate (e.g. apply inpatient costs only to numbers hospitalized, not all injuries/illnesses).[69]

**One Year Lost Spending from Fatalities:**

- $42,500 per fatality.[70]

Please err on the side of reporting more detail rather than less.  This will enable harmonization of costs in the present and future iterations of the SNRA.  Additional information on potentially finer-grained measures of economic impact – jobs lost, homes destroyed, critical infrastructure damage – will also be valuable for expanding the impact measures in future iterations of the SNRA, so please provide them as well if they are readily available (but don't waste effort obtaining them if they aren't).

In many cases, it will be clear that one or more components of the SNRA direct economic measure will dominate other components to an extent that they can be neglected, within the order of magnitude precision of the SNRA.  For example, business interruption costs for the Wildfire event were judged to likely be insignificant in comparison with property and crop damage (Economic Loss, pp. 148-149).  **All such assumptions must be explicitly stated.**

Please specify the year of the dollar value you are providing.

## Social Displacement (pp 96-102[71])

The SNRA measure of social displacement is the number of people who are forced to leave their home for a period of two days or longer.  This does not include hospital stays, as that would represent double counting with the injury/illness measure.

The measure of social displacement used in the SNRA does not capture the significant differences between short-term evacuation and long-term permanent relocation, which is a limitation of the current analysis.  Like injuries and illnesses, the SNRA displacement metric rolls up multiple levels into one metric.  If you can provide additional detail on people made homeless, homes destroyed, or different evacuation durations, these may be very helpful for the 2015 National Preparedness Goal revision and will be very helpful for future iterations of the SNRA when this metric is revisited.

Displacement numbers may be provided by literature data sources.  For some events, the USAID funded international disaster database EM-DAT may provide useful displacement numbers.  If a judgment can be made that numbers of people displaced are likely to be far greater than numbers

---

[69] Agency for Healthcare Research and Quality, U.S. Department of Health and Human Services.  H-CUPnet: at http://hcupnet.ahrq.gov/ (retrieved 5 February 2015).  Determination of

[70] See note 67.

[71] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

of people injured (this will be true for some threats/hazards but not for others), EM-DAT's 'Total Affected' measure may be used as a reasonable estimate for social displacement.[72]

Please attempt to provide some estimate (low, best, and high) for displaced (2+ days) persons, however rough. This may include a judgment that displacement is expected to be minimal or zero for most incidents of the threat or hazard for which you are providing data, if that judgment seems reasonable. Displacement estimates, along with fatality and injury/illness numbers, are needed to calculate the psychological distress metric of the SNRA.

## Psychological Distress (pp 103-109[73])

The SNRA psychological distress measure does not need to be separately estimated by data providers, since it is automatically calculated from the fatalities, injury/illnesses, and persons displaced according to a formula (p. 105). The formula includes a multiplicative factor that was elicited from SMEs for the events in the first SNRA. However, as the factor ranges only from 1.0 to 1.3, the results are not very sensitive to an inappropriate selection.

The set of factors elicited for the 23 events of the first SNRA follow a regular pattern, which in lieu of a new elicitation we will likely apply to new events as provisional estimates pending future review by subject matter experts.

**Provisional Assignment of Event Familiarity Factors for Candidate National-level Events**

| Event Characteristic | EFF ($C_{EF}$) |
|---|---|
| CBRN terrorist attacks | 1.3 |
| Conventional terrorist attacks other than gun attacks (Explosives, Aircraft as a Weapon) | 1.2 |
| Conventional terrorist attacks primarily using firearms (Armed Assault) | 1.1 |
| Unintentional disasters of human origin, involving toxic substances evoking special dread, such as poison gas (Chemical Substance Release, Radiological Substance Release) | 1.1 |
| Other unintentional disasters of human origin (Biological Food Contamination, Dam Failure) | 1.0 |
| Earthquakes | 1.1 |
| All other natural hazards, including disease | 1.0 |

---

[72] Centre for Research on the Epidemiology of Disasters (2011). EM-DAT: The OFDA/CRED International Disaster Database. [Data file]. Brussels: Université Catholique de Louvain. Available from http://www.emdat.be.

[73] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

## Environmental Impact (pp 110-114[74])

Environmental estimates will likely be elicited for all events as a group from a panel of environmental SMEs, similar to the first SNRA.

For the purposes of the SNRA, environmental risk is defined as the potential for adverse effects on living organisms associated with pollution of the environment by effluents, emissions, wastes, or accidental chemical releases; energy use; or the depletion of natural resources.[75]

Environmental effects within urban areas and all human health effects <u>are not included</u> within the scope of this environmental impact measure, because these impacts are already addressed separately in the other impact measures for the SNRA.

---

[74] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

[75] This definition is aligned with the EPA's definition of environmental risk.  Accessed at: http://www.epa.gov/OCEPAterms/eterms html.

000032

## Additional Notes

### Requirements for Use of Data and Experts in the SNRA

The 2015 SNRA is likely to be one of FEMA's most scrutinized analytic products. More importantly, it is going to be used to drive and support important decisions related to national preparedness. To this end, given the extreme timelines and data-gathering requirements, great care must be taken with all information (both quantitative and qualitative) used in, and output from, the SNRA.

To meet the standards for both policy and scientific defensibility, the SNRA must rely on credible data and expert judgment for all quantitative information. The SNRA will rely on the best available estimates of frequency and impact from peer-reviewed literature and/or other government assessments. Risk summary sheets will contain comparable and credible data sources which meet the following criteria:

1. Relevance (i.e. the source must provide direct and unambiguous support for any quantitative and qualitative characterizations);

2. Technical expertise and reputation of the author (i.e., the author is a subject matter expert according to the criteria below, e.g. education, training, published research, awards, recognition, and leadership of relevant societies);

3. Evidence of peer-review (i.e. the publisher verifies the accuracy of the information by checking the citations, references, footnotes, and bibliography); and

4. Timeliness (i.e. the information is sufficiently recent that it is not outdated and unsuitable for use).

Some threat/hazard areas are characterized by deep uncertainty and strong divergence of opinion between subject matter experts (SMEs), such that use of subject matter expertise may not narrow or shift the range of opinion elicited from or provided by non-experts. These divergences can equally affect models dependent on SME input to fill key knowledge gaps. In these instances, a collection of multiple estimates (even point estimates) from a diversity of sources may provide more informational value than a single model or expert.[76]

Where sufficient and appropriate data sources are not available in the literature, the SNRA will accept estimates of frequency and impact from contributing partners that are elicited by defensible standards and defensible selection of subject matter experts. Effective and defensible expert elicitation requires criteria for the identification of, and access to, a sufficient number of appropriate specialists and generalists who can provide meaningful expertise. The criteria for subject matter expertise are as follows:

1. Strength of technical knowledge in the event type domain or impact category (i.e., education, training, and published research);

---

[76] Use of multiple point estimates from the literature for frequency (or modeled scenarios for consequence) was NOT considered to have sufficient evidential value to be used in the 2011 SNRA, for which the majority of the other text of this section was originally written. Potential use of this method for some provisional estimates of the 2015 SNRA represents a significant departure from the 2011 standard.

2. Work experience in the event type domain or impact category (e.g. years of experience working in relevant federal agencies and/or academic departments);

3. Reputation in the event type domain or impact category (e.g. demonstrated by awards, recognition, and leadership of relevant societies);

4. Ability to provide quantitative and/or qualitative analysis or judgment on the frequencies and/or impacts of the event (threat/hazard) the providing agency is providing data to replace or add.

To meet the standards for both policy and scientific defensibility, data and expert judgment (numeric and non-numeric) will only be used in the SNRA for those events that meet the criteria above.  Events for which neither credible data nor credible expertise exist that meet the criteria above cannot be characterized in the SNRA, and will be handled in some other fashion to meet PPD-8 requirements.


## Evidential Value

In general, estimates provided using methods of lower evidential value will not replace existing 2011 SNRA estimates obtained from methods of higher evidential value.

- The primary criterion of evidential value in the 2015 SNRA is transparency, to enable public scrutiny, communication with the primary stakeholders of the SNRA and the National Preparedness System, and effective peer review.

  o Subject matter expert estimates will be given equal evidential value to the outputs of models, if the models cannot be scrutinized and replicated by Federal analysts or other peer reviewers.  Both are essentially 'black box' estimates for which the derivation can be traced back only to the point where it came out of the expert's brain or the model.

    ▪ This is primarily an issue with proprietary models.[77]

    ▪ However, estimates and factors derived from proprietary models can be used as corroborating or supporting evidence for estimates derived by transparent methods.  Additionally, estimates from multiple independent proprietary models may be used in combination as a basis for primary estimates provisionally used in the 2015 SNRA.

  o Unclassified, non-FOUO estimates will be given preference over classified and FOUO estimates, unless the latter estimates have a clear record of substantially stronger evidential value as documented by the public reports of independent

---

[77] "National policy should not be based on methods not fully available to the government."  JASONS, for DHS Directorate of Science & Technology (2011, November).  Impacts of Severe Space Weather on The Electric Grid, pp. 2, 7.  MITRE report JSR-11-320: at http://www.fas.org/irp/agency/dod/jason/spaceweather.pdf (retrieved June 2012).

external peer reviews[78] and meet the substantial reproducibility standards of U.S. information quality guidelines for influential scientific assessments.[79]

- ▪ This means comparable evidential value sufficient to answer <u>the question being asked</u>.  In the case of the 2015 SNRA that means low/best/high triplets for frequency and measures of impact.[80]

- The 2015 SNRA will use the <u>best available data</u> and analysis to inform its estimates.[81] This means that there is more latitude for adding new or replacement estimates to events which currently have no data, or no data which can be used for the primary functions of the SNRA.

  - o For events which currently have <u>no</u> useable paired frequency and impact data (cyber, space weather, tsunami, volcano) or data that can be communicated to and validated by public stakeholders (CBRN events and adversarial event frequencies), data obtained by any method which can be traced back to its origin and validated in a transparent fashion is very likely to be useable – as proxy estimates for stakeholder communication, at a minimum[82] – in the 2015 SNRA. Filling these data gaps will increase the utility of the 2015 SNRA for informing the revision of the National Preparedness Goal.

Regardless of the degree of uncertainty we may have about them as analysts and data providers, likelihood and likely impact judgments will be applied to each and every event in the SNRA.  If the SNRA does not provide them, the decision-makers using the SNRA will.

Likelihood and impact judgments in the SNRA are made explicit in a way that stakeholders, political leadership, and technical reviewers can scrutinize, and which are expressed in quantitative terms having the same, unambiguous meaning for all audiences.[83]  Where the SNRA leaves gaps in key variables which it is too cautious to assess, the decision-makers who use the SNRA will base the decisions which they do not have an option not to make upon their own implicit and unarticulated risk judgments in a non-transparent, undocumented, and ambiguous way.

---

[78] OMB (2002) 8459-60, V.3.b.ii.  Agency-sponsored peer reviews that are employed to help satisfy the objectivity standard of information quality for data and analysis which cannot itself be directly disclosed to the public are to be conducted in "an open and rigorous manner."  OMB (2002) 8459-60, V.3.b.i.

[79] OMB (2002) 8456-57.

[80] Classified risk analyses are expected to be used to inform the more detailed information needs of discussions informing Prevention and Protection Core Capabilities, in particular setting quantitative targets, as part of the larger Goal revision effort.  These will be documented in a classified annex to the 2015 SNRA.

[81] OMB (2007) 9.

[82] As used in the terrorism risk assessment method of the RAMCAP J-100 standard.  Pp 103-110, American Society of Mechanical Engineers (ASME) (2011, December 20).  A regional resilience/security analysis process for the Nation's critical infrastructure systems.  ASME Innovative Technologies Institute: at http://www.wbdg.org/pdfs/asme_resilience_infrastructure_dec2011.pdf (checked 6 February 2015).

[83] 'Quantitative risk assessment methodology'.  Risk Steering Committee (2010, September).  DHS Risk Lexicon, 2010 edition.  At http://www.dhs.gov/xlibrary/assets/dhs-risk-lexicon-2010.pdf.

000035

## Scenarios

- With rare exceptions, a scenario cannot be used to represent a threat or hazard in the SNRA.

  o Example:  A New Madrid magnitude 7.7 earthquake scenario, by itself, gives no information of the likelihood, relative likelihood, or impacts of earthquakes of other magnitudes or impacts in the United States as a whole.[84]

  o Example:  Scenarios were initially considered for nearly all SNRA events. However, with the exception of Pandemic and Animal Disease (pp. 130, 121[85]) their specificity prevented a defensible generalization to national risk as a whole. Volcanoes and tsunamis also represented by scenarios in the 2011 SNRA (pp. 139, 141) were treated only qualitatively, and are not depicted in the charts or discussed in the detailed findings.

- If the risk is dominated by a single, fairly compact and generic scenario, that scenario can represent the best estimate of impacts.

  o Example 1:  Human Pandemic Outbreak (pp 130-132).  The pandemic scenario of 25% attack rate (25% of the U.S. population becoming ill) is inherently generic enough to be representative of influenza pandemics in the U.S. in general.  It is not tied to a specific location, attacker, weather pattern, or time of day.

    ▪ Note that "ill" is specifically defined, footnote 7 p. 130.  This is very important because it defines the scope of the event.

    ▪ The one way it is not generic is its magnitude.  It was chosen as a reasonably most likely scenario by subject matter expert judgment.[86]

  o Example 2:  Animal Disease Outbreak (pp. 121-122).  This was based upon a specific modeled scenario from the literature of a large outbreak in California. However, this scenario was judged to be representative of all moderately-large

---

[84] In some circumstances modeled scenarios can be used to provide factors or multipliers to bridge data gaps.  For example, the data sources the SNRA leveraged for the Earthquake national-level event provided normalized historical incident frequency, fatality, and direct economic damage loss, but not injuries.  The injury distribution was constructed as a proxy measure by multiplying the distribution of fatalities by 23.5, the ratio of (Level 1-3) injuries to (Level 4 injury) fatalities in the New Madrid scenario (SNRA unclassified documentation of findings p. 123).

Use of factors in this manner

1) Should be sparing;

2) Must be informed by SME judgment that the impact measures are reasonably correlated, and that their relation in the scenario is representative of other incidents of that hazard (the relation between fatalities and injuries in the New Madrid scenario may be representative of earthquakes elsewhere in the United States, but the relation between fatalities and direct economic damage would not be); and

3) Should not be used to construct measures for fatalities or direct economic damage from other measures with limited data, because of their greater interest to stakeholders (an assumption used to construct a measure of secondary interest may be acceptable to stakeholders, but an assumption used for a measure of primary interest may not be).  See OMB (2007), footnote 33.

[85] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

[86] It is actually one of two base scenarios, the 'Moderate' scenario discussed in the National Planning Scenarios pandemic scenario.  A second scenario, which SMEs recommend be used in planning factors together with the 'Moderate' scenario, is a 'Severe' 1918-scale scenario causing 2 million fatalities in today's U.S. population.  This higher scenario may have been an appropriate choice as well.

outbreaks, whether originating in California, Texas, or some other state.  The scenario in the literature was used as a proxy, not as the actual National-level Event.  Why this is significant:

- ▪ The estimated likelihood of occurrence of an outbreak of that magnitude anywhere in the U.S. is 1 in 10 years (best estimate frequency).

- ▪ The likelihood of occurrence of an outbreak of that magnitude in California is some fraction of that.

- ▪ The SNRA is intended to assess risk to the U.S. as a whole, so it is the likelihood of the first bullet which needs to be determined.

- If the risk from a hazard cannot be reasonably determined to be dominated by a scenario which is attached to a particular region or context smaller than the national scope of the SNRA, a scenario cannot be used to represent the total risk to the Nation from that hazard.

  - ○ Example 3:  The Tsunami national-level event (pp 142-143) is represented by a specific scenario, a 15 meter maximum height Cascadian Subduction Zone tsunami affecting the Oregon coast.  The SNRA project team were unable to determine how representative this scenario was of the total tsunami risk to the Nation, in terms of the fraction of national risk presented by Oregon tsunami risk, earthquake-induced tsunamis, or 15 meter height events.  Although the numbers for this specific scenario are reported in the risk summary sheet and data tables (Appendices B-G, K), they were not included in the comparative analysis of the SNRA or depicted in the charts because there was insufficient information for a comparison (Risks Requiring Additional Study/Tsunamis and Volcanoes, p. 36).

  - ○ Example 4:  The Volcano national-level event (pp 145-147) also represents a specific scenario, an eruption of Mount Rainier in Washington State.  The fraction of total risk to the Nation from destructive volcano eruptions represented by this scenario also could not be determined, and so volcanoes could not be included in the SNRA's comparative analysis or charts.

- If a consequence scenario[87] is suspected to represent a dominant fraction of the total risk to the Nation from that hazard but its frequency cannot be determined in a defensible fashion, it cannot be assessed in the SNRA.

  - ○ Example 5:  A chemical accident causing 4,000-20,000 fatalities comparable to the 1984 chemical plant disaster in Bhopal, India is a scenario of concern to many policy makers, and one which a national risk assessment would be expected to focus upon.  However, the single point estimate of frequency located by the SNRA project team (Figure 1 and text, p. 154) was judged insufficient to assess a defensible likelihood for the occurrence of this scenario in the United States.  Only the smaller-scale accidents reflected in defensible (authoritatively sourced

---

[87] In this context a "consequence" model or scenario has a different technical meaning as a generic risk modeling term, than "impact scenario" which is used as a descriptor of asteroid impact consequence scenarios in particular.

and recent enough to be representative of present-day risk) U.S. historical data (p. 158) were capable of being assessed and represented in the SNRA.

o   Example 6:  U.S. policy makers who are concerned about space weather risk tend to be relatively focused on the catastrophic $1-2 trillion economic damage scenario consequent to the destruction of hundreds of key electric transformers (Space Weather Economic Impacts/Effects on Electricity Supply, p. 141).  This gives the SNRA a fairly well defined, compact scenario to investigate.  However, as the SNRA could not determine defensible estimates of the likelihood of that scenario, it could not be assessed in comparison with other hazards in the 2011 SNRA (Highly Uncertain Risks, pp. 35-36).

