# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>           Plaintiffs,<br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>           Defendant. | Civil Case No. 18-158 |

**PLAINTIFF'S STATEMENT OF DISPUTED MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

As there are no genuine issues of material fact, we believe this case can be decided on summary judgment. However, Plaintiff does not concede to all of Defendant's Statement of Material Facts, which includes statements which are not facts but conclusions of law which Plaintiff disputes. Specifically, Plaintiff disputes the following paragraphs from Defendant's statement of material facts:

¶ 6. Plaintiff disputes FEMA invoked of Exemption 5 of the FOIA to protect information that is protected by the deliberative process privilege, as Defendant has not demonstrated that the information withheld falls within that privilege.

¶ 7. Plaintiff disputes that the documents are predecisional, that they were never adopted by FEMA, and that they contain candid, predecisional views and deliberations.

1

¶ 8.   Plaintiff disputes that release of the information would harm FEMA's decisionmaking process by chilling the free exchange of information, ideas, opinions, recommendations, and selectively chosen facts. Plaintiff also disputes that release of the information could cause confusion to the public as to the actual threats and hazards perceived by FEMA and the agencies with which it consults.

¶ 9    (numbered as ¶ 5 in Defendant's Statement of Material Facts but appearing after ¶ 8) Plaintiff disputes that FEMA has released all reasonably segregable non-exempt information to Plaintiff.

        Respectfully submitted on March 29, 2019,

           __/s/_ Paula Dinerstein_____
           Paula Dinerstein, DC Bar # 333971
           Public Employees for Environmental Responsibility
           962 Wayne Ave, Suite 610
           Silver Spring, MD 20910
           (202) 265-7337
           pdinerstein@peer.org

           *Counsel for Plaintiff*