# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>        Plaintiffs,<br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>        Defendant. | Civil Case No. 18-158 |

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Rule 7(h), Plaintiff Public Employees for Environmental Responsibility ("Plaintiff" or "PEER") submits this statement of material facts as to which there is no genuine issue:

    1.    On September 1, 2017, Plaintiff submitted a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the Federal Emergency Management Agency ("FEMA") for documents related to the 2015 update to the Strategic National Risk Assessment ("SNRA"). Bridges Decl. ¶ 3, Exhibit A.

    2.    In response to PEER's FOIA Request, FEMA produced 716 Bates-stamped pages of documentation in three productions dated May 9, 2018, June 22, 2018, and June 25, 2018. Dinerstein Decl. ¶ 3, Exhibit A; Bridges Decl. ¶ 4-5.

    3.    On September 10, 2018, FEMA delivered to Plaintiff a *Vaughn* Declaration identifying the withholdings and redactions made by FEMA across the

production, beginning at page 46 and ending at page 716. Dinerstein Decl. ¶ 4; Bridges Decl. ¶ 6, Exhibit B.

Respectfully submitted on March 29, 2019,

   /s/  Paula Dinerstein      
Paula Dinerstein, DC Bar # 333971
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337
pdinerstein@peer.org

*Counsel for Plaintiff*