**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>　　　　　Plaintiffs,<br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>　　　　　Defendant. | Civil Case No. 18-158 |

**ORDER**

Upon consideration of the Cross-Motions for Summary Judgment filed by the parties, and the oppositions and replies thereto, and the entire record in this case, it is on this _____ day of _____, hereby

ORDERED that Plaintiff's Motion for Summary Judgment is granted; and it is

FURTHER ORDERED, that Defendant's Motion for Summary Judgment is denied; and it is

FURTHER ORDERED that Defendant shall produce to Plaintiff all of the formerly withheld documents and portions of documents which are responsive to Plaintiff's FOIA request.

This is a final appealable order.

　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　United States District Judge