UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0158 (CKK) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR EXTENSION OF TIME AND MOTION FOR EXTENSION OF TIME OF ONE DAY**

Pursuant to Fed. R. Civ. P. 6(b), defendant Department of Homeland Security, moves for an extension of time of one day, to and including April 30, 2019, in which to file defendant's opposition/reply brief, and moves for leave to file this motion on the day the opposition/reply brief is due. The brief is currently due today, April 29, 2019. This is defendant's first motion for extension of time in this case. This may affect the briefing schedule in this case if plaintiff asks for an additional day in which to file its reply brief, which will be the last brief to be filed, but this is currently unknown. Plaintiff's counsel has consented to both motions.

Defense counsel is mindful of this Court's scheduling orders in this case, requiring that any motion for extension of time be filed four business days in advance of the deadline. Defense counsel did not do this because until this afternoon she expected to be able to meet today's deadline, even though she had two other briefs to file today as well. However, in order to ensure that defendant provides the Court with as much information as possible in order to decide the

issues, defendant has been working on a declaration to accompany defendant's filing. This declaration has taken longer to prepare than expected, because certain individuals with knowledge relevant to the issues plaintiff raised have left the agency. Thus, it has been more time consuming than expected for the agency to gather certain necessary information. And defense counsel needs a completed declaration in order to complete defendant's filing.

Defendant has sought the least amount of time possible – one day – in which to complete its declaration and opposition/reply brief. Defense counsel apologizes for not complying with this Court's "4-day" rule but, as noted above, until late this afternoon defense counsel and agency counsel thought they could meet the due date of today.

For the foregoing reasons, defendant requests that these unopposed motions be granted.

Respectfully submitted,

JESSIE K. LIU, D.C.
D.C. Bar # 472845
United States Attorney
 for the District of Columbia

DANIEL VAN HORN,
D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. Bar #416587
Assistant United States Attorney,
U.S. Attorney's Office - Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
Tel: (202) 252-2561
Marina.Braswell@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0158 (CKK) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Leave to File Motion for Extension of Time, and Motion for Extension of Time of One Day, and for good cause shown, it is hereby

ORDERED that the unopposed motions are GRANTED, and it is further

ORDERED that Defendant shall have to and including April 30, 2019, in which to file Defendant's opposition/reply brief in this case.

Date: _____         _____
                              UNITED STATES DISTRICT JUDGE