UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0158 (CKK) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Rule 7(h), defendant United States Department of Homeland Security ("DHS"), on behalf of the Federal Emergency Management Agency ("FEMA"), submits this response to plaintiff's statement of material facts as to which there is no genuine issue:

1. On September 1, 2017, Plaintiff submitted a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the Federal Emergency Management Agency ("FEMA") for documents related to the 2015 update to the Strategic National Risk Assessment ("SNRA"). Bridges Decl. ¶ 3, Exhibit A.

   **Not disputed.**

2. In response to PEER's FOIA Request, FEMA produced 716 Bates- stamped pages of documentation in three productions dated May 9, 2018, June 22, 2018, and June 25, 2018. Dinerstein Decl. ¶ 3, Exhibit A; Bridges Decl. ¶ 4-5.

   **Not disputed.**

3. On September 10, 2018, FEMA delivered to Plaintiff a *Vaughn*

Declaration identifying the withholdings and redactions made by FEMA across the production, beginning at page 46 and ending at page 716. Dinerstein Decl. ¶ 4; Bridges Decl. ¶ 6, Exhibit B.

**Not disputed although note that a paginated copy of the <u>Vaughn</u> Index was filed on March 5, 2019, at ECF No. 23.**

          Respectfully submitted,

          JESSIE K. LIU,
          D.C. BAR # 472845
          United States Attorney
             for the District of Columbia

          DANIEL F. VAN HORN,
          D.C. BAR #924092
          Chief, Civil Division

          <u>/s/ *Marina Utgoff Braswell*</u>
          MARINA UTGOFF BRASWELL,
          D.C. BAR #416587
          Assistant United States Attorney
          U.S. Attorney's Office
          555 4th Street, N.W. - Civil Division
          Washington, D.C. 20530
          (202) 252-2561
          Marina.Braswell@usdoj.gov