**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 18-0158 (CKK) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF FILING OF TABLE OF AUTHORITIES
IN SUPPORT OF DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND IN REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGEMENT**

Defendant hereby files a Table of Authorities in support of Defendant's Memorandum of

Points and Authorities in Opposition to Plaintiff's Cross-Motion for Summary Judgment and in

Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgement (Docket No. 28)

filed on April 30, 2019.

Respectfully submitted,

/s/ Marina Utgoff Braswell
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov