# **TABLE OF AUTHORITIES**

**Cases**                                                                 **Page**

*Mapother v. Department of Justice*,
   3 F.3d 1533 (D.C. Cir. 1993) ............................................................................... 13

*Ancient Coin Collectors Guild v. U.S. Dep't of State*,
   641 F.3d 504 (D.C. Cir. 2011) .............................................................................. 13

*Lahr v. NTSB*,
   453 F. Supp.2d 1153 (C.D. Cal. 2006) ................................................................. 12

*Mead Data Central Inc. v. U.S. Dep't of Air Force*,
   566 F.2d 242 (D.C. Cir. 1977) .............................................................................. 10

*Nat'l Labor Relations Bd. v. Sears, Roebuck & Co.*,
   421 U.S. 132 (1975) ................................................................................................ 3

*Playboy Enterprises, Inc. v. Dep't of Justice*,
   677 F.2d 931 (D.C. Cir. 1982) .............................................................................. 11

Statutes

5 U.S.C. § 552 .................................................................................................................. 1

Other Authorities

GAO-16-243 ........................................................................................................... 5, 6, 8, 9