UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIROMENTAL RESPONSIBILITY, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, ) ) ) ) Defendant. ) ) | Civil Action No. 18-0158 (CKK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michael A. Tilghman II as counsel for Defendant in the above captioned case substituting for Assistant United States Attorney Marina Utgoff Braswell, whose appearance should be withdrawn.

Dated: May 28, 2020
Washington, DC

Respectfully submitted,

*/s/ Michael A. Tilghman II*
MICHAEL A. TILGHMAN II, D.C. Bar # 988441
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7113
michael.tilghman@usdoj.gov

*Attorney for the United States of America*