# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br>　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>　　　　Defendant. | Civil Action No. 18-0158 (CKK) |

**ORDER**
(December 17, 2021)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 17th day of December, 2021,

**ORDERED** that Defendant U.S. Department of Homeland Security's [22] Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED**, that Plaintiff's [24] Cross-Motion for Summary Judgment is **DENIED**.

**SO ORDERED.**

*This is a final appealable order.*

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　United States District Judge