• The key question which the SNRA attempts to answer is the likelihood of different hazard scenarios with different impacts.  Because of the maturity and sophistication of computational disaster modeling, any number of disaster scenarios can be modeled in great detail in a rigorous fashion.  However, consequence-only models usually do not give information on the relative likelihood of different levels of impact for a disaster, which is necessary for determining what scale of disaster dominates the national risk from that hazard for different measures of risk.  Without this information, not even the most sophisticated consequence models of threat or hazard scenarios of concern can be compared against other threats and hazards in a comparative risk assessment such as the SNRA.

## *How to Evaluate an SNRA Risk Summary Sheet (Checklist)*

1. Event definition.

    a. Is it clear, concise, and analytically meaningful?

    b. Do the frequency and impact data match the event definition?

2. Frequency.

    a. Is frequency provided in units of # of events per year? (e.g., 1 event per 10 years or 0.1 events per year)

    b. The best estimate of frequency should correspond to a best estimate of how often the event, as defined, occurs. This could be derived from a historical average over a set time period, or subject matter expert judgment.

        i. Example:  There were 5 events over a 20 year historical record, so the best estimate of frequency is the average number of events per year, 0.25 events per year or 1 per 4 years.

        ii. Example:  Where there is a model that outputs a frequency distribution, we have incorporated the mean of that frequency distribution as the "best estimate".

        iii. Example:  Subject matter expert judgment should provide the estimated frequency of occurrence of incidents resulting in impacts at or above the minimum threshold of the impact defining the scope of the event.

    c. The high estimate of frequency should represent uncertainty regarding how frequently the event, as defined, occurs.

        i. Example:  One could look at the inverse of the shortest interarrival time, or the maximum number of events per year over a historic record.

        ii. Example: Where there is a model that outputs a frequency distribution, we have incorporated the 95th percentile of that frequency distribution as the "high estimate".

        iii. Example:  Subject matter expert judgment may represent uncertainty in the true frequency, or estimation of how many times the event, as defined, might occur in one year (a particularly bad year).

    d. The low estimate of frequency should represent uncertainty regarding how infrequently the event, as defined, occurs.

        i. Example:  One could look at the inverse of the longest interarrival time, or, the fewest # of events per year over a historic record.

        ii. Example: Where there is a model that outputs a frequency distribution, we have incorporated the 5th percentile of that frequency distribution as the "low estimate".

        iii. Subject matter expert judgment may represent uncertainty in the true frequency, or (the inverse of) an estimation of how many years could go by between two succeeding occurrences of the event – the reasonably longest 'dry spell' or gap between successive occurrences.

3. Impacts.

    a. The most important thing is to make sure the impacts represent the impacts of a _single_ event, as defined, given that it occurs.

    b. The best estimate should be interpreted as, given that an event occurs that meets the definition (or threshold), _on average_, what are the impacts?

        i. For events leveraging subject matter expert judgment for their estimates, the best estimate may represent the 'most likely' (mode) outcome or the median (50-50) value outcome, given occurrence of the event as defined.

    c. The high estimate should be interpreted as either:

        i. The maximum impacts per event, from the historical record.

        ii. The 'reasonable worst case scenario', from literature estimates and/or subject matter expert judgment.

        iii. The 95th percentile of impacts, from a model/simulation (the idea is that the max impacts from a historical record of 20-100 years will also roughly correlate to a 95th percentile – but obviously that math is not exact).

    d. The low estimate should be interpreted as either:

        i. The lowest impacts per event, from the historical record.

        ii. The 5th percentile of impacts, from a model/simulation.

4. Other quirks.

    a. Pay attention to how fatalities, injuries/illnesses, and economic impacts are defined.

        i. Are latent fatalities included? (e.g. cancer)

            1. We do not have a consistent way of counting these, but if this applies to your event please document them in the risk summary sheet (whether or not you include them in its top level estimates) for differential treatment in a future iteration of the SNRA.

        ii. What counts as an injury/illness?

        iii. What was included in direct economic impacts? If direct and indirect are included together, they need to be separated for comparability to SNRA events.

        iv. Direct economic impact numbers will use the definition pp 20-21 of this requirements document.

    b. Make sure all data sources, citations, and other needed information are provided so that the analysis can be replicated.

        i. Wikipedia is unacceptable as a data source.[88]

        ii. U.S. Government sources are preferable.

        iii. Peer-reviewed sources are also preferable.

---

[88] However, Wikipedia is highly recommended as a research starting point to find citable data sources.

# Threat/Hazard Name

Description of the threat/hazard which clearly defines its scope.  If defined by a threshold ($100 million, $1 billion, one or more fatalities) this should be stated here, similar to SNRA 2011 event definitions (Table 2, p. 11[89]).

## Data Summary

| Category | Description | Metric | Low | Best | High |
|---|---|---|---|---|---|
| Health and Safety | Fatalities | Number of Fatalities | A[90] | B[91] | C[92] |
| | Injuries and Illnesses | Number of Injuries or Illnesses | D[93] | E[94] | F[95] |
| Economic | Direct Economic Loss | U.S. Dollars | G[96] | H[97] | I[98] |
| Social | Social Displacement | People Displaced from Home for 2 or More Days | J[99] | K[100] | L[101] |
| Psychological | Psychological Distress | Calculated from other metrics | Not needed (automatically calculated) | | |
| Environmental | Environmental Impact | Constructed scale | Not needed (will be elicited from environmental SMEs) | | |
| LIKELIHOOD | Frequency of Events | Number of Events per Year | X[102] | Y[103] | Z[104] |

## Event Background

The sort of description and qualitative discussion that would be found in a well-researched non-quantitative survey of hazards goes here.

---

[89] Unless indicated otherwise, all page references in the following refer to the draft (28 January 2015) SNRA 2011 Unclassified Documentation of Findings which was distributed to you with this information packet.

[90] Source for estimate A.

[91] Source for estimate B.

[92] Source for estimate C.

[93] Source for estimate D.

[94] Source for estimate E.

[95] Source for estimate F.

[96] Source for estimate G.

[97] Source for estimate H.

[98] Source for estimate I.

[99] Source for estimate J.

[100] Source for estimate K.

[101] Source for estimate L.

[102] Source for estimate X.

[103] Source for estimate Y.

[104] Source for estimate Z.

Strategic National Risk Assessment 2015
Risk Summary Sheet

## *Assumptions*

### Frequency

Describe the sources and methods used to obtain the low, best, and high estimates of frequency. Use footnotes or endnotes.

### Health and Safety

Describe the sources and methods used to obtain the low, best, and high estimates of fatalities and illnesses or injuries.  Use footnotes or endnotes.

If your injury/illness data have a more granular breakdown (more/less severe, Hazus Level 1-4), please provide those numbers in a table here.

### Direct Economic Loss

Describe the sources and methods used to obtain the low, best, and high frequency background here.  Use footnotes or endnotes.

Please provide the breakdown of your direct economic estimates by component:

- **Decontamination, Disposal, and Physical Destruction (DDP):**
  - Property damage (including building contents)
  - Decontamination costs (for buildings not demolished)
  - Disposal costs for debris
  - Crop damage

- **Business Interruption:**
  - Lost sales, wages, other business costs directly caused by the event

- **Medical Costs**

- **One Year Lost Spending from Fatalities**
  - $42,500 per fatality[105]

If your direct economic loss figures have a granular breakdown (homes destroyed, jobs lost), please provide those numbers in a table here.

### Social

Describe the sources and methods used to obtain the low, best, and high estimates of persons displaced for 2 or more days.  Use footnotes or endnotes.

If your displacement data have a more granular breakdown (short term, long term, homeless), please provide those numbers in a table here.

---

[105] Note 67, this document.

## Psychological

The estimates will be calculated from the fatality, injury/illness, and displacement estimates using a pre-defined formula (Appendix G).  However, please feel free to write qualitatively about the psychological impacts of your threat/hazard.

## Environmental

The estimates will be elicited from subject matter experts.  No text is required here.

## Potential Mitigating Factors

Please describe potential mitigating factors, as desired (see SNRA 2011 risk summary sheets for examples[106]).

## Additional Relevant Information

Please provide additional relevant information, as needed.  Large data tables may go in this section, or under a previous section.  If you do provide large data tables here, switch this section with the References/Bibliography.  Alternatively, the data tables could be put in an annex/appendix.

## References/Bibliography

If complete citations are provided in the footnotes, this section is not necessary.  It is recommended, however, to keep references straight.

It can also be used to list 'References consulted but not cited', in order to show that you've covered the bases/done your homework and didn't just pick the first references Google turned up.  This can be very helpful later, so that other experts don't waste their (and your) time sending you references which they hadn't realized you had already examined.

---

[106] Draft Unclassified Documentation of Findings appendix J.

# Strategic National
# Risk Assessment 2015

*Summary of Findings*
*November 2015*
*For Official Use Only*


Homeland
Security

# Table of Contents

**Introduction** ............................................................................................................ i

    **Benefits of the SNRA** ........................................................................................ ii

**Overview** ................................................................................................................. 1

**Strategic National Risk Assessment Scope** ....................................................... 3

**The Current National Risk Environment** ............................................................ 9

    **Analytic Approach** ............................................................................................. 9

    **Findings** ............................................................................................................. 10

**Drivers and Evolving Threats** ............................................................................. 13

............... 13

............... 13

............... 13

............... 15

............... 15

............... 16

............... 17

............... 18

**Final Notes** ............................................................................................................ 20

(b)(5)

# Introduction

Our Nation faces a wide range of risks, from terrorism and disease to natural hazards and a changing climate. Risk is the potential for an unwanted outcome resulting from an incident, event, or occurrence, as determined by its likelihood and the associated impacts.[1] The Strategic National Risk Assessment (SNRA) provides general context and key findings related to threats and hazards posing significant risks to the United States.[2] Managing these risks is a shared responsibility that depends on unity of effort among whole community[3] partners.

The SNRA supports a risk-based, all-hazards strategy for preparedness as directed by the Post-Katrina Emergency Management Reform Act of 2006 (PKEMRA) and the continued implementation of Presidential Policy Directive 8 (PPD-8): National Preparedness. The information collected during SNRA is used to inform the National Preparedness Goal (the Goal)[4] and drive the National Preparedness System.[5] The technical materials compiled for the SNRA also support other risk assessment efforts conducted by whole community partners as appropriate, to include the Threat and Hazard Identification and Risk Assessment (THIRA) process.

The first iteration of the SNRA was accomplished in 2011 to inform the Goal.

(b)(5)

(b)(5)

## Benefits of the SNRA

The SNRA[7] provides:

- A risk-based foundation for the National Preparedness Goal;

- Support for capabilities-based planning, training, exercises, and evaluation across all mission areas: Prevention, Protection, Mitigation, Response, and Recovery; and,

- A set of findings and common descriptions of threats and hazards,[8] allowing partners in preparedness to establish a shared understanding of risk across the homeland security enterprise and work more collaboratively.

(b)(5)

For Official Use Only / Not for Public Dissemination or Release

# Overview

The SNRA is conducted by the Federal Government to identify the threats and hazards that pose the greatest risk to the Nation[9] and provide necessary context for those threats and hazards to support planning, which enhances national preparedness, security and resiliency. The SNRA informs and supports the National Preparedness Goal (the Goal), the National Preparedness System, the National Preparedness Report (NPR),[10] and other efforts throughout the whole community to enhance the security and resiliency of the Nation. The National Preparedness System is based on "Identifying and Assessing Risk."[11] The National Preparedness System is implemented at all levels of government, involves the whole community, and provides the mechanism to achieve the Goal.[12] Whole community partners use risk assessments to inform efforts to build and sustain capabilities, including planning, training, and exercises.

The 2015 SNRA process reviewed the national risk environment and included the following:

(b)(5)

The SNRA findings include:

(b)(5)

(b)(5)

(b)(5)

(b)(5)

The threat and hazard identification process of the SNRA highlighted a number of additional threats and hazards, including:

While the SNRA represents a significant step toward understanding the Nation's threats and hazards, it contains data limitations and assumptions that will require additional study, review, and revision.

For Official Use Only / Not for Public Dissemination or Release

Case 1:18-cv-00158-CKK   Document 24-3   Filed 03/29/19   Page 52 of 716

# Strategic National Risk Assessment Scope

The SNRA evaluates risks from known threats and hazards with the potential to significantly impact the Nation's security and resilience.[13] The SNRA assesses contingency events with defined beginning and endpoints, rather than persistent, steady-state risks.[14]

SNRA participants—Federal agencies, Department of Homeland Security (DHS) components, and the Intelligence Community, among others—developed a list of national-level threats and hazards (Tables 1 and 2) for consideration in the SNRA. The events are grouped into three categories: (1) natural hazards; (2) technological/accidental hazards; and (3) adversarial, human-caused threats/hazards.

To accomplish the 2015 SNRA, SNRA participants reviewed the unclassified publicly disseminated 2011 SNRA findings and determined whether or not their departments and agencies possessed data that would change the findings from the 2011 SNRA and/or identify new threats and hazards to those identified in 2011. In addition, the participants conducted research and analysis on available data sets[15] to develop a baseline understanding of which national-level threats and hazards pose the greatest concern to the Nation. SNRA participants developed or updated risk summary sheets for quantitatively assessed risks (identified in Table 1), and conducted concise qualitative literature reviews for those risks where data was not available to complete a quantitative assessment (identified in Table 2).

For the purposes of the quantitative assessments, SNRA participants identified thresholds of impact[16] necessary to create a national-level event.

- These thresholds were informed by subject matter expertise and available data.
- For some events, economic impacts were used as thresholds, while for others, fatalities or injuries/illnesses were deemed more appropriate as the threshold to determine a national-level event. In no case, however, were economic and casualty thresholds treated as equivalent to one another (i.e., dollar values were not assigned to fatalities).
- Event descriptions in Table 1 that do not explicitly identify a threshold signify that no minimum impact threshold was employed. This allows the assessment to include threats and hazards for which the psychological impact could cause it to become a national-level event, even though it may result in a low number of casualties or a small economic loss.[17]

The threats and hazards included within the scope of the SNRA are not limited to those with likelihood and impact data applicable to assessment within the comparative framework of the SNRA quantitative methodology. Table 2 lists additional threats and hazards identified by SNRA

(b)(5)

participants as relevant to national preparedness that required consideration within a broader analytic framework than the comparative and quantitative methodology applied to the events of Table 1.

(b)(5)

**Table 1: Threats and Hazards Quantitatively Assessed in the SNRA**

| Threat/Hazard Type | Threat/Hazard Description and Impact Threshold |
|---|---|
| **Natural** | |
| Animal Disease Outbreak*[19] | An unintentional introduction of the foot-and-mouth disease (FMD) virus into the domestic livestock population in a U.S. state |
| | |

(b)(5)

(b)(5)

| Threat/Hazard Type | Threat/Hazard Description and Impact Threshold |
|---|---|
| Earthquake* | An earthquake occurs within the United States resulting in direct economic losses greater than $100 million |
| Flood* | A flood occurs within the United States resulting in direct economic losses greater than $100 million |
| Human Pandemic Outbreak** | |
| Hurricane* | A tropical storm or hurricane impacts the United States resulting in direct economic losses of greater than $100 million |
| Space Weather*** | |
| Wildfire* | A wildfire occurs within the United States resulting in direct economic losses greater than $100 million |
| | |
| **Technological/Accidental** | |
| Biological Food Contamination* | Accidental conditions where introduction of a biological agent (e.g., *Salmonella*, *E. coli*, botulinum toxin) into the food supply results in 100 hospitalizations or greater and a multistate response |
| Chemical Substance Spill or Release* | Accidental conditions where a release of a large volume of a chemical acutely toxic to human beings (a toxic inhalation hazard, or TIH) from a chemical plant, storage facility, or transportation mode results in either one or more off-site fatalities, or one or more fatalities (either on- or off-site) with off-site evacuations or sheltering-in-place |
| Dam Failure* | Accidental conditions where dam failure and inundation in the United States result in one fatality or greater |
| Radiological Substance Release* | Accidental conditions where reactor core damage in the United States causes release of radiation |
| | |

(b)(5)

(b)(5)

| Threat/Hazard Type | Threat/Hazard Description and Impact Threshold |
|---|---|
| **Human Caused/Adversarial** | |
| Aircraft as a Weapon** | |
| Armed Assault** | |
| Biological Terrorism Attack (non-food)* | A hostile non-state actor(s) acquires, weaponizes, and releases a biological agent against an outdoor, indoor, or water target, directed at a concentration of people within the United States |
| Chemical/Biological Food Contamination Terrorism Attack* | A hostile non-state actor(s) acquires, weaponizes, and disperses a biological or chemical agent into food supplies within the U.S. supply chain |
| Chemical Terrorism Attack (non-food)* | A hostile non-state actor(s) acquires, weaponizes, and releases a chemical agent against an outdoor, indoor, or water target, directed at a concentration of people using an aerosol, ingestion, or dermal route of exposure |
| Explosives Terrorism Attack** | |
| Nuclear Terrorism Attack* | A hostile non-state actor(s) acquires an improvised nuclear weapon through manufacture from fissile material, purchase, or theft, and detonates it within a major U.S. population center |
| | |
| Radiological Terrorism Attack* | A hostile non-state actor(s) acquires radiological materials and disperses them through explosive or other means (e.g., a radiological dispersal device or RDD) or creates a radiation exposure device (RED) |
| * | Threats and hazards identified in the 2011 SNRA |
| ** | Threats and hazards Identified in 2011 and updated in 2015 |
| *** | Threats and hazards identified in 2015 |

**Table 2: Threats and Hazards Qualitatively Identified in the SNRA**

(b)(5)

| Threat/Hazard Type | Threat/Hazard Description |
|---|---|
| **Natural** | |
| | |

For Official Use Only / Not for Public Dissemination or Release

(b)(5)

| Threat/Hazard Type | Threat/Hazard Description |
|---|---|
| | |
| Tsunami*[22] | A tsunami with a wave of approximately 50 feet impacts the Pacific Coast of the United States |
| Volcanic Eruption*[23] | A volcano in the Pacific Northwest erupts impacting the surrounding areas with lava flows and ash and areas east with smoke and ash |

(b)(5)

**Technological / Accidental**

(b)(5)

**Human Caused / Adversarial**

| * | Threats and hazards identified in the 2011 SNRA |
|---|---|
| ** | Threats and hazards Identified in 2011 and updated in 2015 |
| *** | Threats and hazards identified in 2015 |

(b)(5)

For Official Use Only / Not for Public Dissemination or Release

(b)(5)

**Table 3: Cross-Cutting Threats and Hazards Identified for Study in the SNRA**

| Threat/Hazard Type | Threat/Hazard Description |
|---|---|
|  |  |

| * | Threats and hazards identified in the 2011 SNRA |
|---|---|
| ** | Threats and hazards Identified in 2011 and updated in 2015 |
| *** | Threats and hazards identified in 2015 |

For Official Use Only / Not for Public Dissemination or Release

# The Current National Risk Environment

## Analytic Approach

The quantitative analysis of the SNRA drew data and information from a variety of sources, including existing U.S. Government models and assessments, historical records, structured analysis, and judgments of experts from different disciplines. The information was used to assess the risk of identified incidents as a function of frequency[25] and impacts, specifically asking:

- With what frequency is it estimated that an event will occur?
- What are the impacts of the event(s) if it does occur?

Frequency was estimated as the potential number of occurrences or attacks, per year, which met or exceeded the established threshold[26] for the event. For the majority of events (including threats with unclassified analyses in the 2015 SNRA), frequency estimates were based on statistical analysis of historic data or taken directly from historical data where extensive records were available.[27] Chemical, Biological, Radiological, and Nuclear (CBRN) adversarial/human-caused frequencies were estimated primarily using elicitation from subject matter experts.[28]

The SNRA examined the impacts associated with six categories of harm: loss of life, injuries and illnesses, direct economic costs, social displacement, psychological distress, and environmental impact. This multifaceted view of potential impacts draws attention to the broad and often interdependent effects of incidents that require whole community preparation and cooperation across the homeland security enterprise. For instance, fostering resilient communities relates to both mitigating human and economic impacts and addressing the psychological and social distress caused by the incident. Similarly, other types of resilience involve withstanding environmental and infrastructure degradations to ensure continued delivery of essential services.

The SNRA relied on the best available quantitative estimates of frequency and impact from existing U.S. Government assessments, peer-reviewed literature, and expert judgment. Where sufficient quantitative information was not available, events were assessed qualitatively. The estimates of the frequency and impacts for each of the events considered were compared where appropriate. No effort was made to create a single "risk judgment" for any event type, because it was deemed infeasible to aggregate all impact types into a single metric. Instead, the assessment treated impact categories separately (e.g., economic impacts are reported separately from fatality impacts). This allows stakeholders to apply their own expert judgments to the findings and decide how those findings should inform core capabilities in the Goal.

(b)(5)

All sources and estimates were documented to promote credibility, defensibility, and transparency within the assessment. Uncertainty in frequency and impacts was explicitly

included in the analysis by representing low and high bounds in addition to best estimates. Examples of sources of uncertainty include incomplete knowledge of adversary capabilities and intent, variability in possible event severity and location, and lack of historical precedence.

The assessment was performed at a strategic national-level and provides the ability to draw rough comparisons and identify broad differences in risk across the quantitatively assessed events—within an order of magnitude. Given the uncertainty inherent in assessing risks at a national-level and the lack of information about some of the events included—many of which are likely to occur very infrequently—the assessment was designed to avoid false precision. Instead, the assessment identified only those differences in risk that were still significant despite the associated uncertainties.

The analysis of available information—even if that analysis is imprecise and contains a wide degree of uncertainty—supports better decision making, as long as key limitations and assumptions are noted. Participants designed the SNRA to capture the best information available regarding homeland security risks to inform the Goal and supporting preparedness efforts. There are two additional considerations for preparedness partners:

- This is a *strategic* national risk assessment. The SNRA addresses national risk based on total impacts to the Nation, not limited by geographic boundaries. As such, it does not present a full view of the risk facing communities. To complement preparedness planning, it is also necessary to consider local, regional/metropolitan, state, tribal, territorial, and insular area variations in risk.

- Given the emphasis in PPD-8 on contingency events with defined beginning and endpoints (e.g., hurricanes, terrorist attacks), the current SNRA does not explicitly assess persistent, steady-state risks like border violations, illegal immigration,[29] drug trafficking, and intellectual property violations, which are important challenges for DHS and the homeland security enterprise.

## Findings



For Official Use Only / Not for Public Dissemination or Release

(b)(5)

(b)(5)

SNRA participants identified a number of additional threats and hazards (Table 2), including:

(b)(5)

(b)(5)

(b)(5)

For Official Use Only / Not for Public Dissemination or Release

(b)(5)

# Drivers and Evolving Threats



(b)(5)

(b)(5)

*2015 Strategic National Risk Assessment*

(b)(5)

For Official Use Only / Not for Public Dissemination or Release

000063

(b)(5)

(b)(5)

*2015 Strategic National Risk Assessment*

(b)(5)

(b)(5)

For Official Use Only / Not for Public Dissemination or Release

(b)(5)

# Threats and Hazards of Greatest Concern by Whole Community Partners

(b)(5)

(b)(5)

For Official Use Only / Not for Public Dissemination or Release

(b)(5)

(b)(5)

# Final Notes

The SNRA process provides a broad analysis of the risks from the varied threats and hazards faced by the Nation. As noted previously, the assessment finds that a wide range of threats and hazards pose a significant threat to the Nation, affirming the need for an all-threats/hazards, capability-based approach to preparedness planning. Many opportunities exist to implement broad preparedness strategies that cut across many different threats and hazards.

The SNRA is designed to inform prioritization and tradeoff decisions by enabling the analysis of which capabilities are likely to have an impact at reducing identified high-risk events. Using the SNRA, the homeland security enterprise can better understand which scenarios are more likely to impact them, what the consequences would be, and which risks merit special attention.

The SNRA process will continue to be implemented in support of PKEMRA and PPD-8 to inform the National Preparedness Goal, National Preparedness System, and its all-hazards, capability-based planning approach to national risk management. Although the development and update of the SNRA are important steps, further analysis through the use of regional- and community-level risk assessments will help communities better understand their risks and form a foundation for their own security and resilience. The Nation's preparedness is dependent on whole community partners understanding the risks they face across all levels of government. In conjunction with local, regional/metropolitan, state, tribal, territorial, insular area, and Federal partners, the SNRA process will be further implemented and refined in order to serve as a unifying national risk profile helping to facilitate preparedness efforts across the Nation.

**PRESIDENTIAL POLICY DIRECTIVE/PPD-8 REFRESH**
**STRATEGIC NATIONAL RISK ASSESSMENT**
**FINDINGS REVIEW**

**May 29, 2015**

The following represents a fully adjudicated draft of the 2015 Strategic National Risk Assessment (SNRA) Findings document. The SNRA supports a risk-based, all-hazards strategy for preparedness as directed by the Post-Katrina Emergency Management Reform Act of 2006 (PKEMRA), and the continued implementation of Presidential Policy Directive 8 (PPD-8): *National Preparedness*. The SNRA is used to prioritize preparedness activities at the national level, inform the National Preparedness Goal (the Goal) and the National Preparedness System, and supports other risk assessment efforts conducted by the whole community. As part of the overall PPD-8 efforts, this draft of the 2015 SNRA Findings document contains updates to the publically disseminated version of the 2011 SNRA, and also reflects updates from the SNRA working group comprised of Federal partners, and the PPD-8 Implementation Team. The attached draft includes the following key changes from the 2011 publically disseminated version:





The 2015 SNRA supporting documentation which substantiates the 2015 SNRA Findings is also being provided. Please contact the National Integration Center at with any questions or feedback you may have at PPD8-Engagement@fema.dhs.gov. Thank you for your interest in this important endeavor and your broader support for national preparedness.

V/R,

National Integration Center

# Strategic National Risk Assessment 2015

*Findings*
*May 2015*



**PRE-DECISIONAL DRAFT**
~~NOT FOR PUBLIC DISTRIBUTION~~
~~OR RELEASE~~

# Table of Contents

Introduction.................................................................................................. i

Overview..................................................................................................... 1

Strategic National Risk Assessment Scope ............................................... 3

The Current National Risk Environment ..................................................... 9

    Analytic Approach.................................................................................. 9

    Findings ............................................................................................... 10

Drivers and Evolving Threats ................................................................... 13

.................... 13

.................... 13

.................... 13

.................... 15

.................... 15

.................... 16

.................... 16

.................... 18

Final Notes ............................................................................................... 20

(b)(5)

# Introduction

Our Nation faces a wide range of risks, from terrorism and disease to natural hazards and a changing climate. Risk is the potential for an unwanted outcome resulting from an incident, event, or occurrence, as determined by its likelihood and the associated impacts.[1] The Strategic National Risk Assessment (SNRA) provides general context and key findings related to threats and hazards posing significant risks to the United States.[2] Managing these risks is a shared responsibility that depends on unity of effort among whole community[3] partners.

The SNRA supports a risk-based, all-hazards strategy for preparedness as directed by the Post-Katrina Emergency Management Reform Act of 2006 (PKEMRA) and the continued implementation of the National Preparedness System.[4] This Assessment also supports other risk assessment efforts conducted by whole community partners as appropriate, to include the Threat and Hazard Identification and Risk Assessment (THIRA) process.

The SNRA[5] benefits whole community partners by providing:



(b)(5)

(b)(5)

(b)(5)

(b)(5)

The first iteration of the SNRA was accomplished in 2011 to inform the development of the National Preparedness Goal (the Goal)[7].

(b)(5)

**Pre-decisional Draft**

# Overview

The SNRA is a process implemented by the Federal Government to identify the threats and hazards that pose the greatest risk to the Nation[9] and provide necessary context for those threats and hazards to support national preparedness planning. The SNRA informs and supports the National Preparedness Goal, the National Preparedness System, which is based on "*Identifying and Assessing Risk*"[10], the National Preparedness Report (NPR)[11], and other efforts throughout the whole community to enhance security and resiliency. Whole community partners use risk assessments to inform efforts to build and sustain capabilities, including planning, training, and exercises.

(b)(5)

The 2015 SNRA process reviewed the national risk environment and included the following:

(b)(5)

The SNRA findings include:

(b)(5)

(b)(5)



(b)(5)

The threat and hazard identification process of the SNRA highlighted a number of additional threats and hazards, including:

While the SNRA represents a significant step toward understanding the Nation's threats and hazards, it contains data limitations and assumptions that will require additional study, review, and revision.

# Strategic National Risk Assessment Scope

The SNRA evaluated risks from known threats and hazards with the potential to significantly impact the Nation's security and resilience.[12] It assesses contingency events with defined beginning and endpoints, rather than persistent, steady-state risks.[13] SNRA participants—Federal agencies, Department of Homeland Security (DHS) components, and the Intelligence Community, among others—developed a list of national-level threats and hazards (Tables 1 and 2) for consideration in the SNRA. The events are grouped into three categories: (1) natural hazards; (2) technological/accidental hazards; and (3) adversarial, human-caused threats/hazards.

To accomplish the 2015 SNRA, participants reviewed the unclassified publicly disseminated 2011 SNRA findings and determined whether or not their departments and agencies possessed data that would change the findings from the 2011 SNRA, and/or identify new threats and hazards to those identified in 2011. In addition, the participants conducted research and analysis on available data sets,[14] to develop a baseline understanding of which national-level threats and hazards pose the greatest concern to the Nation. SNRA participants developed or updated risk summary sheets for quantitatively assessed risks (identified in Table 1); or conducted a concise qualitative literature review for those risks where data was not available to complete a quantitative assessment (identified in Table 2).

For the purposes of the quantitative assessment, SNRA participants identified thresholds of impact[15] necessary to create a national-level event.

- These thresholds were informed by subject matter expertise and available data.

- For some events, economic impacts were used as thresholds, while for others, fatalities or injuries/illnesses were deemed more appropriate as the threshold to determine a national-level event. In no case, however, were economic and casualty thresholds treated as equivalent to one another (i.e., dollar values were not assigned to fatalities).

- Event descriptions in Table 1 that do not explicitly identify a threshold signify that no minimum impact threshold was employed. This allows the assessment to include threats and hazards for which the psychological impact could cause it to become a national-level event, even though it may result in a low number of casualties or a small economic loss.[16]



(b)(5)

The threats and hazards identified by SNRA participants are presented in Tables 1-3.

- Table 1 lists the threats and hazards that were analyzed within the quantitative and comparative framework established by the 2011 SNRA.

- Table 2 lists threats and hazards that were identified by SNRA participants as relevant to national preparedness, but which did not have sufficient likelihood or impact data for comparative analysis with the threats and hazards of Table 1. These hazards were studied qualitatively.

(b)(5)



**Table 1: Threats and Hazards Quantitatively Assessed in the SNRA**

| Threat/Hazard Type | Threat/Hazard Description and Impact Threshold |
|---|---|
| **Natural** | |
| Animal Disease Outbreak[18] | An unintentional introduction of the foot-and-mouth disease (FMD) virus into the domestic livestock population in a U.S. state |
| | |

(b)(5)

(b)(5)

| Threat/Hazard Type | Threat/Hazard Description and Impact Threshold |
|---|---|
| Earthquake | An earthquake occurs within the U.S. resulting in direct economic losses greater than $100 million |
| Flood | A flood occurs within the U.S. resulting in direct economic losses greater than $100 million |
| Human Pandemic Outbreak*** | |
| Hurricane | A tropical storm or hurricane impacts the U.S. resulting in direct economic losses of greater than $100 million |
| Space Weather*** | |
| Wildfire | A wildfire occurs within the U.S. resulting in direct economic losses greater than $100 million |

(b)(5)

| Technological / Accidental | |
|---|---|
| Biological Food Contamination | Accidental conditions where introduction of a biological agent (e.g., *Salmonella*, *E. coli*, botulinum toxin) into the food supply results in 100 hospitalizations or greater and a multistate response |
| Chemical Substance Spill or Release | Accidental conditions where a release of a large volume of a chemical acutely toxic to human beings (a toxic inhalation hazard, or TIH) from a chemical plant, storage facility, or transportation mode results in either one or more off-site fatalities, or one or more fatalities (either on- or off-site) with off-site evacuations or sheltering-in-place |
| Dam Failure | Accidental conditions where dam failure and inundation in the U.S. result in one fatality or greater |
| Radiological Substance Release | Accidental conditions where reactor core damage in the U.S. causes release of radiation |

SECTION

*2015 Strategic National Risk Assessment*

| Threat/Hazard Type | Threat/Hazard Description and Impact Threshold |
|---|---|
| **Human Caused / Adversarial** | |
| Aircraft as a Weapon*** | (b)(5) |
| Armed Assault*** | |
| Biological Terrorism Attack (non-food) | A hostile non-state actor(s) acquires, weaponizes, and releases a biological agent against an outdoor, indoor, or water target, directed at a concentration of people within the U.S. |
| Chemical/Biological Food Contamination Terrorism Attack | A hostile non-state actor(s) acquires, weaponizes, and disperses a biological or chemical agent into food supplies within the U.S. supply chain |
| Chemical Terrorism Attack (non-food) | A hostile non-state actor(s) acquires, weaponizes, and releases a chemical agent against an outdoor, indoor, or water target, directed at a concentration of people using an aerosol, ingestion, or dermal route of exposure |
| Explosives Terrorism Attack*** | (b)(5) |
| Nuclear Terrorism Attack | A hostile non-state actor(s) acquires an improvised nuclear weapon through manufacture from fissile material, purchase, or theft, and detonates it within a major U.S. population center |
| | (b)(5) |
| Radiological Terrorism Attack | A hostile non-state actor(s) acquires radiological materials and disperses them through explosive or other means (e.g., a radiological dispersal device or RDD) or creates a radiation exposure device (RED) |
| * | New in SNRA 2015 |
| ** | New in SNRA 2015: Added 2012 |
| *** | Revised in SNRA 2015 |

**Table 2: Threats and Hazards Qualitatively Identified in the SNRA**

| Threat/Hazard Type | Threat/Hazard Description |
|---|---|
| **Natural** | (b)(5) |
| | |

(b)(5)

| Threat/Hazard Type | Threat/Hazard Description |
|---|---|
| | |
| Tsunami[21] | A tsunami with a wave of approximately 50 feet impacts the Pacific Coast of the U.S. |
| Volcanic Eruption[22] | A volcano in the Pacific Northwest erupts impacting the surrounding areas with lava flows and ash and areas east with smoke and ash |

(b)(5)

**Technological / Accidental**

(b)(5)

**Human Caused / Adversarial**

| * | New in SNRA 2015 |
| ** | New in SNRA 2015: Added 2012 |
| *** | Revised in SNRA 2015 |

(b)(5)

**Table 3: Cross-Cutting Threats and Hazards Identified for Study in the SNRA**

(b)(5)

| Threat/Hazard Type | Threat/Hazard Description |
|---|---|
|  |  |
| * | New in SNRA 2015 |
| ** | New in SNRA 2015: Added 2012 |
| *** | Revised in SNRA 2015 |

**Pre-decisional Draft**

# The Current National Risk Environment

## Analytic Approach

The quantitative analysis of the SNRA drew data and information from a variety of sources, including existing U.S. Government models and assessments, historical records, structured analysis, and judgments of experts from different disciplines. The information was used to assess the risk of identified incidents as a function of frequency[24] and impacts. More specifically, asking:

- With what frequency is it estimated that an event will occur?
- What are the impacts of the event(s) if it does occur?

Frequency was estimated as the potential number of occurrences or attacks, per year, which met or exceeded the established threshold[25] for the event. For the majority of events (including threats with unclassified analyses in the 2015 SNRA), frequency estimates were based on statistical analysis of historic data, or directly from historical data where extensive records were available.[26] Chemical, Biological, Radiological, and Nuclear (CBRN) adversarial/human-caused frequencies were estimated primarily using elicitation from subject matter experts.[27]

The SNRA examined the impacts associated with six categories of harm: loss of life, injuries and illnesses, direct economic costs, social displacement, psychological distress, and environmental impact. This multifaceted view of potential impacts draws attention to the broad and often interdependent effects of incidents that require whole community preparation and cooperation across the homeland security enterprise. For instance, fostering resilient communities relates to both mitigating human and economic impacts and addressing the psychological and social distress caused by the incident. Similarly, other types of resilience involve withstanding environmental and infrastructure degradations to ensure continued delivery of essential services.

The SNRA relied on the best available quantitative estimates of frequency and impact from existing U.S. Government assessments, peer-reviewed literature, and expert judgment. Where sufficient quantitative information was not available, events were assessed qualitatively. The estimates of the frequency and impacts for each of the events considered were compared where appropriate. No effort was made to create a single "risk judgment" for any event type, because it was deemed infeasible to aggregate all impact types into a single metric. Instead, the assessment treated impact categories separately (e.g., economic impacts are reported separately from fatality impacts). This allowed stakeholders to apply their own expert judgments to the findings and decide how those findings should inform core capabilities in the Goal.

(b)(5)

All sources and estimates were documented to promote credibility, defensibility, and transparency within the assessment. Uncertainty in frequency and impacts was explicitly included in the analysis by representing low and high bounds in addition to best estimates. Examples of sources of uncertainty include incomplete knowledge of adversary capabilities and intent, variability in possible event severity and location, and lack of historical precedence.

The assessment was performed at a strategic national-level and provides the ability to draw rough comparisons and identify broad differences in risk across the quantitatively assessed events—within an order of magnitude. Given the uncertainty inherent in assessing risks at a national-level and the lack of information about some of the events included—many of which are likely to occur very infrequently—the assessment was designed to avoid false precision. Instead, the assessment identifies only those differences in risk that are still significant despite the associated uncertainties.

The analysis of available information—even if that analysis is imprecise and contains a wide degree of uncertainty—supports better decision making, as long as key limitations and assumptions are noted. Participants designed the SNRA to capture the best information available regarding homeland security risks to inform the Goal and supporting preparedness efforts. There are two additional considerations for preparedness partners:

- This is a *strategic* national risk assessment. The SNRA addresses national risk based on total impacts to the Nation, not limited by geographic boundaries. As such, it does not present a full view of the risk facing communities. To complement preparedness planning, it is also necessary to consider local, regional/metropolitan, state, tribal, territorial, and insular area variations in risk.

- Given the emphasis in PPD-8 on contingency events with defined beginning and endpoints (e.g., hurricanes, terrorist attacks), the current SNRA does not explicitly assess persistent, steady-state risks like border violations, illegal immigration,[28] drug trafficking, and intellectual property violations, which are important challenges for DHS and the homeland security enterprise.

(b)(5)

## Findings



(b)(5)



SNRA participants identified a number of additional threats and hazards (Table 2), including:

(b)(5)

*2015 Strategic National Risk Assessment*



(b)(5)

(b)(5)

# Drivers and Evolving Threats

(b)(5)

(b)(5)

*2015 Strategic National Risk Assessment*

(b)(5)



(b)(5)

(b)(5)



(b)(5)

(b)(5)

**Pre-decisional Draft**

(b)(5)

# Threats and Hazards of Greatest Concern by Whole Community Partners

(b)(5)



(b)(5)







# Final Notes

The SNRA process provides a broad analysis of the risks from the varied threats and hazards faced by the Nation. This assessment finds that a wide range of threats and hazards pose a significant threat to the Nation, affirming the need for an all-threats/hazards, capability-based approach to preparedness. The SNRA is designed to inform prioritization and tradeoff decisions by enabling the analysis of which capabilities are likely to have an impact at reducing identified high-risk events. Using the SNRA, the whole community can better understand which scenarios are more likely to impact them, what the consequences would be, and what risks merit special attention.

The SNRA process will continue to be implemented in support of the National Preparedness Goal, the National Preparedness System, and the all-hazards, capability-based planning approach to national risk management. Although the development and update of the SNRA are important steps, further analysis through the implementation of regional- and community-level risk assessments will help communities better understand their risks and form a foundation for their own security and resilience. The Nation's preparedness is dependent on whole community partners understanding the risks they face across all levels of government. In conjunction with local, regional/metropolitan state, tribal, territorial, insular area, and Federal partners, the SNRA process will be further implemented and refined in order to serve as a unifying national risk profile helping to facilitate preparedness efforts across the Nation.

# IMPLEMENTATION PLAN

## *for*

# PRESIDENTIAL POLICY DIRECTIVE 8:

## *NATIONAL PREPAREDNESS*

### May 2011

## Contents

*Introduction*                                               1

National Preparedness Goal                                   1

National Preparedness System                                 3

Building and Sustaining Preparedness                         6

National Preparedness Report                                 8

Roles and Responsibilities                                   8

*Conclusion*                                                10

*Timelines*                                                 11

*Additional Definitions*                                    11

### *Introduction*

On March 30, 2011, President Obama signed Presidential Policy Directive 8: *National Preparedness* (PPD-8). PPD-8 directs the development of a National Preparedness Goal (the Goal) to identify those activities that must be accomplished in order to prevent and protect against acts of terrorism in the homeland and mitigate against, respond to, and recover from emergencies and disasters regardless of their cause.

This implementation plan for PPD-8 is intended to guide the execution of the directive. Each section of the plan describes the actions required to execute specific passages of PPD-8. In some cases, sections of the plan address multiple requirements of PPD-8.

The Secretary of Homeland Security is responsible for coordinating the domestic all-hazards preparedness efforts of all executive departments and agencies, in consultation with State, local, tribal, and territorial governments, private and nonprofit sector partners, and the general public; and for developing the National Preparedness Goal. All executive departments and agencies with roles in prevention, protection, mitigation, response or recovery from an emergency or disaster on U.S. soil, as well as independent agencies that have relevant authorities, are responsible for national preparedness efforts, consistent with their statutory roles and responsibilities.

Policy coordination for the development of the core capabilities and performance objectives that make up the Goal, and the associated national planning frameworks, is provided through the relevant Interagency Policy Committees (IPCs), as described in this implementation plan. Specific departmental responsibilities and the timelines for delivery of the national planning frameworks and associated plans are described below.

All implementation efforts for PPD-8 will be carried out consistent with relevant authorities, including all requirements established in the *Post-Katrina Emergency Management and Reform Act of 2006* (the *Post-Katrina Act*), as amended.

### 1. National Preparedness Goal

**No later than September 25, 2011**, the Secretary of Homeland Security will provide to the President, through the Assistant to the President for Homeland Security and Counterterrorism, a National Preparedness Goal.

The Secretary will develop the Goal in coordination with other executive departments and agencies, and in consultation with State, local, tribal, and territorial governments, the private and nonprofit sectors, and the public. The Goal will define the core capabilities that must be established by the Nation in order to prevent, protect against, mitigate the effects of, respond to, and recover from the specific types of incidents that pose the greatest threat to the security of the Nation, including acts of terrorism and emergencies and disasters regardless of cause.

1

The Goal will respect and leverage the Nation's Federal, State, local, tribal, and territorial governmental structures, maximizing preparedness through adaptability and decentralization. The Goal will support the development of collaborative thinking about strategic needs while ensuring that all levels of government share common understanding and awareness of threats and hazards and resulting risks; are ready to act; and can do so independently but collaboratively.  The Goal will be aimed at establishing common intent and fostering robust partnerships across all communities and levels of government; building the capacity of partners across jurisdictional boundaries; and encouraging dynamic coordination and cooperation.

The Goal will include a standardized, objective approach for assessing threats and hazards to identify core capabilities and where they are needed, while establishing performance objectives that measure progress toward achieving the Goal. The core capabilities that make up the Goal will represent preparedness priorities that reflect Federal, State, local, tribal, territorial, and private and nonprofit sector perspectives on risk.  The threat and hazard identification and risk assessment should consider the range of natural hazards, potential accidents, and terrorist threats and factor in the identification of the risks facing States and local communities as well as the Nation as a whole.

The Secretary of Homeland Security will conduct a strategic, national-level risk assessment to identify the relevant risk factors that guide where core capabilities are needed and develop a list of the capabilities and associated performance objectives for all hazards that will measure progress toward their achievement.  The national risk assessment should build on and integrate current models and best practices to enable the national assessment to be applied regionally and on a local level, as appropriate and practicable.  The Director of National Intelligence and Attorney General will provide relevant and appropriate terrorism-related intelligence information to the Secretary of Homeland Security for the development of the risk assessment.

National preparedness is defined in terms of core capabilities - the ability to provide the means to accomplish a series of tasks under specific conditions and to specific performance standards. Each capability in the Goal will specify where a given capability is needed; the specific, flexible and measurable performance objectives for the capability; and the minimum resources needed to meet each performance objective.  A capability may be achieved with any combination of properly planned, organized, equipped, trained, and exercised personnel that achieves the intended outcome.

The Goal  will be built on a foundation that defines the core capabilities needed for all hazards, while also identifying the maximum capacity required for a catastrophic event.  This will enable jurisdictions to evaluate their ability to provide essential lifesaving and sustaining functions necessary to address the needs of the people and communities affected by a catastrophic event.  Catastrophic performance objectives will guide distributed efforts for catastrophic preparedness at all levels, including the major urban areas; States; interstate regional actions coordinated through the Federal Emergency Management Agency (FEMA) regions; and Federal efforts.

The Goal will be consistent with the National Security Strategy, applicable Presidential Policy Directives, Homeland Security Presidential Directives, National Security Presidential Directives, and national strategies, as well as policy guidance from the Interagency Policy Committees, evolving conditions, and the National Incident Management System.

The first edition of the Goal, to be provided by September 25, 2011, will include the list of core capabilities, a preliminary list of performance objectives for each, the additional performance objectives needed specifically for catastrophic preparedness, a schedule for finalizing the list of performance objectives for each capability in the Goal, and a schedule and process for regular review and revision to remain consistent with these policies.

## 2. National Preparedness System

**No later than November 24, 2011**, the Secretary of Homeland Security will provide to the President, through the Assistant to the President for Homeland Security and Counterterrorism, a document describing the national preparedness system. The Secretary will develop the national preparedness system in coordination with other executive departments and agencies, and in consultation with State, local, tribal, and territorial governments, the private and nonprofit sectors, and the public.

The national preparedness system will provide an integrated approach to preparedness that can be implemented and measured at all levels of government. The system should provide an all-of-Nation and whole community approach to preparedness, from neighborhood organizations to civic groups and private businesses. It should contain a methodical approach integrated across the preparedness cycle and link together programs and requirements into a comprehensive system, driving rational decision-making and allowing for a direct and defensible assessment of progress against clearly defined objectives.

The national preparedness system will be based on a consistent methodology for assessing the threats and hazards facing a given jurisdiction. The findings of the assessment should then drive planning factors and all other components of the preparedness cycle including resource requirements, existing capabilities and capability gaps, driving investments to close those gaps, making and validating improvements in capabilities through training and exercising, and continually assessing progress.

The national preparedness system will describe how the cycle of planning, organizing, equipping, training, and exercising interconnect and support achievement of the Goal. It should incorporate in whole or by reference, or establish where necessary, the National Incident Management System, National Planning System (including the national planning frameworks), National Training and Education System, National Exercise Program, and a Remedial Action Management Program to collect, share, and track progress on lessons learned and corrective actions undertaken to build and sustain preparedness.

3

**National Planning System**

The goal of the National Planning System is to integrate planning across all levels of government and with the private and nonprofit sectors around key capabilities that can be mixed and matched, as needed, to provide an agile, flexible approach to prevent, protect, mitigate, respond, and recover. The desired outcome is a set of focused planning documents to support the effective delivery of the core capabilities described in the Goal.

**No later than June 30, 2012**, the Secretary of Homeland Security will provide to the President, through the Assistant to the President for Homeland Security and Counterterrorism, the first edition of the national planning frameworks. As described in PPD-8, the frameworks will be built upon scalable, flexible, and adaptable coordinating structures to align key roles and responsibilities to deliver the necessary capabilities to prevent, protect, mitigate, respond, and recover. The planning frameworks are intended to provide succinct descriptions, at a high level, of the steps to be taken to *prepare* to deliver the necessary capabilities; the frameworks are not intended to be traditional operational plans, concept of operations plans, or detailed plans for affirmative action.

The frameworks will be closely coordinated with each other to provide seamless connections across the preparedness spectrum. The frameworks should build on and leverage established relevant planning documents wherever possible.

**No later than September 25, 2012**, the Secretary of Homeland Security will provide to the President, through the Assistant to the President for Homeland Security and Counterterrorism, the first edition of the interagency operational plans to support the delivery of the capabilities called for in each of the national frameworks. Each interagency operational plan will describe the concept of operations for integrating and synchronizing existing national-level Federal capabilities to support Federal, State, local, tribal, and territorial plans. The interagency operational plans will follow the template provided in FEMA's *Comprehensive Preparedness Guide 101* or its successor, or a similar planning structure relevant to a specific framework's needs.

Where needed, each executive department and agency will develop and maintain deliberate department-level operational plans to deliver capabilities to fulfill responsibilities under the frameworks and interagency plans. Departments and agencies may use existing plans, protocols, or standard operating procedures (SOPs) / standard operating guides (SOGs) for the development of such plans, and these should be updated as needed.

The National Planning System will include a series of comprehensive guidance documents to support planning by State, local, tribal, and territorial governments, developed in consultation with those entities and the private and nonprofit sectors, to address both regional and national risks and threats.

The national preparedness system will be based around a philosophy of involvement of the entire community in national preparedness. All guidance developed under PPD-8 will include the entire community demographic as up-front planning factors and will involve all-of-Nation and whole community approaches to planning and operations.

The national preparedness system will also include, in whole or by reference, recommendations and guidance for individuals, families, and businesses to guide their efforts to support national preparedness. Guidance should be designed to encourage individuals, families, caregivers to children, and those with access and functional needs to enhance their awareness of risks and threats; their understanding of the appropriate protective actions that they can take to reduce their vulnerabilities; how to develop household emergency plans (including care for household pets and service animals) and community plans; and how to prepare emergency supplies. Guidance for businesses should be designed to encourage businesses to enhance their preparedness activities systematically and in collaboration with government at all levels and the nonprofit sector.

## Organization

The national preparedness system will include guidance to assist all levels of government to organize resources (including personnel, teams, and leadership) that are necessary to meet the Goal. Resource guidance, which includes typing, credentialing, and developing and maintaining inventories of resources, will assist in facilitating the rapid, short-term deploying of support, including support through mutual aid, that is needed to provide the core capabilities identified in the Goal. Actions to organize resources will be supported on a continual basis so resources are ready when needed.

## Equipment

The national preparedness system will include national guidance to assist all levels of government to meet equipment requirements (including facilities, equipment, and supplies) that are necessary to meet the Goal. Equipment guidance will recommend any features and operating considerations for equipment that is needed to provide the core capabilities identified in the Goal. Equipment purchased through Federal preparedness assistance for first responders will, to the extent permitted by law and practicable, conform to equipment standards in place at time of purchase, when available. To avoid duplication of effort and the purchase of incompatible equipment, to the extent permitted by law, all Federal departments and agencies that support the purchase of first responder equipment should coordinate with each other through the Department of Homeland Security and conform to the same standards, as appropriate.

5

## Training

The national preparedness system will include the National Training and Education System, to provide a structure for the development of the core capabilities identified to meet the Goal. Training will be targeted to the specific skill sets required to meet each capability's performance objectives, organized around learning objectives that identify the tasks that need to be performed.

## Exercises

The national preparedness system will include by reference the National Exercise Program, including the National Exercise Program guidance of March 18, 2011, or its successor.

## Comprehensive Assessment System

The national preparedness system will include by reference the FEMA Comprehensive Assessment System (CAS). The CAS helps evaluate preparedness using a coordinated body of methods and procedures to define the most appropriate standards to use and data sources to draw from; collect quantitative and qualitative data from a large variety of data sources; analyze those data to evaluate what indicators of preparedness signify about how much capability has been achieved; and prepare reports as required and necessary to inform policy makers and the public about the effectiveness of programs, the state of national preparedness, and the progress toward achieving the Goal. The Comprehensive Assessment System will be updated upon completion of the Goal so that the CAS can be used to measure the specific performance objectives for the core capabilities that are incorporated in the Goal.

## 3. Building and Sustaining Preparedness

## Public Outreach and Community-Based Preparedness

The Secretary of Homeland Security will develop a comprehensive campaign to encourage active and sustained participation in individual and community-based programs to enhance national resilience. The Secretary will coordinate with the heads of other Federal departments and agencies that have relevant responsibilities and consult with State, local, tribal, and territorial governments, and the private and nonprofit sectors. This effort will include a public outreach program to provide accurate and timely public information on preparedness to individuals and families, first responders, government departments and agencies, and the private and nonprofit sectors.

## Federal Preparedness Assistance

As part of the national preparedness system, the Secretary of Homeland Security, in coordination with the Director of the Office of Management and Budget (OMB), will develop mechanisms to link relevant Federal funding for preparedness assistance to achieving the Goal, work to leverage Federal assistance programs already in place, and provide incentives to State,

local, tribal, and territorial governments to improve and sustain their own preparedness. All executive departments and agencies that provide Federal preparedness assistance (including grants, cooperative agreements, and technical assistance) will develop similar mechanisms, in coordination with the Director of OMB and consistent with Federal law, to convey assistance through mechanisms that most effectively and verifiably increase national preparedness, consistent with the Goal.

Federal preparedness assistance will support State, local, tribal, and territorial entities' efforts, including planning, organization, equipment acquisition (including interoperability), training, and exercises to build and maintain national preparedness. Such assistance is not primarily intended to support routine local operations, but to build capabilities to address major threats and hazards, including terrorism. Federal assistance should, however, support strategies that build on and scale strong underlying daily capabilities and systems, where practical.

The Secretary of Homeland Security, in coordination with the executive departments and agencies that provide Federal preparedness assistance, will establish an interagency effort to improve the provision of Federal preparedness assistance and provide recommendations to the President, through the Assistant to the President for Homeland Security and Counterterrorism, annually on improving the effectiveness of such assistance.

**Federal Preparedness**

The heads of all executive departments and agencies that have coordinating, primary or supporting responsibilities under one or more of the national planning frameworks will, consistent with their authorities, undertake actions to support the delivery of the resources and activities identified in support of achieving the core capabilities of the Goal, through the national preparedness system. Activities, including planning, teams, or equipment, that support the development, delivery, and sustainment of such capabilities should be reported to the Department of Homeland Security no less than annually for inclusion in the National Preparedness Report.

**Preparedness Research and Development**

The Secretary of Homeland Security will identify and incorporate national preparedness priorities into the Department of Homeland Security's research and development activities. This effort will be done in coordination with the Office of Science and Technology Policy (OSTP) in the Executive Office of the President and the heads of other appropriate executive departments and agencies and in consultation with State and local governments and first responders. These research and development needs include equipment and technology and should be based upon assessments of current and future threats and hazards, including the national-level risk assessment, and social science research for individual, organizational, and community preparedness and participation.

7

## 4. National Preparedness Report

**No later than March 30, 2012**, and annually thereafter, the Secretary of Homeland Security will submit to the appropriate committees of Congress and to the President, through the Assistant to the President for Homeland Security and Counterterrorism, an annual status report on the Nation's progress toward reaching the Goal. This report will be developed in coordination with the heads of executive departments and agencies with responsibilities under the national planning frameworks and in consultation with State, local, tribal, and territorial governments and private and nonprofit sector partners. The report will describe the current state of the Nation's level of preparedness for all hazards, including natural disasters, acts of terrorism, and other disasters.

The National Preparedness Report is intended to satisfy the reporting requirements described in the *Post-Katrina Act* and provide a summary of the progress being made toward developing and maintaining the performance objectives required to provide the core capabilities described in the Goal, including local and State readiness, the readiness of Federal civil resources, and the utilization of mutual aid. It may also include progress in the implementation efforts for national strategies; assessments of how Federal preparedness assistance supports the Goal; and the status of corrective actions and implementation of lessons learned from exercises and actual responses.

The heads of all executive departments and agencies that have coordinating, primary or supporting responsibilities under one or more of the national planning frameworks will, consistent with their authorities, undertake actions to support the National Preparedness Report. Department and agency heads will develop and maintain systems for objectively assessing the readiness of the resources that they are responsible for to carry out their responsibilities under the national planning frameworks, and will share information on their readiness annually for inclusion in the National Preparedness Report.

## 5. Roles and Responsibilities

### Policy Coordination

Policy coordination, dispute resolution, and periodic in-progress reviews for the development of the National Preparedness Goal and national preparedness system, including the national planning frameworks and national preparedness reports, will be provided in accordance with Presidential Policy Directive 1.

The Counterterrorism Security Group (CSG) Interagency Policy Committee (IPC) will provide policy coordination, dispute resolution, and periodic in-progress reviews for the development of national level performance objectives to achieve the Goal's core capabilities for prevention, as well as for the development of the National Prevention Framework.

8

The Transborder Security IPC will provide policy coordination, dispute resolution, and periodic in-progress reviews for the development of national-level performance objectives to achieve the Goal's core capabilities for protection, as well as for the development of the National Protection Framework.

The Domestic Resilience Group (DRG) IPC will provide policy coordination, dispute resolution, and periodic in-progress reviews for the development of national level performance objectives to achieve the Goal's core capabilities for mitigation, response and (in partnership with the Domestic Policy Council) recovery, as well as for the development of the National Mitigation Framework, National Response Framework, and National Disaster Recovery Framework.

Other IPCs may be assigned to deal with these, or any other, topics as appropriate.

**Lead Responsibilities**

The Attorney General, the Secretary of Homeland Security, and the Director of National Intelligence will coordinate the development of capabilities related to prevention, and the development of the National Prevention Framework and associated interagency operational plan.

The Secretary of Homeland Security will coordinate the development of capabilities related to protection (except for defense activities which are the responsibility of the Secretary of Defense), and the development of the National Protection Framework and associated interagency operational plan.

The Secretary of Homeland Security will coordinate the development of capabilities related to mitigation, and the development of the National Mitigation Framework and associated interagency operational plan.

The Secretary of Homeland Security will coordinate the development of capabilities related to response, and the ongoing development and revision of the National Response Framework and associated interagency operational plan. "Response" will not include capabilities related to law enforcement investigative and intelligence response to a threatened or actual terrorism event, which are covered under Prevention and in the National Prevention Framework. The prevention and response frameworks will include language describing how investigation and intelligence actions taken during a threatened or actual terrorism event align with response actions taken under the National Response Framework.

The Secretary of Homeland Security and the Secretary of Housing and Urban Development will coordinate the development of capabilities related to long-term recovery, and the development of the National Disaster Recovery Framework and associated interagency operational plan.

The Assistant to the President for Homeland Security and Counterterrorism shall periodically review progress toward achieving the National Preparedness Goal, including progress in synchronizing efforts across the national planning frameworks.

The FEMA Administrator is the principal advisor on emergency management to the President, the Homeland Security Council, and the Secretary of Homeland Security.

The Attorney General has jurisdiction over all criminal and terrorism matters in the United States related to "prevention" except where such responsibility has by statute or otherwise been exclusively assigned to another agency.

Nothing in this implementation plan will limit the authority of the Secretary of State to conduct the diplomacy and foreign policy of the United States or to employ crisis management authorities and resources pertaining to events, incidents or programs outside of the United States.

Nothing in this implementation plan will limit the authority of the Director of National Intelligence with regard to the direction, conduct, control, planning, organization, equipment, training, exercises, or other activities concerning planning and execution of counterterrorism activities and integration of terrorism-related intelligence.

Nothing in this implementation plan will limit the authority of the Secretary of Homeland Security to enforce laws under DHS jurisdiction and to act as the focal point regarding natural and manmade crises and emergency planning.

**External Engagement**

The development of the National Preparedness Goal and national preparedness system will be completed through a collaborative process, to the greatest extent possible, to enable external partners, including State, local, tribal, and territorial governments, the private and nonprofit sectors, and the public, to provide substantive feedback and input throughout the process.

*Conclusion*

This implementation plan is intended to improve the internal management of the executive branch of the Federal Government, and it is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity, against the United States, its departments, agencies, or other entities, its officers or employees, or any other person.

The Secretary of Homeland Security will provide the Goal and its associated guidelines on core capabilities and associated performance objectives to the appropriate committees of the Congress and to the States in accordance with the timelines specified below.

*Timelines*

| | |
|---|---|
| September 25, 2011 | First edition of the National Preparedness Goal due |
| November 24, 2011 | Description of the national preparedness system due |
| March 30, 2012 | First National Preparedness Report due |
| June 30, 2012 | First edition of the national planning frameworks due |
| September 25, 2012 | First edition of interagency operational plans due |

*Additional Definitions*

For the purpose of this implementation plan:

(a)  The terms "coordinate" and "in coordination with" denote a consensus decision-making process in which the named coordinating department or agency is responsible for working with affected departments and agencies to achieve a consistent course of action.

(b)  The terms "core capabilities" and "capabilities" are used here interchangeably and refer to the list of capabilities to be developed for inclusion within the National Preparedness Goal.

(c)  The terms "all-of-Nation" and "whole community" are used here interchangeably and refer to enabling the participation of a wider range of players from the private and nonprofit sectors, including nongovernmental organizations, and the general public, in order to foster better coordination and working relationships.

(d) The term "Federal preparedness assistance" refers to Federal department and agency grants, cooperative agreements, loans, loan guarantees, training, and/or technical assistance provided to State, local, tribal, and territorial governments and the private and nonprofit sectors to prevent, protect against, mitigate the effects of, prepare for, respond to, and recover from terrorist attacks, major disasters, and other emergencies.

000108

DRAFT – PRE-DECISIONAL

## Strategic National-level Risk Assessment (SNRA):  Terms of Reference

### I.   Policy Mandate

The Presidential Policy Directive - 8 (PPD-8) Implementation Plan mandates, as part of the development of the National Preparedness Goal (NPG), that "The Secretary of Homeland Security shall conduct a strategic, national-level risk assessment[1] to identify the relevant risk factors that guide where core capabilities are needed and develop a list of the capabilities and associated performance objectives for all threats and hazards that will measure progress toward their achievement."  This document describes how the PPD-8 Implementation Team intends to meet that requirement.

### II.  Decision Statement

The Strategic National-level Risk Assessment (SNRA) will support the identification of core capabilities necessary for National preparedness and decisions as to what level, and against what considerations, those capabilities are needed.

### III.  Scope

The SNRA will focus on those threats and hazards identified in PPD-8, considering the range of natural hazards (including (b)(5)     , potential industrial accidents, and acts of terrorism, including (b)(5)                     ).[2]  It will be designed to assess the risks of those events and incidents which create consequences that rise to a strategic, national level of impact.[3]

The assessment will focus on estimating risk[4] over the next three to five years, in support of the overall need to take a future-oriented look at core capability development.  In doing so, the assessment may also qualitatively identify future trends, drivers, and conditions that may impact homeland security preparedness needs beyond the five year period.

### IV.  Timeframe

The initial SNRA will be conducted over a four-week period.  The results of the initial assessment will be used to help refine core capabilities for the publication of the NPG on September 25, 2011.  The SNRA will be designed to support the follow-on execution of a more detailed national-level risk assessment to be conducted as part of the National Preparedness System (NPS) in FY 2012, and will also be designed to support integration with regional, State, and local risk assessments.

### V.  Execution Elements

The Secretary of Homeland Security has the lead for conducting the SNRA.  The Federal Emergency Management Agency and National Protection and Programs Directorate will provide leadership on the execution of the assessment on the Secretary's behalf, in coordination with DHS Office of Intelligence & Analysis (I&A) and DHS Office of Policy and other involved parties.  The Director of National Intelligence will facilitate coordination across the intelligence community and, in coordination with the Attorney General, engage the law enforcement community to provide all relevant and appropriate terrorism-related intelligence information for the development of the risk assessment.  The FBI will serve as the primary interface for purpose of conducting the risk assessment on behalf of the Attorney General.  Other Departments and Agencies will provide information, analysis, and expertise to support the conduct of the SNRA as required. Additional members of the homeland security community (i.e appropriate State, local, tribal, territorial officials as well as private sector and non-governmental organizations) will be engaged during the conduct of the SNRA consistent with overall PPD-8

(b)(5)

implementation.  To support execution of this risk assessment, threat- and hazard-specific sub-groups will be established to gather risk information and provide risk judgments as part of the overall assessment, consistent with the following figure.



**Figure 1:  Structure of SNRA Execution**

A key requirement for execution is to leverage existing risk assessments as well as other relevant analysis.  As such, all participating parties will provide results and details on the execution of relevant assessments. [5]

### VI.  Proposed Approach

The SNRA will likely be based on a methodology where risk is estimated as a function of the expected frequency of an incident occurring and the consequences associated with those incidents that do occur.  In the case of terrorism, frequency will be estimated as a function of the known and anticipated intent and capability of adversaries as well as existing vulnerabilities.  It will follow a seven-step approach:

- **Step 1 – Agree upon Terms of Reference (ToR) and Kickoff SNRA.**  This ToR will be vetted and agreed upon by the leadership of key execution elements, identified herein.

- **Step 2 – Set Consequence Thresholds and Identify Threats and Hazards of Concern.**  The SNRA will evaluate the risks of incidents that have the potential to cause national-level impacts.  It will be important to define a threshold of consequences that rise to national-level impacts, and execute the SNRA only for those incidents that exceed the defined thresholds.

- **Step 3 – Develop "Units of Analysis," and Risk Assessment Methodology/Model.**  The "units of analysis" for which risk will be assessed (e.g., scenarios, capabilities, etc.) will be determined based on identified threats and hazards consistent with the scope of the NPG, as well as previously conducted risk assessments.  An appropriate methodology/model for evaluating risk for the identified units of analysis will be developed.

- **Step 4 – Research Existing Analysis and Assessments and Produce Risk Summary Sheets.**  Existing analysis and assessments will be reviewed around all threats and hazards that are within the assessment's scope.  Based on that analysis, the SNRA team will generate scenario "summary sheets" which provide common information on what is known about the potential incidents.

- **Step 5 – Populate and Execute the Methodology/Model Using the Gathered Data and Subject Matter Expertise.**  The risk summary sheets, along with input from SMEs, will be used to populate and execute the model. The SNRA team will then analyze the outputs of the methodology and produce findings to inform the NPG.

- **Step 6 – Conduct Synthesis Sessions.**  Using the outputs of the risk model, "synthesis" sessions will be conducted to allow for integration of the assessed risks across different threats and hazards and additional input from PPD-8 stakeholders.  The aim of the synthesis sessions will be to produce defensible, comparative SNRA findings that reflect both model outputs, and perspectives from SMEs and key national preparedness leaders.

- **Step 7 – Document Assessment results.**  The results will be included as part of the NPG.

### VII. End State

(b)(5)

DRAFT – PRE-DECISIONAL

The end state of the SNRA will be a comparative assessment of the risk of an identified set of high-consequence threat and hazard scenarios that supports analysis of the core capabilities necessary for National Preparedness to allow for a more robust NPG.

# Strategic National Risk Assessment 2015

*Technical Appendix*
*May 2015*


Homeland Security

**PRE-DECISIONAL DRAFT**

~~NOT FOR PUBLIC DISTRIBUTION~~
~~OR RELEASE~~

# Table of Contents

**Section 1: New & Updated National-Level Risks in 2015** .................................................. 1

**Section 2: Limitations of the Analytical Approach** ......................................................... 3

**Section 3: Thresholds in the SNRA** ................................................................................... 5

   2011 SNRA Thresholds ........................................................................................................ 5

   2015 SNRA Thresholds (new or changed) ........................................................................ 6

**Section 4: Data Sources in the SNRA** ............................................................................... 7

**Section 5: Analysis & Detailed Findings** ......................................................................... 9

   Analytic Approach ............................................................................................................... 9

   Detailed Findings ............................................................................................................... 13

   Frequency Chart ................................................................................................................. 28

**Section 6: New and/or Updated Risk Summary Sheets** ................................................ 31

........................................................................................................................................ 31

........................................................................................................................................ 33

........................................................................................................................................ 49

........................................................................................................................................ 73

........................................................................................................................................ 91

........................................................................................................................................ 129

........................................................................................................................................ 145

........................................................................................................................................ 161

........................................................................................................................................ 173

........................................................................................................................................ 187

........................................................................................................................................ 199

........................................................................................................................................ 207

........................................................................................................................................ 225

**Section 7: SNRA Data Summary** ..................................................................................... 233

**Supplement: SNRA 2011 Unclassified Documentation of Findings** ........................... 235

(b)(5)

*Strategic National Risk Assessment*

# Section 1: New & Updated National-Level Risks in 2015

In 2015, SNRA partners reviewed the publicly disseminated findings from the 2011 SNRA for accuracy and relevancy. The review focused on updating data for existing threats and hazards, which would change 2011 findings; and identifying new national-level risks. The list of updated and new risks identified by SNRA partners in 2015 is listed in Table 1 below.

**Table 1: New and Updated National-Level Risks for 2015**



(b)(5)

| Quantitatively Assessed Threats and Hazards | Qualitative Narratives Supporting Threat and Hazard Identification |
|---|---|
|  |  |

The SNRA project team and partners implemented a similar methodology as the SNRA development in 2011. The SNRA project team analyzed quantitative data to update existing threat and hazard data and associated 2011 SNRA findings, and qualitatively identified new threats and hazards.

To accomplish the 2015 SNRA, the project team conducted research and analysis on data sets, including the National Preparedness Reports and associated data calls; Threat and Hazard Identification and Risk Assessment data, and other data sets as appropriate. This enabled SNRA partners to develop a baseline understanding of which national-level threats and hazards pose the greatest concern to the nation.

*Strategic National Risk Assessment*

# Section 2: Limitations of the Analytical Approach

(b)(5)

*Strategic National Risk Assessment*

(b)(5)



**SNRA 2015 Pre-Decisional Draft**

# Section 3: Thresholds in the SNRA

To inform homeland security preparedness and resilience activities, the SNRA evaluated the risk from known threats and hazards that have the potential to significantly impact the Nation's homeland security. These included natural hazards, technological/accidental hazards, and adversarial, human-caused threats/hazards.

For assessment in the initial SNRA, participating stakeholders – including Federal agencies, DHS Components, and the intelligence community, among others – developed these threats and hazards into a list of *national-level events* having the potential to test the Nation's preparedness.

For the purposes of the assessment, DHS analysts identified thresholds of consequence necessary to create a national-level event. These thresholds were informed by subject matter expertise and available data, and are provided below.

The selection of appropriate thresholds for each event was among the most significant challenges for the SNRA project.

- As the Nation's preparedness may be challenged by events having impacts across any or all of the consequence categories of the SNRA, it is not possible to identify any one generic consequence threshold capable of adequately capturing this distinction for all the hazards in the SNRA.

- Wherever possible, common thresholds across multiple events were sought to minimize the total number of different threshold criteria needed to define the set of national-level events as a whole. However, the unique impacts of each event, and in many cases data availability, precluded the assignment of every event to a larger, harmonized-threshold class.

Since there is no one objective or context-independent answer to this question, these determinations ultimately came down to the best, but human, judgment of the SNRA project team.

- For some events, economic consequences were used as thresholds. For others, fatalities or injuries/illnesses were deemed more appropriate as the threshold to determine a national-level incident.

- In no case, however, were economic and casualty thresholds treated as equivalent to one another (i.e., dollar values were not assigned to fatalities).

Event descriptions in Tables 1-3 of the *2015 SNRA Findings* that do not explicitly identify a threshold signify that no minimum consequence threshold was employed.

(b)(5)

## 2011 SNRA Thresholds

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

## 2015 SNRA Thresholds (new or changed)

(b)(5)

**SNRA 2015 Pre-Decisional Draft**

# Section 4: Data Sources in the SNRA

The SNRA project team used the data sources presented in Table 2 below during the development of the 2011 SNRA, and the update in 2015.

**Table 2: SNRA Data Sources**

(b)(5)

| Threat/Hazard | Frequency | Fatalities and Injuries/Illnesses | Direct Economic Loss | Social Displacement |
|---|---|---|---|---|



*Strategic National Risk Assessment*



(b)(5)

| Threat/Hazard | Frequency | Fatalities and Injuries/Illnesses | Direct Economic Loss | Social Displacement |
|---|---|---|---|---|
| | | | | |

(b)(5)

| Impact Type | Impact Specific Subject Matter Expert Data Sources (All Provided 2011) |
|---|---|
| | |

(b)(5)

**SNRA 2015 Pre-decisional Draft**

# Section 5: Analysis & Detailed Findings

## Analytic Approach

The quantitative analysis of the SNRA drew data and information from a variety of sources, including existing U.S. Government models and assessments, historical records, structured analysis, and judgments of experts from different disciplines. The information was used to assess the risk of identified incidents as a function of frequency[3] and impacts. More specifically, the SNRA asks:

- With what frequency is it estimated that an event will occur?
- What are the impacts of the event(s) if it does occur?

The SNRA examined the risks associated with six categories of harm: loss of life, injuries and illnesses, direct economic costs, social displacement, psychological distress, and environmental impact. Each impact, when combined with the frequency of the national-level event, produces a different type of risk, such as fatality risk, injury and illness risk, and direct economic risk. This multi-faceted view of potential impacts draws attention to the broad and often interdependent effects of incidents that require whole-of-community preparation and cooperation across the homeland security enterprise. For instance, community resilience relates to both mitigating human and economic impacts and addressing the psychological and social distress caused by the incident within the community. Similarly, other types of resilience involve withstanding environmental and infrastructure degradations to ensure essential services continue to be delivered.

The SNRA relied on the best available quantitative estimates of frequency and impacts from existing Government models and assessments, peer-reviewed literature, and expert judgment. Where sufficient quantitative information was not available or additional research is warranted, events were assessed semi-quantitatively or qualitatively. The estimates of the frequency and impacts for each of the events were compared where appropriate.

The SNRA used the following approaches to estimate frequency and impact:

### Frequency

In order to apply a consistent methodology across all SNRA event types, frequency was selected as a metric for the likelihood of event occurrence. Frequency was estimated as the potential number of occurrences or attacks, per year, which met or exceeded the established threshold[4] for the event. For the majority of events, frequency estimates were based on statistical analysis of historic data, or directly from historical data where extensive records were available.[5] For the 2015 SNRA, these included

(b)(5)

(b)(5)

## Fatalities

For events that have occurred in the past, the expected number of fatalities was estimated primarily from the historical record. For events that have never occurred (primarily in terrorism), impacts were estimated using data from previous government risk assessments, which rely on models and simulations.

## Injuries and Illnesses

Injuries and illnesses were estimated similarly to fatalities. However, this category mixed permanent debilitating injuries (such as those resulting from chemical accidents) with temporary illnesses (such as those resulting from pandemic influenza). Therefore, the injury and illness impacts should be considered in context with the types of injuries and illnesses likely to result from each hazard.

## Direct Economic Loss

Direct economic losses were estimated similarly to fatalities. Direct economic losses were defined to include decontamination, disposal, and physical destruction costs, lost spending due to fatalities, medical costs, and business interruptions. Due to constraints on the time available to execute the SNRA and the community's lack of a broadly agreed upon method for calculating indirect and induced economic impacts, these impacts, which are often larger than direct losses, are not included in this assessment.

Attempts were made to assess direct economic losses as comparably as possible across the range of event types in the SNRA; however, data availability made this challenging. The comparability of economic impact estimates in the SNRA is an important area for future study.

## Social Displacement

The number of people forced to leave their home for a period of two days or longer was used as a measure of social displacement. Estimates of displacement were obtained from open source social science literature and emergency management databases for historical events and from relevant models for events with limited historic precedence. The measure of social displacement used in the SNRA does not capture the significant differences between short-term evacuation and long-term permanent relocation, which is a limitation of the current analysis.

(b)(5)



## Psychological Distress

Experts in the psychosocial impacts of disasters consulted for the SNRA recommended that significant and/or prolonged psychological distress caused by national-level events would be the most meaningful psychological metric for strategic capabilities planning and national preparedness.  These experts recommended a methodology to assess significant distress which reflected empirical findings indicating that the psychological impacts of a disaster may follow from the other types of impacts being assessed in the SNRA.  Specifically, the experts recommended a consequence index which was a function of the SNRA estimates for deaths, injuries, and displacement related to each national-level event.  This approach represents the first attempt to include psychological impacts in a DHS strategic, national-level risk assessment.  Additional analysis is required to verify and validate the approach used, and experts consulted about psychological impacts emphasized caution in the application of the SNRA's measure of psychological distress and the need for additional research.

## Environmental Impact

For the purposes of the SNRA, environmental risk was defined as the potential for adverse effects on living organisms associated with pollution of the environment by effluents, emissions, wastes, or accidental chemical releases; energy use; or the depletion of natural resources.  Environmental effects within urban areas and all human health effects were not included within the scope of this environmental risk assessment, because these impacts were already addressed separately in the other impact analyses for the SNRA.  In 2011, an *ad hoc* group of experts from the Environmental Protection Agency (EPA) judged the relative environmental impact of each national-level event by selecting one of four categories of severity: *de minimus* (or minimal), low, moderate, and high.  In doing so, the experts considered the areal extent of the impact, the potential for adverse impacts, and the severity of adverse impacts.

## Documentation

All sources and estimates were documented to promote credibility, defensibility, and transparency within the assessment.  Additional information on data sources and methods for frequency and impacts is available in the footnotes and data sources section of this appendix, and in the methodology appendices to the SNRA 2011 Unclassified Documentation of Findings.

(b)(5)



## Detailed Findings



(b)(5)

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

**SNRA 2015 Pre-decisional Draft**

(b)(5)

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

**SNRA 2015 Pre-decisional Draft**

(b)(5)

(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)





(b)(5)

## Frequency Chart

The following chart is intended to provide additional threat and hazard specific context, identifying frequency ranges utilized by the SNRA. As frequency is a conceptually more abstract concept than fatalities, injuries, or persons displaced, a presentation of frequencies in a chart by themselves may make them substantially easier to grasp for many readers.

The length of each bar denotes the range between the Low and High estimates, or the amount of uncertainty surrounding the Best Estimate. The vertical slide marker on each bar denotes that Best Estimate.

In order to apply a consistent methodology across all SNRA event types, frequency was selected as a metric for the likelihood of event occurrence. Frequency was estimated as the potential number of occurrences or attacks, per year, which met or exceeded the established threshold for the event.

(b)(5)

(b)(5)

(b)(5)

(b)(5)

## Detailed Findings



*Strategic National Risk Assessment*

# Section 6: New and/or Updated Risk Summary Sheets

## Contents

For each national-level event, the research, assumptions, and data which were used to produce the low, best, and high estimates of likelihood and measures of impact were documented in an event-specific risk summary sheet by the SNRA project team.  Summary sheets with common reporting formats to document staff research and analysis of individual hazards have been used by past comparative risk assessments, in part because of their utility in guiding research efforts to identify data capable of being expressed in terms of a predetermined set of measures designed to be comparable across all events.[30]

These risk summary sheets share a standardized data table format to facilitate the comparability and harmonization of estimates across diverse events.  This table specifies the categories, types, and metrics which are to be used to measure likelihood and each type of impact.



(b)(5)

*Strategic National Risk Assessment*

(b)(5)

(b)(5)



(b)(5)

(b)(5)

(b)(5)



(b)(5)

*Strategic National Risk Assessment*



*Strategic National Risk Assessment*

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

*Strategic National Risk Assessment*



(b)(5)



(b)(5)

(b)(5)

## References



(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)





(b)(5)

(b)(5)

*Strategic National Risk Assessment*



(b)(5)

*Strategic National Risk Assessment*



(b)(5)





(b)(5)

*Strategic National Risk Assessment*



(b)(5)

(b)(5)

*Strategic National Risk Assessment*



(b)(5)

*Strategic National Risk Assessment*





(b)(5)

*Strategic National Risk Assessment*

(b)(5)

## References

(b)(5)

*Strategic National Risk Assessment*



(b)(5)

(b)(5)

*Strategic National Risk Assessment*



(b)(5)

(b)(5)

**SNRA 2015 Pre-decisional Draft**

*Strategic National Risk Assessment*

(b)(5)

(b)(5)



*Strategic National Risk Assessment*

(b)(5)

(b)(5)

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

000192

(b)(5)

(b)(5)



*Strategic National Risk Assessment*

(b)(5)

## References/Bibliography



(b)(5)

(b)(5)



*Strategic National Risk Assessment*

(b)(5)

(b)(5)

## References Not Cited

(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

## Additional Relevant Information

(b)(5)



(b)(5)

(b)(5)

*Strategic National Risk Assessment*



000208

(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

(b)(5)



(b)(5)



(b)(5)

*Strategic National Risk Assessment*



(b)(5)



(b)(5)

(b)(5)



(b)(5)

*Strategic National Risk Assessment*

**SNRA 2015 Pre-decisional Draft**

(b)(5)

*Strategic National Risk Assessment*



(b)(5)

(b)(5)

*Strategic National Risk Assessment*





## Additional Relevant Information

*Strategic National Risk Assessment*

(b)(5)

## References/Bibliography

(b)(5)



*Strategic National Risk Assessment*

(b)(5)

(b)(5)

(b)(5)

## References not Cited

(b)(5)

(b)(5)

(b)(5)

(b)(5)



*Strategic National Risk Assessment*

(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)



*Strategic National Risk Assessment*



(b)(5)



(b)(5)

*Strategic National Risk Assessment*

[326] Earth Liberation Front/ Animal Liberation Front.
[327] Animal rights extremists (suspected).

**SNRA 2015 Pre-decisional Draft**

(b)(5)



(b)(5)

(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)

*Strategic National Risk Assessment*



(b)(5)

(b)(5)

## References/Bibliography



*Strategic National Risk Assessment*

(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

**SNRA 2015 Pre-decisional Draft**

(b)(5)





*Strategic National Risk Assessment*



(b)(5)

## Additional Relevant Information



*Strategic National Risk Assessment*

(b)(5)

*Strategic National Risk Assessment*



*Strategic National Risk Assessment*

(b)(5)



(b)(5)

(b)(5)

*Strategic National Risk Assessment*



(b)(5)

(b)(5)



*Strategic National Risk Assessment*

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

## Additional Relevant Information

(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

*Strategic National Risk Assessment*



(b)(5)

(b)(5)

*Strategic National Risk Assessment*



**SNRA 2015 Pre-decisional Draft**

(b)(5)



*Strategic National Risk Assessment*



(b)(5)

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

*Strategic National Risk Assessment*



(b)(5)



(b)(5)



*Strategic National Risk Assessment*

(b)(5)

(b)(5)

SNRA 2015 Pre-decisional Draft

Strategic National Risk Assessment

*Strategic National Risk Assessment*



(b)(5)



*Strategic National Risk Assessment*



(b)(5)

(b)(5)

(b)(5)

(b)(5)

*Strategic National Risk Assessment*





(b)(5)

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

**SNRA 2015 Pre-decisional Draft**

(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

(b)(5)

(b)(5)

(b)(5)



(b)(5)

*Strategic National Risk Assessment*



(b)(5)

*Strategic National Risk Assessment*

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

(b)(5)





*Strategic National Risk Assessment*

*Strategic National Risk Assessment*



(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)



(b)(5)



(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)

(b)(5)

210



Strategic National Risk Assessment

SNRA 2015 Pre-decisional Draft

(b)(5)

SNRA 2015 Pre-decisional Draft

211

Strategic National Risk Assessment

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)

*Strategic National Risk Assessment*



*Strategic National Risk Assessment*



(b)(5)

(b)(5)

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

(b)(5)

*Strategic National Risk Assessment*

(b)(5)

(b)(5)



(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)



*Strategic National Risk Assessment*





(b)(5)



*Strategic National Risk Assessment*

# Strategic National Risk Assessment

Supplement:
SNRA 2011 Unclassified Documentation of Findings



Homeland
Security

**PRE-DECISIONAL DRAFT**

~~NOT FOR PUBLIC DISTRIBUTION~~
~~OR RELEASE~~

## Errata/Changelist from PPD-8 Review Draft 28 January 2015

The draft SNRA 2011 Unclassified Documentation of Findings was circulated to the PPD-8 Implementation Team and other PPD-8 partners as supporting documentation for the SNRA 2011 public findings, which were the focus of the substantive revision work of the SNRA 2015 project. The period for substantive review of the 2011 findings by PPD-8 partners also served as the period for review of the 2011 Unclassified Documentation of Findings for factual accuracy, as historical documentation of the 2011 assessment, by 2011 project contributors. These factual corrections were incorporated into this final unclassified documentation of the 2011 SNRA. At the end of May 2015, this document comprises part of the full documentation of the 2015 SNRA which informed the 2015 revision of the National Preparedness Goal. A single SNRA technical report integrating the substantive updates and revisions of the 2015 SNRA project with the unchanged 2011 material is in preparation.

(b)(5)



| Original | Current | Errata/Corrigenda |
|----------|---------|-------------------|

(b)(5)

# Unclassified Documentation of Findings

# Strategic National Risk Assessment 2011
# Introduction to the Technical Report

*The SNRA was executed by the DHS National Protection and Programs Directorate (DHS/NPPD) Office of Risk Management and Analysis (RMA) in calendar year 2011.*

The Strategic National Risk Assessment (SNRA) was coordinated by the Federal Emergency Management Agency (FEMA) Program Executive Office (PEO) on behalf of the Secretary of Homeland Security in support of Presidential Policy Directive/PPD-8. Representatives of the Director of National Intelligence and the Attorney General, as well as other members of the Federal interagency, supported this effort.

This report documents the technical approach and findings from the SNRA. The methodology, event-specific data and assumptions used to generate frequency, consequence and risk estimates have not yet undergone formal review. As such, all findings reported here should be considered provisional. The use of Federal interagency data sources or subject matter expertise should not be interpreted as reflecting formal concurrence from participating agencies.

It is important to note that the SNRA is a *strategic national* risk assessment. As such, it does not present a full view of the risk facing local communities. To fully support preparedness planning, it is necessary to both consider national and regional risks, many of which differ from region to region. The SNRA Technical Report is best used as one of many strategic-level inputs to planning and risk management activities.

Inquiries about PPD-8 should be directed to FEMA via email at PPD8-NationalPreparedness @fema.dhs.gov.

Cover image courtesy of the NASA's Visible Earth Project. Data and image by the NASA Goddard Space Flight Center and NOAA National Geophysical Data Center.

# Contents

## Report

Executive Summary .......................................................................................... 242
Overview .......................................................................................................... 247
Strategic National Risk Assessment Scope ........................................................ 248
Analytic Approach .......................................................................................... 249
    Measures of Risk .......................................................................................... 249
    Interpretation of SNRA Results .................................................................... 253
Findings .......................................................................................................... 255
    ............................................................................................................... 255
    ............................................................................................................... 256
    ............................................................................................................... 258
    ............................................................................................................... 258
    ............................................................................................................... 260
    ............................................................................................................... 261
    ............................................................................................................... 263
    ............................................................................................................... 264
    ............................................................................................................... 265
    ............................................................................................................... 267
Risk Information by Hazard Area ...................................................................... 269
    ............................................................................................................... 269
    ............................................................................................................... 269
    ............................................................................................................... 269
    ............................................................................................................... 270
    ............................................................................................................... 271
    ............................................................................................................... 272
    ............................................................................................................... 272
    ............................................................................................................... 272
    ............................................................................................................... 273
    ............................................................................................................... 273
    ............................................................................................................... 276
    ............................................................................................................... 277
    ............................................................................................................... 277
    ............................................................................................................... 277
    ............................................................................................................... 278
    ............................................................................................................... 279
    ............................................................................................................... 280
    ............................................................................................................... 280
    ............................................................................................................... 281
    ............................................................................................................... 282
    ............................................................................................................... 282
    ............................................................................................................... 283
    ............................................................................................................... 284
    ............................................................................................................... 285
    ............................................................................................................... 285
    ............................................................................................................... 286
    ............................................................................................................... 287
    ............................................................................................................... 287
    ............................................................................................................... 288
    ............................................................................................................... 288
Impacts and Future Uses .................................................................................. 289

## Reference Appendices

    ............................................................................................................... 295
    ............................................................................................................... 298
    ............................................................................................................... 306
    ............................................................................................................... 313
    ............................................................................................................... 320
    ............................................................................................................... 328
    ............................................................................................................... 335
    ............................................................................................................... 342
    ............................................................................................................... 347
    ............................................................................................................... 355
    ............................................................................................................... 419
    ............................................................................................................... 424
    ............................................................................................................... 429
    ............................................................................................................... 434
    ............................................................................................................... 436
    ............................................................................................................... 443

(b)(5)

(b)(5)

(b)(5)



# EXECUTIVE SUMMARY

This report highlights unclassified findings from the Strategic National Risk Assessment (SNRA) and provides technical documentation of its data sources and methodology.

- The SNRA was executed in support of Presidential Policy Directive/PPD-8, which called for national preparedness to be based on core capabilities that support "strengthening the security and resilience of the United States through systematic preparation for the threats that pose the greatest risk to the security of the Nation, including acts of terrorism, cyber attacks, pandemics, and catastrophic natural disasters."

- Given PPD-8's emphasis on contingency events with defined beginning and endpoints (e.g. hurricanes, terrorist attacks), the SNRA does not explicitly assess persistent, steady-state risks such as border violations, illegal immigration, and drug trafficking, which are also important considerations for DHS and the homeland security enterprise.

Classified findings regarding the adversarial events, and more significantly the comparative findings for the set of SNRA national-level events as a whole, are not provided in the following pages.  For these findings, please see the full (classified) SNRA Technical Report.[1]

## *Analytic Approach*

The SNRA methodology is built on the estimation of frequencies and consequences of a set of national-level events with the potential to test the Nation's preparedness and responds specifically to the question: *With what frequency is it estimated that an event will occur and what are the consequences of an event if it does occur?*  Annualized loss estimates, constructed by multiplying these estimates of frequency and consequence, are used as a measure of risk.

## *Key Findings*

The assessment finds that a wide range of threats and hazards pose a significant risk to the Nation, affirming the need for an all-threats/hazards, capability-based approach to preparedness planning.

- Many events are estimated to have the potential to happen more than once every 10 years, meaning that it is likely that the Nation's preparedness will be tested in this decade.

(b)(5)

Of the natural hazard and accidental events, as shown in Table 1 below, two national-level events in the SNRA stand out for their generally high risk profiles across many consequence categories.

There is a substantial amount of uncertainty concerning the likelihood, and in some cases the consequences, of the threats and hazards examined in the SNRA.

(b)(5)

(b)(5)

(b)(5)
(b)(5)

Critical areas for future study in the SNRA include the risk associated with [                    ]
[                    ]. Data, modeling, and resource limitations prevented the risk of these events from being assessed quantitatively in the SNRA.

## Impacts and Future Uses

The SNRA was executed in support of PPD-8 implementation and served as an integral part of the development of the 2011 National Preparedness Goal, assisting in integrating and coordinating identification of the core capabilities and establishing a risk-informed foundation for the National Preparedness System.

The SNRA provides an understanding of the risks that pose the greatest challenge to the Nation's security and resilience.  This understanding is crucial for preparedness planning and prioritization. It enables:

- A shared understanding of the potential incidents for which communities should prepare

- A prioritization of the incidents that may pose the greatest negative impact to communities and thus require preparedness

- The evaluation of needed capabilities, and capability levels across all five focus areas: Prevention, Protection, Mitigation, Response, and Recovery.

The results of the SNRA can also assist with a wide range of efforts which are crucial to execute the Preparedness Cycle in support of the National Preparedness System, including planning, organizing and equipping, training, exercises, and evaluation.

Although the development of the SNRA is an important first step, further analysis through the conduct of regional- and community-level risk assessments will help communities better understand their risks and form a foundation for their own security and resilience.  In conjunction with Federal, state, and local partners, the SNRA will continue to be expanded and enhanced, and will ultimately serve as a unifying national risk profile to facilitate preparedness efforts.

(b)(5)





(b)(5)

000360

## OVERVIEW

The Strategic National Risk Assessment (SNRA) was executed in support of Presidential Policy Directive 8 (PPD-8), which calls for creation of a National Preparedness Goal, a National Preparedness System, and a National Preparedness Report. Specifically, national preparedness is to be based on core capabilities that support "strengthening the security and resilience of the United States through systematic preparation for the threats that pose the greatest risk[4] to the security of the Nation, including acts of terrorism, cyber attacks, pandemics, and catastrophic natural disasters."

As part of the effort to develop the National Preparedness Goal and identify core capabilities, the Secretary of Homeland Security led an effort to conduct a strategic national risk assessment to help identify the types of incidents that pose the greatest threat to the Nation's homeland security. Representatives from the offices of the Director of National Intelligence and the Attorney General, as well as other members of the Federal interagency, supported this effort. The assessment was used:

- To identify high risk factors that supported development of the core capabilities and capability targets in the National Preparedness Goal;

- To support the development of collaborative thinking about strategic needs across prevention, protection, mitigation, response, and recovery requirements; and

- To promote the ability for all levels of Government to share common understanding and awareness of National threats and hazards and resulting risks so that they are ready to act and can do so independently but collaboratively.

The subsequent pages provide an overview of the findings and the analytic approach used to conduct the SNRA. It should be emphasized, however, that although the initial version of the SNRA is a significant step toward the establishment of a new homeland security risk baseline, it contains data limitations and assumptions that will require additional study, review, and revision as the National Preparedness System is developed. These limitations are discussed below, and future iterations of the assessment are expected to reflect an enhanced methodology and improved data sets.

Classified findings regarding the adversarial events, and more significantly the comparative findings for the set of SNRA national-level events as a whole, are not provided in the following pages. For these findings, please see the full (classified) SNRA Technical Report.[5]



(b)(5)

## STRATEGIC NATIONAL RISK ASSESSMENT SCOPE

To inform homeland security preparedness and resilience activities, the SNRA evaluated the risk from known threats and hazards that have the potential to significantly impact the Nation's homeland security. These threats and hazards were grouped into a series of national-level events with the potential to test the Nation's preparedness.

SNRA participants – including Federal agencies, DHS Components, and the intelligence community, among others – developed a list of national-level events (Table 2 above) for assessment in the initial SNRA. The events are grouped into three categories: 1) natural hazards; 2) technological/ accidental hazards; and 3) adversarial, human-caused threats/hazards.

For the purposes of the assessment, DHS analysts identified thresholds of consequence necessary to create a national-level event. These thresholds were informed by subject matter expertise and available data, and are shown in Table 2 of this report.

- For some events, economic consequences were used as thresholds, while for others, fatalities or injuries/illnesses were deemed more appropriate as the threshold to determine a national-level incident.

- In no case, however, were economic and casualty thresholds treated as equivalent to one another (i.e. dollar values were not assigned to fatalities).

Event descriptions in Table 2 that do not explicitly identify a threshold signify that no minimum consequence threshold was employed. This allows the assessment to include events for which the psychological impact of an event could cause it to become a national-level event even though it may result in a low number of casualties or a small economic loss.

(b)(5)

Only events having both a distinct beginning and end and an explicit nexus to homeland security missions were included. This approach excluded:

(b)(5)

The SNRA participants identified the 23 events listed in Table 2 as those with the potential to pose the greatest risk to the security of the Nation and formed the analytic basis of the SNRA. Table 2 is not a complete list of risks that exist and will be reconsidered in future iterations of the assessment.

## ANALYTIC APPROACH

The SNRA methodology is built on the estimation of frequencies[6] and consequences[7] of national-level events, specifically, *With what frequency is it estimated that an event will occur and what are the consequences of an event if it does occur?* Annualized loss estimates, constructed by multiplying these estimates of

> *Risk management is essential for homeland security leaders in prioritizing competing requirements and enabling comprehensive approaches to measure performance and detail progress.*
>
> *DHS Risk Management Fundamentals, 2011*

frequency and consequence, are a straightforward measure of risk.[8]  This annualized loss approach was chosen because it allowed a straightforward construction of risk for all events, even those for which minimal data existed.

### Measures of Risk

Homeland security hazards are dissimilar in important ways.  Some hazards, such as natural disasters, have a long historical record.  Others, including terrorist attacks, have a limited or nonexistent historical record and are initiated by adaptive adversaries who have the ability to respond to our defensive posture.  Still other hazards, such as technological accidents, may have been subject to multi-jurisdictional regulations aimed at risk reduction for many years, but are only recently being analyzed in the context of national preparedness.  In addition, these disparate types of hazards often have varied and unexpected consequences on society and security when they do occur.

Different consequences can result from homeland security hazards, including health and safety, economic, environmental, and social impacts.  Indeed, a recent National Research Council (NRC) Report[9] recommended that DHS risk assessments "should consider a full range of public health, safety, social, psychological, economic, political, and strategic outcomes."  An assessment using only some of these consequences (e.g., solely those easy to quantify) would not reflect the full impact on the U.S. and resulting comparisons across hazards would be biased and less informative.

The SNRA examined the risks associated with six categories of harm: loss of life, injuries and illnesses, direct economic costs,[10] social displacement, psychological distress, and environmental impact.  Each consequence, when combined with the frequency of the national-level event, produces a different type of risk, such as fatality risk, injury and illness risk, and direct economic risk.  This multi-faceted view of potential consequences draws attention to the broad and often interdependent effects of incidents that require whole-of-community preparation and cooperation across the homeland security enterprise.  For instance, community resilience relates to both mitigating human and economic consequences and addressing the psychological and social distress caused by the incident within the community.  Similarly, other types of resilience involve

(b)(5)

withstanding environmental and infrastructure degradations to ensure essential services continue to be delivered.

The NRC's Review recommended against aggregating these consequences (and risks) into a single metric in a strategic assessment that includes both terrorism and natural disasters, given the current capabilities of risk science. In accordance with the NRC's recommendation, the methodology reports each type of risk separately, as many strategic decisions can be informed without aggregation. Instead, the assessment treated consequence categories differently and allows stakeholders in the National Preparedness System to apply their own expert judgments to the findings and the implications of those findings on core capability targets.

(b)(5)

The SNRA relied on the best available quantitative estimates of frequency and consequences from existing Government models and assessments, peer-reviewed literature, and expert judgment. Where sufficient quantitative information was not available or additional research is warranted – such as data related to the frequency of high-consequence [＿＿＿＿] incidents – events were assessed semi-quantitatively or qualitatively. The estimates of the frequency and consequences for each of the events was compared where appropriate.

The SNRA used the following approaches to estimate frequency and consequence:

## Frequency

In order to apply a consistent methodology across all SNRA event types, frequency was selected as a metric for the likelihood of event occurrence. Frequency was estimated as the potential number of successful attacks (for adversarial/human-caused events) or potential number of occurrences (for natural and technological hazards), per year. Adversarial/human-caused frequencies were estimated primarily using elicitation from subject matter experts.[11] Estimates of natural and technological hazard frequencies were drawn heavily from the historical record.

Frequency ranges included in the SNRA for adversarial/human-caused events are estimates of the frequency of successful attacks. Where subject matter expert judgment was used to determine frequency of successful attacks, adversary intent and capability were considered implicitly by the experts, but were not explicitly quantified or characterized. Attack initiations may occur with higher frequency than the ranges provided.

## Fatalities

For events that have occurred in the past, the expected number of fatalities was estimated primarily from the historical record. For events that have never occurred (primarily in terrorism), consequences were estimated using data from previous government risk assessments, which rely on models and simulations.

(b)(5)

## *Injuries and Illnesses*

Injuries and illnesses were estimated similarly to fatalities. However, this category mixed permanent debilitating injuries (such as those resulting from chemical accidents) with temporary illnesses (such as those resulting from pandemic influenza). Therefore, the injury and illness consequences should be considered in context with the types of injuries and illnesses likely to result from each hazard.

## *Direct Economic Loss*

Direct economic losses were estimated similarly to fatalities. Direct economic losses were defined to include decontamination, disposal, and physical destruction costs, lost spending due to fatalities, medical costs, and business interruptions. Due to constraints on the time available to execute the SNRA and the community's lack of a broadly agreed upon method for calculating indirect and induced economic impacts, these impacts, which are often larger than direct losses, are not included in this assessment.

- Indirect economic impacts include costs incurred by the suppliers and vendors in the associated expenditure sectors for the industries impacted by the direct costs. Induced costs include those incurred due to reduced spending by households with members employed in any of the directly or indirectly affected industries.

- Induced costs can also include substitution effects or likely transfers of economic activity from one set of sectors to another set, such as avoidance of air or other travel or altered transportation mode preferences to other sectors following an attack on the commercial air transport sector.

(b)(5)

Attempts were made to assess direct economic losses as comparably as possible across the range of event types in the SNRA; however, data availability made this challenging.

The comparability of economic consequence estimates in the SNRA is an important area for future study.

## *Social Displacement*

The number of people forced to leave their home for a period of two days or longer was used as a measure of social displacement. Estimates of displacement were obtained from open source social science literature and emergency management databases for historical events and from relevant models for events with limited historic precedence. The measure of social displacement used in the

SNRA does not capture the significant differences between short-term evacuation and long-term permanent relocation, which is a limitation of the current analysis.

### Psychological Distress

Experts in the psychosocial impacts of disasters consulted for the SNRA recommended that *significant and/or prolonged psychological distress* caused by national-level events would be the most meaningful psychological metric for strategic capabilities planning and national preparedness. These experts recommended a methodology to assess significant distress which reflected empirical findings indicating that the psychological consequences of a disaster may follow from the other types of consequences being assessed in the SNRA.  Specifically, the experts recommended a consequence index[12] which was a function of the SNRA estimates for deaths, injuries, and displacement related to each national-level event.  This approach represents the first attempt to include psychological consequences in a DHS strategic, national-level risk assessment.  Additional analysis is required to verify and validate the approach used, and experts consulted about psychological consequences emphasized caution in the application of the SNRA's measure of psychological distress and the need for additional research.[13]

### Environmental Impact

For the purposes of the SNRA, environmental risk was defined as the potential for adverse effects on living organisms associated with pollution of the environment by effluents, emissions, wastes, or accidental chemical releases; energy use; or the depletion of natural resources.[14]  Environmental effects within urban areas and all human health effects were not included within the scope of this environmental risk assessment, because these impacts were already addressed separately in the other consequence analyses for the SNRA.  An *ad hoc* group of experts from the Environmental Protection Agency (EPA) judged the relative environmental impact of each national-level event by selecting one of four categories of severity: *de minimus* (or minimal), low, moderate, and high.  In doing so, the experts considered the areal extent of the impact, the potential for adverse consequences, and the severity of adverse consequences.[15]

### Documentation

All sources and estimates were documented to promote credibility, defensibility, and transparency within the assessment.  Additional information on data sources and methods for frequency and consequences is available in the appendices to this report.

(b)(5)



## Interpretation of SNRA Results

The targeted precision of the SNRA is an order-of-magnitude. The results of an order-of-magnitude estimate are intended to be accurate only within a factor of 10, a level of precision which is often sufficient to inform strategic decisions. Scientists and engineers often use order-of-magnitude estimates to quickly develop an understanding of the main factors and relationships in a system before undertaking a more detailed study. This level of precision is particularly appropriate to strategic all-hazard risk assessments, since the frequencies and consequences of the hazards considered differ by many orders-of-magnitude. In many cases, available information regarding a particular hazard was more precise than an order of magnitude, and this higher-fidelity information was retained in the SNRA.

Uncertainty in frequency and consequences was explicitly included in the analysis by representing low and high bounds in addition to the best estimates. Examples of sources of uncertainty include incomplete knowledge of adversary capabilities and intent, uncertainty in the effectiveness of countermeasures, variability in possible event severity and location, or lack of historical precedence.

The SNRA captures uncertainty in various ways, depending on the data source. For frequencies derived from the historical record, upper and lower bounds are estimated using the historic maximum number of occurrences per year and the longest time gap between historic occurrences. For frequencies derived from expert elicitation, the uncertainty is captured using structured techniques to determine the 5th and 95th percentile confidence intervals. For consequences derived from the historical record, upper and lower bounds are estimated from past events. For consequences derived from previous terrorism risk assessments, 5th and 95th percentile confidence intervals were estimated which take into account terrorist capabilities and preferences in weapon and target selection.

Given the uncertainty inherent in assessing risks at a national level and the lack of information about some of the events included, the SNRA was designed to avoid false precision. Instead, the assessment identifies only those differences in risk that are still significant despite the associated uncertainties. If a strategic decision depends on a precise separation of hazards of similar risk, a more detailed assessment would be needed.

Participants designed the SNRA to capture the best information the Nation has about homeland security risks to support the development of the National Preparedness Goal, while recognizing the limitations of conducting such analysis in a shortened time frame.

Limitations in addition to the ones discussed above include:

(b)(5)

- The SNRA is a *strategic* risk assessment. As such, it does not present a full view of the risk facing local communities. To fully support preparedness planning, it is necessary to both consider national and regional risks, many of which differ from region to region. Further, it is important to recognize that frequencies represent possible occurrences anywhere in the Nation and do not occur with equivalent frequency in any individual location.

- Only events having both a distinct beginning and end and an explicit nexus to homeland security missions were included. This approach excluded persistent, steady-state risks such as [                    ] which can represent a larger fraction of risk for individuals and communities than many events considered in the SNRA.

- The comparisons of relative risk between hazard events in the following pages and charts do not include many risks which meet the above criteria and which could significantly challenge national preparedness. These include hazards not included in the first iteration of

(b)(5)

(b)(5)

the SNRA, such as [                    ] and events included in the SNRA but which
could not be treated quantitatively, such as [                    ][16]  As the SNRA
is intended to be used as a comparative treatment of risks within its scope, these absences
must be kept in mind while reading or using its charts and findings.

(b)(5)

(b)(5)

## FINDINGS

(b)(5)



(b)(5)



(b)(5)





(b)(5)



(b)(5)





(b)(5)

(b)(5)

# RISK INFORMATION BY HAZARD AREA

Note that all comparative statements are made within the set of natural and technological hazards treated by this unclassified adaptation of the SNRA Technical Report.

(b)(5)



(b)(5)

(b)(5)

(b)(5)

(b)(5)







(b)(5)



(b)(5)



(b)(5)





## Final Notes

The SNRA findings detailed above provide a broad analysis of the risks from the varied threats and hazards faced by the Nation. As noted above, the assessment finds that a wide range of threats and hazards pose a significant threat to the Nation, affirming the need for an all-threats/hazards, capability-based approach to preparedness planning. Many opportunities exist to implement broad preparedness strategies that cut across many different threats and hazards. It is also important to keep in mind that within an all-hazards preparedness context, particular events which present risk to the Nation – such as nuclear attacks or chemical releases – require additional specialized response activities.

(b)(5)

## IMPACTS AND FUTURE USES

The SNRA was executed in support of PPD-8 implementation and served as an integral part of the development of the National Preparedness Goal, assisting in integrating and coordinating identification of the core capabilities and establishing a risk-informed foundation for the National Preparedness System.

In addition, conducting a Strategic National Risk Assessment supported the National Preparedness System by providing a consolidated list of "national level events" for consideration and augmentation for Threat and Hazard Identification and Risk Assessment (THIRA) processes at multiple jurisdiction levels. Some events, such as explosives or earthquakes, generally cause more localized consequences, while other events, such as human pandemics, may cause consequences that are dispersed throughout the Nation, thus creating different types of impacts for preparedness planners to consider.

The SNRA provides an understanding of the risks that pose the greatest challenge to the Nation's security and resilience. This understanding is crucial for preparedness planning and prioritization. It enables:

- A shared understanding of the potential incidents for which communities should prepare
- A prioritization of the incidents that may pose the greatest negative impact to communities and thus require preparedness
- The evaluation of needed capabilities, and capability levels across all five focus areas: Prevention, Protection, Mitigation, Response, and Recovery

More specifically, the SNRA has already served as an integral part of the development of the National Preparedness Goal, assisting in integrating and coordinating identification of core capabilities. The core capabilities identified in the Goal were mapped to the events assessed in the SNRA to identify any additional core capabilities that may be needed and/or any capabilities that did not address high priority risks.

In addition to supporting the development of the National Preparedness Goal, the SNRA has the potential to assist with a wide range of efforts which are crucial to executing the Preparedness Cycle.



**Figure 9: The Preparedness Cycle**

These include:

- *Planning* – The SNRA findings can help a planning team decide which hazards deserve special attention, what actions must be planned for and what capabilities (and eventually resources) are likely to be needed. Since the SNRA is a strategic and national assessment, it was designed first and foremost to support planning at the national level. It can do so by being an input to help identify national planning factors that support the ability to deliver a target level of capabilities. According to the National Preparedness System, planning factors are based on assessments of risk and the desired outcome(s) to be achieved. For example, if a desired outcome is to prevent an imminent terrorist attack, then a set of planning factors that help to define the adversary or modes of attack will aid in identifying the level of capability required to prevent the attack. These planning factors help inform decisions about the capability level required and the resources needed to achieve it.

  Ultimately, however, it is important for communities to develop their own planning factors, tailored to their specific circumstances. Therefore, it is necessary to not only consider national risks as done through the SNRA but also risks at a regional level, many of which differ from region to region. This will allow for the development of regional planning factors that will support community planning consistent with the National Planning System.

- *Organizing and Equipping* – The SNRA, along with other risk assessments, should be a key component of an analytically-driven approach to allocate resources at the national level. By better understanding the risks facing the Nation, the Federal government and its partners can identify realistic capability requirements and organize and equip to deliver these capabilities. This can be done via the development of new policy or regulatory approaches, an increase in organizational capacity, and the prioritization of new research and development efforts, as well as other mechanisms for building capability.

- *Training and Exercises* – The SNRA can help focus limited training and exercising resources and ensure they are targeted to incidents of the highest risk. The SNRA can also be used as an input to help identify core capabilities that should be tested in training and exercises in order to reduce risks from identified threats and hazards. This is true for many types of exercises – whether an exercise-based planning session, a drill, or a functional or full-scale exercise.

- *Evaluate/Improve* – A principal aim of the National Preparedness System is to support the ability to measure how prepared we are at the national and community level. Assessments aid in that endeavor. As capabilities are assessed, they may be included in future iterations of the SNRA to better understand the impact of enhanced preparedness on the national risk picture and support dynamic and flexible planning to emerging risks.

In summary, the SNRA informs prioritization and tradeoff decisions by enabling the analysis of which capabilities are likely to have an impact at reducing identified high-risk events. Using the SNRA, the homeland security enterprise can better understand which scenarios are more likely to impact them, what the consequences would be, what risks merit special attention, what actions must be planned for, and what resources are likely to be needed. This allows for making risk-informed tradeoffs within and across core capabilities.

The SNRA is, of course, not the only input to such tradeoff decisions. Organizations will appropriately continue to consider other factors – including costs and expected performance of capabilities, stakeholder input, policy and statutory considerations, and other types of risk analysis. Still, the SNRA provides a common national risk picture to serve as an additional input into preparedness prioritization, which is crucial to achieve the vision of the National Preparedness

System.  Future versions of the assessment will refine and improve our understanding of the national risk picture.

Although the development of the SNRA is an important first step, further analysis through the conduct of regional- and community-level risk assessments will help communities better understand their risks and form a foundation for their own security and resilience.  In conjunction with Federal, state, and local partners, the SNRA will continue to be expanded and enhanced, and will ultimately serve as a unifying national risk profile to facilitate preparedness efforts.

(b)(5)

## Appendices



.295
.....295
.....296
.298
.....301
.306
.....308
.313
.....315
.320
.....323
.328
.....331
.335
.....340
.342
.....344
.347
.....347
.....348
.....350
s)..351
.355
.....356

.....357
.....359
.....363
.....366
.....369
.....373
.....375
.....377
.....380

.....382
.....384
.....391
.....394

.....397
.....399
.....402
.....404
.....406
.....408
.....410
.....412
.....415
.....417
.419
.....419
.....420
.424
.....425
.429
.....433
.434
.436
.443







(b)(5)

(b)(5)





(b)(5)



(b)(5)



(b)(5)

*Strategic National Risk Assessment*

(b)(5)



(b)(5)



(b)(5)



(b)(5)



00422

(b)(5)



(b)(5)







(b)(5)

(b)(5)





000428



(b)(5)



000430



(b)(5)

(b)(5)

(b)(5)



(b)(5)





(b)(5)



(b)(5)

(b)(5)

(b)(5)







(b)(5)

(b)(5)



000445

(b)(5)





(b)(5)

(b)(5)



(b)(5)



(b)(5)

00454



(b)(5)





(b)(5)

(b)(5)





(b)(5)





000465

(b)(5)



(b)(5)

000468

000468







000472









000476



(b)(5)

[24] Original source cited by Vranes and Pielke (2009), *op. cit.*, from which this table was taken.

000477



(b)(5)









000482



(b)(5)



000484





000486

(b)(5)

(b)(5)

000487















000494

(b)(5)





000496











(b)(5)





000503





(b)(5)





(b)(5)



000508



000509

(b)(5)







(b)(5)





000514



(b)(5)









**Supplement: SNRA 2011 Unclassified Documentation of Findings - Pre-Decisional Draft**



(b)(5)



(b)(5)





(b)(5)







000526





000528



(b)(5)



(b)(5)

000529



000530

(b)(5)



000531

(b)(5)



000532



(b)(5)

(b)(5)



Supplement: SNRA 2011 Unclasified Documentation of Findings - Pre-Decisional Draft

Strategic National Risk Assessment

419

(b)(5)



421

(b)(5)



(b)(5)

Supplement: SNRA 2011 Unclassified Documentation of Findings - Pre-Decisional Draft

Strategic National Risk Assessment

(b)(5)

423

(b)(5)









000542





(b)(5)



(b)(5)





000549

(b)(5)



005?2

(b)(5)



(b)(5)

(b)(5)

005569



# APPENDIX P: PRESIDENTIAL POLICY DIRECTIVE 8: NATIONAL PREPAREDNESS

March 30, 2011
PRESIDENTIAL POLICY DIRECTIVE/PPD-8
SUBJECT: National Preparedness

This directive is aimed at strengthening the security and resilience of the United States through systematic preparation for the threats that pose the greatest risk to the security of the Nation, including acts of terrorism, cyber attacks, pandemics, and catastrophic natural disasters. Our national preparedness is the shared responsibility of all levels of government, the private and nonprofit sectors, and individual citizens. Everyone can contribute to safeguarding the Nation from harm. As such, while this directive is intended to galvanize action by the Federal Government, it is also aimed at facilitating an integrated, all-of-Nation, capabilities-based approach to preparedness.

Therefore, I hereby direct the development of a national preparedness goal that identifies the core capabilities necessary for preparedness and a national preparedness system to guide activities that will enable the Nation to achieve the goal. The system will allow the Nation to track the progress of our ability to build and improve the capabilities necessary to prevent, protect against, mitigate the effects of, respond to, and recover from those threats that pose the greatest risk to the security of the Nation.

The Assistant to the President for Homeland Security and Counterterrorism shall coordinate the interagency development of an implementation plan for completing the national preparedness goal and national preparedness system. The implementation plan shall be submitted to me within 60 days from the date of this directive, and shall assign departmental responsibilities and delivery timelines for the development of the national planning frameworks and associated interagency operational plans described below.

## National Preparedness Goal

Within 180 days from the date of this directive, the Secretary of Homeland Security shall develop and submit the national preparedness goal to me, through the Assistant to the President for Homeland Security and Counterterrorism. The Secretary shall coordinate this effort with other executive departments and agencies, and consult with State, local, tribal, and territorial governments, the private and nonprofit sectors, and the public.

The national preparedness goal shall be informed by the risk of specific threats and vulnerabilities – taking into account regional variations – and include concrete, measurable, and prioritized objectives to mitigate that risk. The national preparedness goal shall define the core capabilities necessary to prepare for the specific types of incidents that pose the greatest risk to the security of the Nation, and shall emphasize actions aimed at achieving an integrated, layered, and all-of-Nation preparedness approach that optimizes the use of available resources. The national preparedness goal shall reflect the policy direction outlined in the National Security Strategy (May 2010), applicable Presidential Policy Directives, Homeland Security Presidential Directives, National Security Presidential Directives, and national strategies, as well as guidance from the Interagency Policy Committee process. The goal shall be reviewed regularly to evaluate consistency with these policies, evolving conditions, and the National Incident Management System.

**National Preparedness System**

The national preparedness system shall be an integrated set of guidance, programs, and processes that will enable the Nation to meet the national preparedness goal. Within 240 days from the date of this directive, the Secretary of Homeland Security shall develop and submit a description of the national preparedness system to me, through the Assistant to the President for Homeland Security and Counterterrorism. The Secretary shall coordinate this effort with other executive departments and agencies, and consult with State, local, tribal, and territorial governments, the private and nonprofit sectors, and the public.

The national preparedness system shall be designed to help guide the domestic efforts of all levels of government, the private and nonprofit sectors, and the public to build and sustain the capabilities outlined in the national preparedness goal. The national preparedness system shall include guidance for planning, organization, equipment, training, and exercises to build and maintain domestic capabilities. It shall provide an all-of-Nation approach for building and sustaining a cycle of preparedness activities over time.

The national preparedness system shall include a series of integrated national planning frameworks, covering prevention, protection, mitigation, response, and recovery. The frameworks shall be built upon scalable, flexible, and adaptable coordinating structures to align key roles and responsibilities to deliver the necessary capabilities. The frameworks shall be coordinated under a unified system with a common terminology and approach, built around basic plans that support the all-hazards approach to preparedness and functional or incident annexes to describe any unique requirements for particular threats or scenarios, as needed. Each framework shall describe how actions taken in the framework are coordinated with relevant actions described in the other frameworks across the preparedness spectrum.

The national preparedness system shall include an interagency operational plan to support each national planning framework. Each interagency operational plan shall include a more detailed concept of operations; description of critical tasks and responsibilities; detailed resource, personnel, and sourcing requirements; and specific provisions for the rapid integration of resources and personnel.

All executive departments and agencies with roles in the national planning frameworks shall develop department-level operational plans to support the interagency operational plans, as needed. Each national planning framework shall include guidance to support corresponding planning for State, local, tribal, and territorial governments.

The national preparedness system shall include resource guidance, such as arrangements enabling the ability to share personnel. It shall provide equipment guidance aimed at nationwide interoperability; and shall provide guidance for national training and exercise programs, to facilitate our ability to build and sustain the capabilities defined in the national preparedness goal and evaluate progress toward meeting the goal.

The national preparedness system shall include recommendations and guidance to support preparedness planning for businesses, communities, families, and individuals.

The national preparedness system shall include a comprehensive approach to assess national preparedness that uses consistent methodology to measure the operational readiness of national capabilities at the time of assessment, with clear, objective and quantifiable performance measures, against the target capability levels identified in the national preparedness goal.

**Building and Sustaining Preparedness**

The Secretary of Homeland Security shall coordinate a comprehensive campaign to build and sustain national preparedness, including public outreach and community-based and private-sector programs to enhance national resilience, the provision of Federal financial assistance, preparedness efforts by the Federal Government, and national research and development efforts.

**National Preparedness Report**

Within 1 year from the date of this directive, the Secretary of Homeland Security shall submit the first national preparedness report based on the national preparedness goal to me, through the Assistant to the President for Homeland Security and Counterterrorism. The Secretary shall coordinate this effort with other executive departments and agencies and consult with State, local, tribal, and territorial governments, the private and nonprofit sectors, and the public. The Secretary shall submit the report annually in sufficient time to allow it to inform the preparation of my Administration's budget.

**Roles and Responsibilities**

The Assistant to the President for Homeland Security and Counterterrorism shall periodically review progress toward achieving the national preparedness goal.

The Secretary of Homeland Security is responsible for coordinating the domestic all-hazards preparedness efforts of all executive departments and agencies, in consultation with State, local, tribal, and territorial governments, nongovernmental organizations, private-sector partners, and the general public; and for developing the national preparedness goal.

The heads of all executive departments and agencies with roles in prevention, protection, mitigation, response, and recovery are responsible for national preparedness efforts, including department-specific operational plans, as needed, consistent with their statutory roles and responsibilities.

Nothing in this directive is intended to alter or impede the ability to carry out the authorities of executive departments and agencies to perform their responsibilities under law and consistent with applicable legal authorities and other Presidential guidance. This directive shall be implemented consistent with relevant authorities, including the Post-Katrina Emergency Management Reform Act of 2006 and its assignment of responsibilities with respect to the Administrator of the Federal Emergency Management Agency.

Nothing in this directive is intended to interfere with the authority of the Attorney General or Director of the Federal Bureau of Investigation with regard to the direction, conduct, control, planning, organization, equipment, training, exercises, or other activities concerning domestic counterterrorism, intelligence, and law enforcement activities.

Nothing in this directive shall limit the authority of the Secretary of Defense with regard to the command and control, planning, organization, equipment, training, exercises, employment, or other activities of Department of Defense forces, or the allocation of Department of Defense resources.

If resolution on a particular matter called for in this directive cannot be reached between or among executive departments and agencies, the matter shall be referred to me through the Assistant to the President for Homeland Security and Counterterrorism.

This directive replaces Homeland Security Presidential Directive (HSPD)-8 (National Preparedness), issued December 17, 2003, and HSPD-8 Annex I (National Planning), issued December 4, 2007, which are hereby rescinded, except for paragraph 44 of HSPD-8 Annex I.

Individual plans developed under HSPD-8 and Annex I remain in effect until rescinded or otherwise replaced.

## Definitions

For the purposes of this directive:

(a) The term "national preparedness" refers to the actions taken to plan, organize, equip, train, and exercise to build and sustain the capabilities necessary to prevent, protect against, mitigate the effects of, respond to, and recover from those threats that pose the greatest risk to the security of the Nation.

(b) The term "security" refers to the protection of the Nation and its people, vital interests, and way of life.

(c) The term "resilience" refers to the ability to adapt to changing conditions and withstand and rapidly recover from disruption due to emergencies.

(d) The term "prevention" refers to those capabilities necessary to avoid, prevent, or stop a threatened or actual act of terrorism. Prevention capabilities include, but are not limited to, information sharing and warning; domestic counterterrorism; and preventing the acquisition or use of weapons of mass destruction (WMD). For purposes of the prevention framework called for in this directive, the term "prevention" refers to preventing imminent threats.

(e) The term "protection" refers to those capabilities necessary to secure the homeland against acts of terrorism and manmade or natural disasters. Protection capabilities include, but are not limited to, defense against WMD threats; defense of agriculture and food; critical infrastructure protection; protection of key leadership and events; border security; maritime security; transportation security; immigration security; and cybersecurity.

(f) The term "mitigation" refers to those capabilities necessary to reduce loss of life and property by lessening the impact of disasters. Mitigation capabilities include, but are not limited to, community-wide risk reduction projects; efforts to improve the resilience of critical infrastructure and key resource lifelines; risk reduction for specific vulnerabilities from natural hazards or acts of terrorism; and initiatives to reduce future risks after a disaster has occurred.

(g) The term "response" refers to those capabilities necessary to save lives, protect property and the environment, and meet basic human needs after an incident has occurred.

(h) The term "recovery" refers to those capabilities necessary to assist communities affected by an incident to recover effectively, including, but not limited to, rebuilding infrastructure systems; providing adequate interim and long-term housing for survivors; restoring health, social, and community services; promoting economic development; and restoring natural and cultural resources.

BARACK OBAMA

....



WORKING DRAFT

# Strategic National Risk Assessment 2015

*SNRA Working Papers*
*May 2015*



Homeland Security

**PRE-DECISIONAL DRAFT**

~~Not for Public Distribution or Release~~

# Table of Contents

(b)(5)

Contents...................................................................................................... 1



.............. 3

.............. 9

............ 15

............ 19

............ 27

............ 43

............ 63

............ 81

............ 89

............ 93

............ 97

.......... 101

## Contents

The following contents comprise the basis for many of the qualitatively identified threats and hazards in the 2015 Strategic National Risk Assessment. Participants from across the Federal government contributed to these narratives in an effort further increase awareness and understanding of many of the risks our nation is currently facing.

The narratives are in varying stages of progress, and are presented in no particular order. The events listed in this document were not quantitatively assessed and did not result in comparative risk findings in the 2015 SNRA. This in no way diminishes the importance of these events as national-level risks, as identified by the SNRA project team. While insufficient time and/or data was available to mature these products to where comparative risk statements could be made, the narratives themselves are important in characterizing threats and hazards identified in the SNRA.

The SNRA project team believes that the following contents may serve as the basis for updates to future iterations of the SNRA and other risk related projects.



(b)(5)



Pre-decisional Draft



(b)(5)

(b)(5)

(b)(5)



**Pre-decisional Draft**

(b)(5)





(b)(5)



(b)(5)

(b)(5)

(b)(5)



*2015 Strategic National Risk Assessment – Risk Binder*

(b)(5)

(b)(5)



(b)(5)



(b)(5)

**Pre-decisional Draft**



*2015 Strategic National Risk Assessment – Risk Binder*





(b)(5)



(b)(5)

**Pre-decisional Draft**

(b)(5)

(b)(5)



**Pre-decisional Draft**

(b)(5)



(b)(5)

(b)(5)



(b)(5)

(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)



(b)(5)

(b)(5)



(b)(5)

(b)(5)



(b)(5)

**Pre-decisional Draft**



(b)(5)

(b)(5)



(b)(5)

*2015 Strategic National Risk Assessment – Risk Binder*



(b)(5)

(b)(5)



(b)(5)



(b)(5)



(b)(5)

(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)

(b)(5)



(b)(5)

**Pre-decisional Draft**

(b)(5)

(b)(5)

(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)

**Pre-decisional Draft**

(b)(5)





(b)(5)

(b)(5)

(b)(5)

(b)(5)



(b)(5)

**Pre-decisional Draft**



(b)(5)

**Pre-decisional Draft**



(b)(5)



(b)(5)

**Pre-decisional Draft**



(b)(5)

(b)(5)



(b)(5)



(b)(5)

(b)(5)

(b)(5)





(b)(5)

(b)(5)

(b)(5)



(b)(5)

*2015 Strategic National Risk Assessment – Risk Binder*



**Pre-decisional Draft**

(b)(5)





(b)(5)



(b)(5)

(b)(5)

(b)(5)



(b)(5)

(b)(5)



(b)(5)



(b)(5)

(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)



(b)(5)

(b)(5)



(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)

(b)(5)





(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)



(b)(5)

**Pre-decisional Draft**



(b)(5)



(b)(5)



(b)(5)

**Pre-decisional Draft**

(b)(5)





(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)



**Pre-decisional Draft**

(b)(5)



(b)(5)



(b)(5)



(b)(5)

(b)(5)

**Pre-decisional Draft**

(b)(5)



(b)(5)





(b)(5)

(b)(5)



(b)(5)



(b)(5)

(b)(5)

**Pre-decisional Draft**

(b)(5)

(b)(5)

**Pre-decisional Draft**



(b)(5)

*2015 Strategic National Risk Assessment – Risk Binder*

(b)(5)



*2015 Strategic National Risk Assessment – Risk Binder*

(b)(5)



**Pre-decisional Draft**

(b)(5)



(b)(5)

(b)(5)



**Pre-decisional Draft**

(b)(5)



(b)(5)

*2015 Strategic National Risk Assessment – Risk Binder*

(b)(5)



.

(b)(5)



Pre-decisional Draft



